SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

MATTHEW A. LAMBERTI (DCBN 460339)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066

Attorneys for Plaintiff

SEALED BY ORDER OF THE COURT

FILED

2007 FEB 23 P 2: 41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07 70118 HRL |
| Plaintiff, ) | |
| ) | **MOTION TO SEAL** |
| v. ) | |
| ) | |
| MICHAEL A. DALY, ) | |
| Defendant. ) | **UNDER SEAL** |

For the reasons set forth in the attached affidavit, the United States of America respectfully requests that the Court seal the complaint (including the affidavit in support of the complaint and accompanying documents) in the above-captioned matter, along with the United States' motion to seal and Court's sealing order, until the defendant's initial appearance or further order of the Court.

DATED: 2/23/07

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MATTHEW A. LAMBERTI
Assistant United States Attorney