SEALED BY ORDER OF THE COURT

FILED
07 FEB 23 PM 2: 41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07 70118 HRL |
| Plaintiff, | [Proposed] |
| v. | ORDER GRANTING MOTION TO SEAL |
| MICHAEL A. DALY, | |
| Defendant. | UNDER SEAL |

Upon motion of the government, and good cause appearing,

IT IS HEREBY ORDERED that the complaint in this matter (including the affidavit in support of the complaint and accompanying documents) in the above-captioned matter, along with the United States' motion to seal and this order, shall be sealed until the defendant's initial appearance or further order of the Court.

DATED: 2/23/07

_____
HOWARD R. LLOYD
United States Magistrate Judge