

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



FILED

MAR 12 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RE:**

**TO:**

~~SEALED BY ORDER OF COURT~~

| | |
|---|---|
| CIVIL ACTION #. | |
| OUR CRIMINAL #. | 07-MJ-245-JLA |
| YOUR CRIMINAL # | 07-70118-HRL |

United States District Court
Northern District of California, San Jose Division
280 South 1st Street
San Jose, CA 95113

Dear Clerk:

Please be advised that  the above entitled action has been transferred to your court on  3/9/07

by the Honorable   **JOYCE LONDON ALEXANDER** .

The following documents are included in our file and transmitted herewith:

( x )    Certified copy of the docket entries;

(   )    Certified copy of the transferral order;

( X )    Original documents numbered     1-11

(   )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:    3/9/07                By:   /S/ JARRETT LOVETT
                                         Deputy Clerk

cc:    File

The documents listed above were received by me on _____ and assigned the

following case number:_____.

By:_____ Date_____
Deputy Clerk, Northern District of California

DOCUMENT NO.    CSA INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

(Transfer Cover Letter.wpd - 3/7/2005)

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

FOR THE _____    **District of** _____ MASSACHUSETTS _____

United States of America

V.

MICHAEL DALY

Defendant

**ORDER SETTING CONDITIONS
OF RELEASE**

Case Number:   07-MJ-245-JLA

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified)   U.S. DISTRICT COURT, Northern District of CA

Place

as directed _____ on _____

Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(  ✔  ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ✓  ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
Five Million partially secured by One million in cash and real estate ____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

... , on 3/9/07  that the
foregoing document is true and correct copy of the
☐  electronic docket in the captioned case
☒  electronically filed original filed on 3/6/07
☐  original filed in my office on _____
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts
By: JARRETT LOVETT
Deputy Clerk

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

Same as #10  Property Posted  270  Union St., Lynn  MA 0190)

To SF - Finance  (8)

AO 199B    (Rev. 5/99) Additional Conditions of Release    Page  2  of  3

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6)  The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____  (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____  _____
                    Custodian or Proxy                    Date

( ✓ ) (7)  The defendant shall:

( ✓ ) (a)  report to the  Pretrial Services as directed  ,

telephone number _____ , not later than _____ ,

( ✓ ) (b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
$5,000,000

( ✓ ) (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described $500,000 in cash & $500,000 real estate .

( ) (d)  execute a bail bond with solvent sureties in the amount of $ _____ .

( ✓ ) (e)  maintain or actively seek employment.

( ) (f)  maintain or commence an education program.

( ) (g)  surrender any passport to: _____

( ✓ ) (h)  obtain no passport.

( ✓ ) (i)  abide by the following restrictions on personal association, place of abode, or travel:
Massachusetts & Northern District of California for court purposes only

( ) (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

( ) (k)  undergo medical or psychiatric treatment and/or remain in an institution as follows:

( ) (l)  return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):

( ) (m)  maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ✓ ) (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.

( ) (o)  refrain from  ( ) any  ( ) excessive use of alcohol.

( ) (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

( ) (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t)  participate in one of the following home confinement program components and abide by all the requirements of the program which  ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ) (i) Curfew. You are restricted to your residence every day  ( ) from _____ to _____ , or  ( ) as directed by the pretrial services office or supervising officer; or

( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ✓ ) (u)  report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ✓ ) (v)  Not to incur further financial credit, loans, or lines of credit, transfer any assets without Court permission. Not to dispose of additional assets except for purpose of living expenses, counsel fees, and defense costs.

( ✓ ) (w)  Not to dispose of any assets that exist at place of employment in Salisbury MA beyond scope of business purposes

( ✓ ) (x)  Maintain residence

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199C    (Rev. 12/03) Advice of Penalties . . .    Page __3__ of __3__ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State           Telephone

## Directions to United States Marshal

(   ) The defendant is ORDERED released after processing.

( ✓ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: _____    _____
                                             Signature of Judge/Clerk

             Joyce London Alexander     Magistrate Judge, U.S. District Court
                                          Name and Title of Judge

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



5 - 07 - 70118 - HRL

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:07-mj-00245-JLA-ALL

Case title: USA v. Daly                                    Date Filed: 02/28/2007
Other court case number: 07-70118-HRL Northern District
of California

Assigned to: Magistrate Judge Joyce
London Alexander

**Defendant**

**Michael Daly** (1)                    represented by **Douglas I. Louison**
*TERMINATED: 03/09/2007*                                 Merrick, Louison & Costello
                                                         67 Batterymarch Street
                                                         third floor
                                                         Boston, MA 02110
                                                         617-439-0305
                                                         Fax: 617-439-0325
                                                         Email: dlouison@merricklc.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

                                                         **Joseph P. Kittredge**
                                                         Rafanelli & Kittredge, P.C.
                                                         1 Keefe Road
                                                         Acton, MA 01720-5517
                                                         978-369-6001
                                                         Fax: 978-369-4001
                                                         Email: jpkittredgesq@comcast.net
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

hereby certify on 3/9/07 that the
foregoing document is true and correct copy of the
☒ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
      Sarah A. Thornton
      Clerk, U.S. District Court
      District of Massachusetts
By: JARRETT LOVETT
Deputy Clerk

**Pending Counts**                                       **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                    **Disposition**
None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 18:1343 & 2 Having devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice | |

## Plaintiff

**USA**                                              represented by **Antoinette E.M. Leoney**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3951
Email: antoinette.leoney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2007 | ❶ | Arrest (Rule 5) of Michael Daly, Defendant lodged for Initial Appearance on 2/28/07 (Lovett, Jarrett) (Entered: 03/01/2007) |
| 02/28/2007 | ❶ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Daly held on 2/28/2007: AUSA Leoney for the Gov't, PTSO Brown present. Deft sworn. Deft informed of the nature of the charges and right not to make any statement. Deft advised of right to retain counsel and right to request appointment of counsel, Atty Kittredge files an appearance on behalf of the Deft, Gov't states the Maximum Penalty. Gov't moves for detention & continuance Pursuant to 18 U.S.C. 3142 (f)(2)(A), the Court allows the Govt's motion and sets a Preliminary Examination and Detention Hearing on 3/6/07 @ 12:00 PM. Deft is remanded to the Custody of the U.S. Marshal. (Digital Recording 2:46-3:16) (Lovett, Jarrett) (Entered: 03/01/2007) |

| 02/28/2007 | ⊜1 | RULE 5 AFFIDAVIT by USA as to Michael Daly by Affiant Edmund Ewing (Attachments: # 1 Criminal Complaint issued out of the U.S.D.C. for the Northern District of California# 2 Affidavit # 3 Defendant's Info sheet# 4 Motion to Seal# 5 Order on Motion to Seal# 6 Arrest Warrant) (Lovett, Jarrett) (Entered: 03/01/2007) |
| --- | --- | --- |
| 02/28/2007 | ⊜2 | NOTICE OF ATTORNEY APPEARANCE: Joseph P. Kittredge appearing for Michael Daly for Initial Hearing (Lovett, Jarrett) (Entered: 03/01/2007) |
| 02/28/2007 | ⊜ | ELECTRONIC NOTICE OF HEARING as to Michael Daly Preliminary Examination and Detention Hearing set for 3/6/2007 12:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 03/01/2007) |
| 02/28/2007 | ⊜3 | Magistrate Judge Joyce London Alexander : ORDER OF TEMPORARY DETENTION as to Michael Daly (Lovett, Jarrett) (Entered: 03/01/2007) |
| 03/06/2007 | ⊜ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Preliminary Examination and Detention Hearing as to Michael Daly held on 3/6/2007: AUSA Leoney for the Gov't, PTSO Brown, Atty Kittredge and Atty Louison for the Deft and file appearances. Gov't moves to withdraw it's motion for detention, Court allows the Govt's motion, Gov't proposes bail terms and conditions of release. Court hears the parties oral arguments as to bail terms and conditions of release. Deft's proposed surety, Susan Daly, sworn. Court informs Mrs. Daly of her rights and obligations as surety. Court will release the Deft on a $5,000,000 bond partially secured by $500,000 in cash and $500,000 in real estate. Court imposes additional conditions of release. Deft must post bond before release. Deft admits to Identity, Deft Waives Removal Hearing Without Prejudice, Deft Waives Preliminary Hearing in this District and reserves right to have said hearing held in the Northern District of California. Deft sworn. Court inquires of Deft's intentions, Deft agrees to Waive Right to an Identity Hearing. Deft further agrees to Waive his Right to a Preliminary Hearing in this District, and reserves his right to have said hearing held in the Northern District of California. Deft executes a waiver. Deft Remanded to the Custody of the U.S. Marshal. (Digital Recording 12:01-12:45) (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | ⊜4 | NOTICE OF ATTORNEY APPEARANCE: Joseph P. Kittredge appearing for Michael Daly for all purposes (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | ⊜5 | NOTICE OF ATTORNEY APPEARANCE: Douglas I. Louison appearing for Michael Daly (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | ⊜6 | WAIVER of Rule 5 and 5.1 Hearings by Michael Daly (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | ⊜7 | Unsecured Bond Entered as to Michael Daly in amount of $ 5,000,000 partially secured by $500,000 in cash and $500,000 in real estate. All parties to sign upon posting of said bond (Lovett, Jarrett) (Entered: |

| | | |
|---|---|---|
| | | 03/07/2007) |
| 03/06/2007 | 8 | Magistrate Judge Joyce London Alexander : ORDER Setting Conditions of Release as to Michael Daly. All parties to sign upon posting of bond. (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/09/2007 | 9 | Unsecured Bond Entered as to Michael Daly in amount of $ 5,000,000 partially secured by $500,000 in cash and $500,000 in real estate. Receipt # 78773. Bond signed by the Defendant, Susan Daly as surety and Clerk. (Lovett, Jarrett) (Entered: 03/09/2007) |
| 03/09/2007 | 10 | Magistrate Judge Joyce London Alexander : ORDER Setting Conditions of Release as to Michael Daly. Conditions signed by the Defendant, Susan Daly as surety and Clerk. Defendant is hereby released. (Lovett, Jarrett) (Entered: 03/09/2007) |
| 03/09/2007 | 11 | Real Property Documents Filed with the Clerk's Office as to Michael Daly for property located at 18 Lakeview Avenue, Danvers, Essex County, Massachusetts. Documents surrendered: Escrow Agreement, Quitclaim Deed, Mortgage, Attorney's Certification of Title, Appraisal. (Attachments: # 1 Quitclaim Deed# 2 Mortgage# 3 Attorney's Certification of Title# 4 Appraisal)(Lovett, Jarrett) (Entered: 03/09/2007) |
| 03/09/2007 | | Rule 5(c)(3) Documents Sent as to Michael Daly to Northern District of California. (Lovett, Jarrett) (Entered: 03/09/2007) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )  MAGISTRATE NO. 07-MJ-245-JLA
           V.                 )
                              )
MICHAEL A. DALY               )

## AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Edmund Ewing, Special Agent of the Federal Bureau of

Investigation, United States Department of Justice, do hereby

make oath before the Honorable Joyce London Alexander, United

States Magistrate Judge for the District of Massachusetts, that

upon knowledge coming to me in connection with my official duties

and as part of the official records of the Federal Bureau of

Investigation, I am advised that there is presently a warrant of

arrest outstanding for one MICHAEL A. DALY in the Northern

District of California, based upon a complaint charging the

defendant with wire fraud, in violation of 18 U.S.C. § 1343, and

I do hereby make oath that this warrant of arrest is outstanding

in said District on the basis of the information set out above.

_____
EDMUND EWING
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 28 day of
February, 2007.



I hereby certify on 3/9/07 that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 2/28/07
   Sarah A. Thornton
   Clerk, U.S. District Court
   District of Massachusetts
By: JARRETT LOVETT
Deputy Clerk

JOYCE LONDON ALEXANDER
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF THE COURT

FILED
07 FEB 23 PM 2: 41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES OF AMERICA

v.

MICHAEL A. DALY

(Name of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

# 07  70118  HRL

   I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.  Between in or about July 2003 and February 16, 2007, in the Northern District of California and elsewhere, defendant did, (Track Statutory Language of Offense)

having devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice,

in violation of Title 18, United States Code, §§ 1343 and 2.  I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

▸   **See Attached Affidavit in Support of Issuance of Criminal Complaint**

**X**   Continued on the attached sheet and made a part hereof.

Signature of Complainant   Edmund Ewing
Special Agent
Federal Bureau of Investigation

Approved as to form:

AUSA Matthew A. Lamberti

Sworn to before me, and subscribed in my presence

February 23, 2007

Date

HON. HOWARD R. LLOYD
United States Magistrate Judge

Name and Title of Judicial Officer

at   San Jose, California

City and State

Signature of Judicial Officer



## AFFIDAVIT IN SUPPORT OF ISSUANCE OF
## CRIMINAL COMPLAINT

I, Edmund Ewing, a Special Agent of the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby declare and state as follows:

### A.    Introduction and Agent Background

1. I make this affidavit in support of a criminal complaint against Michael A. Daly for mail fraud in violation of Title 18, United States Code, Section 1343. According to his Massachusetts driver's license, number 024443547, Daly was born June 9, 1953 and resides at 18 Lakeview Avenue, Danvers, Massachusetts.

2. The contents of this affidavit are based upon information provided to me by Special Agents of the Federal Bureau of Investigation ("FBI"), witnesses, financial institutions, internet service providers; data obtained from a court-authorized mobile tracking device; as well as my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Daly committed violations of Title 18, United States Code, Sections 1343 (Wire Fraud) and 2 (Aiding and Abetting the Foregoing Offense).

3. I am a Special Agent with the FBI in the San Francisco Division and have been so employed since February 17, 2006. In that capacity, I have been assigned to investigate federal violations relating to white collar crime. My training includes six months of California Peace Officer Standards and Training ("P.O.S.T") at San Diego, California, four months of FBI Academy Training at Quantico, Virginia, and Financial and Securities Fraud Specialized

Training in San Francisco, California. As a Special Agent of the FBI, I am authorized to investigate crimes involving fraud and money laundering and have participated in a number of criminal investigations of such crimes.

**B.    Relevant Statutes**

*Wire Fraud*

4.  United States Code, Section 1343 provides in pertinent part:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

*Aiding and Abetting*

5.  United States Code, Section 2 provides in pertinent part:

> Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

**C.    Summary of Probable Cause**

6.  As set forth in more detail below, FBI agents have found that, beginning approximately in July 2003, Daly has engaged in an ongoing scheme to defraud Cisco in which he contacts Cisco using numerous false identities and rented mailboxes around the country, falsely claim malfunctions in Cisco parts under Cisco's SMARTnet warranty program, fraudulently arrange for Cisco to send them replacement parts, sell those parts, and spend at least some of the illegal proceeds on classic automobiles. Daly either does not return any defective parts to Cisco, or return parts not covered by SMARTnet that are worth little or nothing.

2

### D.   Statement of Probable Cause

## Cisco Systems, Inc.

7. Cisco Systems, Inc. ("Cisco") is a corporation based in San Jose, California specializing in providing internet networking hardware and software for business, government, and individuals. Cisco's core development areas are in switching and routing, which enable Cisco customers to communicate through the use of the world wide web.

8. One of the services Cisco offers is called SMARTnet. Among other things, SMARTnet provides customers with technical support, including advance hardware replacement (advance hardware replacement allows customers to obtain replacement parts from Cisco immediately, without having first to return the broken part). To obtain the benefits of SMARTnet for a particular product, the customer enters into a SMARTnet contract with Cisco. Among other things, Cisco agrees to provide advance replacement of any failed/defective equipment specifically covered by the contract and the customer agrees to return the failed/defective equipment to Cisco. Typically, Cisco will provide replacement hardware by the next business day, although additional replacements are available, some as fast as two hours. In contrast, the customer needs to send back the failed/defective equipment within 30 days.

9. To provide technical support and/or advance replacement under SMARTnet contracts, Cisco has a service request ("SR") system that allows customers to contact Cisco and obtain assistance with regard to defective or inoperative parts. A customer can initiate an SR by phone and/or by creating an account on Cisco Connection Online ("CCO"), a web-based customer support application. To do so, the customer creates an account on CCO, obtains a username, and logs in to provide the SMARTnet contract number, serial number on the chassis of the

3

equipment covered by that SMARTnet contract, and a written explanation of the problem. Cisco

receives about 3,300 SRs every day or about 1.2 million SRs a year.

10. Service engineers at the Technical Assistance Center ("TAC") engage in an

electronic written dialogue with the customer in an attempt to resolve the issue, following a

standardized series of resolution attempts. If this protocol does not resolve the issue, the part is

deemed defective, and the service engineer will issue a return material authorization ("RMA")

number by which Cisco tracks the advance shipped replacement part. Cisco then ships the

replacement part, typically using Federal Express ("FedEx"), along with a preaddressed, prepaid

United Parcel Service ("UPS") or FedEx label and package for the defective part to be returned.

If the original part is not returned, an asset recovery system contacts the customer to remind him

of his obligation. If the part is still not returned, or the asset recovery department is unable to

contact the customer, the matter is referred to the Service Abuse Investigation Department at

Cisco.

**Identified Cases of Fraud**

11. Beginning in approximately July of 2003, Cisco Service Abuse Investigator Anthony

Barberi began documenting a repeated form of SMARTnet fraud occurring through the CCO.

This fraud exhibits a common method of execution: An individual, alleging to have in his

possession a faulty Cisco part, contacts Cisco customer support online via the CCO. This

individual enters into a dialogue with a Cisco customer support employee regarding the

malfunctioning Cisco part. The individual provides a valid SMARTnet contract number as well

as the serial number of the chassis of the hardware covered by that contract. During this

dialogue, the individual uses specific language that prevents the customer support employee

from resolving the individual's alleged malfunction through standard troubleshooting. Because

4

the customer support employee is unable to resolve the malfunction through troubleshooting, Cisco issues an RMA number for the malfunctioning part and ships the individual a replacement part, along with an empty carton for the individual to return the defective product. Subsequently, the individual conducting the fraud returns no defective part to Cisco or, rarely, a part possessing little or no value and not covered by the SMARTnet contract.

12. As of January 25, 2007, a review of this pattern of fraud reveals that 165 SMARTnet contracts have been used; that 72 of these contracts were resold by a company called Data Resource Group ("DRG"), based in Salisbury, Massachusetts, 86 by Evolving Solutions, Inc., based in Hamel, Minnesota, five by PRISM Innovations, Inc., based in Northfield, Illinois, and two by INX, Inc. (formerly InterNetwork Experts, Inc.), based in Houston, Texas; that approximately 700 SRs have been opened against these contracts in at least 39 states; that Cisco authorized RMAs for all of these RMAs and sent out appropriate replacement parts; that a "failed/defective" part was returned to Cisco only 11 times for these RMAs and that only one time was the returned part properly covered by the SMARTnet contract (the other ten instances involved parts with little or no value that were not covered by the SMARTnet contract).

13. These SRs exhibited a number of common characteristics:

- Almost all of the SRs are opened on CCO through email.

- A majority of email SRs came from same internet service provider, America Online ("AOL").

- All the SRs provide a contact email address created using a free, web-based email company (*e.g.*, Hotmail, Yahoo, Techemail, and others) rather than the domain of the particular company (*e.g.*, amazon.com). Legitimate SRs typically include a company email address for future contact.

- The individual(s) making the SRs purports to be a representative of a particular company and provides an otherwise valid SMARTnet contract number in the name of that company. However, in every single case this company is fictitious.

5

- The individual(s) making the SRs provides an address for the fictitious company where Cisco can ship the replacement part. In every case, the address is really a private mailbox at a United Parcel Service ("UPS") or Mail Boxes Etc. ("MBE") store.

- Many of the requests use overlapping contact information, SMARTnet contract numbers, and serial numbers. For example, SRs from two different fictitious companies will provide the same contact address.

- The SRs contain valid SMARTnet contract numbers and serial numbers of a part covered by those contracts. Almost all of these SMARTnet contracts were sold by DRG or Evolving Solutions, both registered resellers of SMARTnet contracts. In addition, each of the contracts covered at most only a few pieces of equipment (a single contract can sometimes cover hundreds of pieces of equipment).

- The SRs only seek replacement parts, rather than troubleshooting or any other form of service provided under SMARTnet.

- The SRs use very similar language that seems intended to eliminate the possibility of any troubleshooting and to convince the Cisco representative to simply send a replacement part. According to Cisco representatives, based on formatting and other clues in the emails, it appears that the individual contacting Cisco may be cutting and pasting text from one SR to another. In addition, a few times, when pressed to conduct additional troubleshooting steps, the individual(s) making the SR terminated the session rather than conduct the additional steps.

- Of the approximately 700 cases following the same fraud pattern, SRs are made on the following 12 products: WS-X4516, WS-X6608-T1, WS-X4148-FX-MT, WS-X4515, WS-X6748-SFP, WS-X6K-S2-MSFC2, WS-X4448-GB-SFP, NPE-G1, WS-C3550-12G, WS-C4503, WS-X4516-10GE, and WS-X6748-GE-TX. WS-C4503 is a chassis and WS-C3550-12G is a switch; the other ten parts are cards that slide into slots in a chassis. In addition, according to Cisco, these parts are feature rich and particularly in demand. The list prices for these parts range from around $995 (WS-C4503) to $25,000 (WS-X6748-SFP). In particular, the list price for the WS-X4516–which the individual contacting Cisco requests about 40 percent of the time–is around $16,500.

- The individual(s) making the SRs generally sends back no part but sometimes returns a part of little or no value. When a part is sent back, it is almost always sent from the Boston, Massachusetts area, even though the fictitious company requesting the replacement part generally does not have a Boston-area address.

**Sampling of Fraud Cases**

14. Conducting further investigation, FBI agents chose a random sample of 20 cases from the cases with the fraud pattern described above. For each of these 20 cases, the customer who was supposed to receive the replacement Cisco part was fictitious and the contact address used by the customer to receive that part was really a UPS or MBE store. Agents then examined account documents for these 20 cases. In every case, the UPS or MBE mailbox used for the fraud was rented by Michael A. Daly using Massachusetts driver's license number 024443547. According to that driver's license, Daly lives at 18 Lakeview Avenue, Danvers, Massachusetts 01923-1259 and his date of birth is 6/9/53. Moreover, in every case Daly paid for the mailbox with a credit card belonging to Michael Daly. Finally, in every case, Daly had instructed UPS/MBE to forward the contents of his mailbox to Data Resources Group, 5c Fanaras Drive, Salisbury, Massachusetts 09152.

**Fraud Example**

15. To illustrate the specific method of this fraud, one of the twenty sample cases occurred as follows. On May 26, 2006, an individual identifying himself as "Scott James" contacted Cisco's customer support using the CCO system. This individual initiated a service request (SR#603652651) and began an electronic conversation with Cisco customer support employee David Loon. The individual described his allegedly defective Cisco product (Part WS-X6748-GE-TX) and the troubleshooting measures he claimed to have already attempted. Portions of this description matched verbatim with descriptions provided by individuals with different names, organizational affiliations, and geographic locations. Approximately 11 minutes later, Loon informed the individual that a replacement WS-X6748-GE-TX would be

7

shipped, and requested the individual's mailing address. The individual provided the following address:

> Delta Logistics
> 301 Thelma Drive, Suite 437
> Casper, Wyoming 82609

16. Loon issued RMA number 81317983 to the request, and the replacement WS-X6748-GE-TX was shipped to the address provided by the individual. In fact, the supposed address for "Delta Logistics" is really a UPS Store in Casper, Wyoming, and Box 437 was at the time rented by Daly, Massachusetts Drivers License Number 024443547, in the name of "Delta Research." On May 31, 2006, Emily LNU at the UPS Store in Casper, Wyoming received a fax from "Mike Daly (Delta Research and Logistics)" stating, "Please forward my package to the following address." Daly provided the address 5C Fanaras Drive, Salisbury, Massachusetts 01952. The UPS store complied with Daly's instructions and forwarded the package to the address he provided. In fact, 5C Fanaras Drive, Salisbury, Massachusetts, 01952 is the address of Michael Daly's business: Data Resources Group. Cisco never received the supposedly defective WS-X6748-GE-TX.

**Michael Daly and Data Resources Group**

17. Subsequently, FBI agents did further investigation into Michael A. Daly and DRG. Daly, doing business as DRG, operates an internet-based outlet for discount Cisco products. DRG is physically located at 5C Fanaras Drive, Salisbury, Massachusetts. Michael Daly is listed as the Treasurer, Secretary, and President of DRG. DRG maintains five employees on its payroll.

18. Agents have obtained credit card and bank records for DRG showing multiple transactions on personal credit cards in the name of Michael Daly for payments to UPS and

MBE for mailbox rentals throughout the United States. For example, a charge made on May 31, 2006 to an AT&T Universal Card (Account Number ****130397003351) in the name of Michael A. Daly reflects a transaction with UPS Store number 2200 in Casper, Wyoming for $143.21. This location and amount match the forwarded package referred to in the example described above.

## America Online Account

19. Also present in records agents have reviewed is evidence of payments for multiple AOL accounts. This evidence is significant because, using internet protocol ("IP") addresses and other information, agents traced instances of the SMARTnet fraud described above to the AOL account number 0890179701 and screen name "drgdamian." This account is billed to Daly and registered to Damian Prescott at DRG's business address: 5c Fanaras Drive, Salisbury, Massachusetts. Damian Prescott receives regular payroll checks from DRG and is believed to work for Daly.

20. For example, agents examined two instances of the above-described fraud and found that in both cases the IP address used to access the AOL service account of "drgdamian" at the time of the fraud was 69.164.68.245. The IP address 69.164.68.245 is assigned to Adelphia Communications Corporation ("Adelphia") in Amesbury, Massachusettts. Adelphia, a provider of high-speed cable internet, issued the IP address 69.164.68.245 to DRG at the physical location 5C Fanaras Drive #C, Salisbury, MA 01952-1444.

## Additional Evidence of Fraud

21. I believe that, once Daly fraudulently obtains parts from Cisco, he then sells them to companies that sell discounted Cisco products over the internet.

9

22. A review of DRG's bank records shows that DRG regularly receives and deposits checks from several companies selling discounted Cisco products over the internet, including Evolving Solutions, Inc., NaLogic LLC, Scotchcom LLC and Nova DataCom LLC. For example, on July 7, 2006, DRG cashed a check from Nova Datacom LLC for $40,500, and on July 19, 2006, DRG cashed a check for $13,500 from NaLogic and a check for $12,000 from Nova DataCom. I believe that this information, and other evidence, shows that Daly sells the parts he fraudulently obtains from Cisco.

## Confirmation of Fraud Through Use of a Tracking Device

23. On February 6, 2007, United States Magistrate Judge Patricia V. Trumbull signed an order authorizing FBI agents to install and monitor a mobile tracking device embedded inside of a package containing a Cisco card, product number WS-X4516, serial number JAB084203LP.

24. On February 13, 2007, agents installed the device and waited for Daly or one of his associates to make an RMA request under a SMARTNET contract believed to be connected to Daly and DRG.

25. On February 16, 2007, Cisco identified an SR that seemed to come from Daly. In this SR, an individual identifying himself as Peter Buckner contacted Cisco's customer support using the CCO system. This individual initiated a service request (SR #605399701) and began an electronic conversation with Cisco customer support employee Christina Santos. The individual described his allegedly defective Cisco product (Part WS-X4516) and the troubleshooting measures he claimed to have already attempted. Portions of this particular description matched verbatim with earlier descriptions provided by individuals with different names, organizational affiliations, and geographic locations who fraudulently obtained Cisco parts and who are believed to be Daly. Approximately 10 minutes later, Santos informed the individual that a

10

replacement WS-X4516 would be shipped, and requested the individual's mailing address. The

individual provided the following address:

> Cardinal Technologies
> 700 North Colorado Blvd
> Unit 310
> Denver, CO 80206
> Attn Peter Buckner

Santos assigned the RMA number 81679877 to the request, and the same day Cisco

shipped "Peter Buckner" the replacement WS-X4516, serial number JAB084203LP, along with

the tracking device to the address he provided. Cisco's list price for a WS-X4516 is around

$16,500.

26. Not surprisingly, the address "Peter Buckner" provided for "Cardinal Technologies"

is really the address for a UPS Store in Denver, Colorado. Moreover, Unit 310 at the UPS Store

is registered to Michael Daly of 5C Fanaras Drive, Salisbury, MA, Massachusetts Driver's

license number 024443547.

27. On February 19, 2007, through the tracking device, agents confirmed the package

was at the Denver, Colorado UPS Store. Moreover, agents determined that records from this

store confirm that on February 19, 2007, a package was forwarded from "Cardinal

Technologies/Mike Daly/700 N Colorado Blvd/Denver, CO 80206" to "Mike Daly/5C Fanaras

Drive/Salisbury, MA 01952-1444," UPS tracking number 1Z10FE310118215972. UPS tracking

information shows the package was delivered to a Salisbury, Massachusetts address on February

20, 2007 at 9:58 a.m.

28. On February 21, 2007, through the tracking device, agents confirmed that the

package was at 7410 Adams Park Court, Annandale, Virginia. The address 7410 Adams Park

Court, Annandale, Virginia corresponds with a business complex with the address 7361

11

McWhorter Place, Suite 310, Annandale, Virginia. That is the address of NovaDataCom.

NovaDataCom is a business selling used Cisco parts on the internet. Since March 2005, DRG

has received 42 payments totaling $704,250 dollars from NovaDataCom. Based on the shipment

of the package from Cisco to a UPS Store in Denver to Daly/DRG to NovaDataCom, and the

frequent payments DRG receives from NovaDataCom, I believe that Daly fraudulently obtained

a WS-X4516, serial number JAB084203LP, from Cisco and sold it to NovaDataCom.

**E.    Conclusion**

29. Based on the information and evidence contained in this affidavit, I believe that

probable cause exists that Michael Daly, doing business as Data Resources Group, 5C Fanaras

Drive, Salisbury, Massachusetts, committed wire fraud and aided or abetted wire fraud, in

violation of Title 18, United States Code, Sections 1343 (Wire Fraud) and 2 (Aiding and

Abetting the Foregoing Offense). Specifically, I believe that probable cause exists that Daly

made up and aided or abetted a scheme or plan for obtaining property from Cisco by making

false statements; that he knew that those statements were false; that those statements were

material, that is, they would reasonably influence a person to part with property; that he acted

with the intent to defraud; and that he used or caused to be used the wires to carry out or attempt

to carry out an essential part of the scheme.

//

//

//

12

**F.    Request for Sealing**

30. I respectfully request that this complaint and affidavit be sealed until the arrest of the defendant in this case or until such time as the Court directs.  Disclosure of the complaint and affidavit at this time could seriously jeopardize the ongoing investigation, as such disclosure would give Daly an opportunity to destroy evidence, notify confederates, or otherwise interfere with the investigation.  It may also take some time to locate Daly before his arrest.


_____
EDMUND EWING
Special Agent, FBI


Sworn and subscribed to before me this _____23_____ day of February, 2007


_____
HOWARD R. LLOYD
United States Magistrate Judge

13

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

─── OFFENSE CHARGED ───

See attached sheet.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See attached sheet.

─── DEFENDANT - U.S. ───

2007 FEB 23 P 2: 41

▶ MICHAEL A. DALY

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

SEALED BY ORDER OF THE COURT

07 70118 HRL

─── PROCEEDING ───

**Name of Complainant Agency, or Person (&Title, if any)**

Special Agent Edmund Ewing, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

MATTHEW A. LAMBERTI

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** _____

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division

4  MATTHEW A. LAMBERTI (DCBN 460339)
   Assistant United States Attorney

5

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113

7     Telephone: (408) 535-5061
      Facsimile: (408) 535-5066

8  Attorneys for Plaintiff

SEALED BY ORDER OF THE COURT

**FILED**

2007 FEB 23  P 2: 41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,        )   No. **07  70118** HRL
                                     )
13           Plaintiff,              )   **MOTION TO SEAL**
                                     )
14      v.                           )
                                     )
15                                   )
    MICHAEL A. DALY,                 )
16                                   )
             Defendant.              )
17                                   )   **UNDER SEAL**

18          For the reasons set forth in the attached affidavit, the United States of America

19  respectfully requests that the Court seal the complaint (including the affidavit in support of the

20  complaint and accompanying documents) in the above-captioned matter, along with the United

21  States' motion to seal and Court's sealing order, until the defendant's initial appearance or

22  further order of the Court.

23  DATED: 2/23/07

                              Respectfully submitted,

24                            KEVIN V. RYAN
                              United States Attorney

25

26

27                            MATTHEW A. LAMBERTI
                              Assistant United States Attorney

28

SEALED BY ORDER
OF THE COURT

ORIGINAL
FILED

07 FEB 23 PM 2: 41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL A. DALY,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

No.

**07 70118 HRL**

[Proposed]
**ORDER GRANTING MOTION TO
SEAL**

**UNDER SEAL**

Upon motion of the government, and good cause appearing,

IT IS HEREBY ORDERED that the complaint in this matter (including the affidavit in

support of the complaint and accompanying documents) in the above-captioned matter, along

with the United States' motion to seal and this order, shall be sealed until the defendant's initial

appearance or further order of the Court.

DATED: 2/23/07

_____
HOWARD R. LLOYD
United States Magistrate Judge

# United States District Court

## Northern District of California

UNITED STATES OF AMERICA,

V.

MICHAEL A. DALY

**WARRANT FOR ARREST**

RECEIVED

CASE NUMBER:

7 FEB 23 P2:55

To: The United States Marshal
and any Authorized United States Officer

NORTHERN DISTRICT
OF CALIFORNIA

**07   70118**   HRL

YOU ARE HEREBY COMMANDED to arrest MICHAEL A. DALY and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  (x) Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with

having devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice,

in violation of Title __18__ United States Code, Section(s) ___1343___

| | |
|---|---|
| Howard R. Lloyd | __U.S. Magistrate Judge__ |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| Signature of Issuing Officer | __February 23, 2007, San Jose, CA__ |
| | Date and Location |

Bail fixed at $ __No Bail__         by ___Howard R. Lloyd___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

SEALED BY ORDER OF THE COURT

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

USA
v.
Michael A. Daly

**APPEARANCE**

Case Number: 07-MJ-24J-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Michael Daly  for  intial hearing

I certify that I am admitted to practice in this court.

Date  2-28-07

Signature  Joseph P. Kittredge  548841

Print Name                                Bar Number

Address  1 KEEFE Rd.

City  Acton    State  Ma    Zip Code  01720

Phone Number  978-263-4001    Fax Number  978-263-4001

I hereby certify on _____ that the foregoing document is a true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ original filed in my office on  2/28/07
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: JARRETT LOVETT
Deputy Clerk



AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION** |
| **V.** | **PENDING HEARING PURSUANT TO** |
| | **BAIL REFORM ACT** |

MICHAEL DALY

*Defendant*

Case Number: 07-MJ-245-JLA

Upon motion of the _____ Government _____, it is ORDERED that a

detention hearing is set for _____ 3/6/2007 _____ * at _____ 12:00 pm _____
                                        *Date*                              *Time*

before _____ Magistrate Judge Joyce London Alexander _____
                                        *Name of Judicial Officer*

_____ U.S.D.C. Boston, Massachusetts _____
                                        *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

( _____ F.B.I. _____ ) and produced for the hearing.
                        *Other Custodial Official*

Date: _____ 2/28/2007 _____

/S/ **Joyce London Alexander**
**U.S. Magistrate** *Judge*

I hereby certify on 3/9/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ original filed in my office on 2/28/07
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts
By: JARESTI LNETI
    Deputy Clerk

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to
five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only
by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial
officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate,
or attempt to threaten, injure, or intimidate a prospective witness or juror.

③

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

For The

DISTRICT OF     MASSACHUSETTS

U.S.A.

v.

Michael Daly

**APPEARANCE**

Case Number: 07-MJ-245-JLA

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for     Michael Daly.

I hereby certify on 3/9/07 that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 3/6/07
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts
By: JARRETT LOVETT
Deputy Clerk

I certify that I am admitted to practice in this court.

3-6-07
Date

Signature

Joseph P. Kitteedge     548841
Print Name                Bar Number

1 Keefe Rd.
Address

Acton          MA          01720
City            State        Zip Code

978-369-6001          978-369-4001
Phone Number          Fax Number



FILED
In Open Court
USDC, Mas
Date 3/6/07
By JARRETT LOVETT
Deputy Clerk



(4)

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        MASSACHUSETTS

## APPEARANCE

Case Number: 07-MJ-245-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL DALY

I certify that I am admitted to practice in this court.

I hereby certify on 3/9/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 3/6/07

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: JARRETT LOVETT
Deputy Clerk

---

3/6/07
2/28/2007

Date

FILED
In Open Court
USDC, Mass
Date 3/6/07
By JARRETT LOVETT
Deputy Clerk

Signature

Douglas I Louison      545191
Print Name              Bar Number

67 Battery March St
Address

Boston    MA    02110
City        State       Zip Code

612-439-0305      617-439-0325
Phone Number          Fax Number

⑤

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____  DISTRICT OF _____  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MICHAEL DALY

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 07-MJ-245-JLA

CHARGING DISTRICTS
CASE NUMBER: 07-70118-HRL

I understand that charges are pending in the _____ Northern _____ District of _____ California _____

alleging violation of _____ 18 USC 1343 & 2 _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X )  identity hearing

(    )  preliminary hearing

( X )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
_Defendant_

3/6/07
2/28/2007
_Date_

_____
_Defense Counsel_

I hereby certify on 3/9/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 3/6/07
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: JARRETT LOVETT
Deputy Clerk

6

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

FOR THE _____    **District of** _____·_____ MASSACHUSETTS

United States of America

V.

## ORDER SETTING CONDITIONS OF RELEASE

MICHAEL DALY                    Case Number:  07-MJ-245-JLA
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified) __U.S. DISTRICT COURT, Northern District of CA__
                                                                            Place

__as directed_____ on _____
                                        Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(  ✔  ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ✓  ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of Five Million partially secured by One million in cash and real estate _____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

I certify that the __3/9/07__
...regoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on __3/9/07__
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts
By: _JARRETT LOVETT_
Deputy Clerk

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL    SERVICES    ATTORNEY    U.S. MARSHAL



AO 199B    (Rev. 5/99) Additional Conditions of Release    Page __2__ of __3__

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6)    The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____    (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____    _____
                        Custodian or Proxy                                          Date

( ✓ ) (7)    The defendant shall:

( ✓ ) (a)    report to the   Pretrial Services as directed                  ,

telephone number _____, not later than _____.

( ✓ ) (b)    execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
$5,000,000

( ✓ ) (c)    post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
$500,000 in cash & $500,000 real estate.

(   ) (d)    execute a bail bond with solvent sureties in the amount of $ _____.

( ✓ ) (e)    maintain or actively seek employment.

(   ) (f)    maintain or commence an education program.

(   ) (g)    surrender any passport to: _____

( ✓ ) (h)    obtain no passport.

( ✓ ) (i)    abide by the following restrictions on personal association, place of abode, or travel:
Massachusetts & Northern District of California for court purposes only

(   ) (j)    avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

(   ) (k)    undergo medical or psychiatric treatment and/or remain in an institution as follows:

(   ) (l)    return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):

(   ) (m)    maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ✓ ) (n)    refrain from possessing a firearm, destructive device, or other dangerous weapons.

(   ) (o)    refrain from    (   ) any    (   ) excessive use of alcohol.

(   ) (p)    refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(   ) (q)    submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(   ) (r)    participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

(   ) (s)    refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

(   ) (t)    participate in one of the following home confinement program components and abide by all the requirements of the program which    (   ) will or (   ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

(   )   (i)   Curfew. You are restricted to your residence every day    (   ) from _____ to _____, or    (   ) as directed by the pretrial services office or supervising officer; or

(   )   (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

(   )   (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ✓ ) (u)    report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ✓ ) (v)    Not to incur further financial credit, loans, or lines of credit, transfer any assets without Court permission. Not to dispose of additional assets except for purpose of living expenses, counsel fees, and defense costs.

( ✓ ) (w)    Not to dispose of any assets that exist at place of employment in Salisbury MA beyond scope of business purposes

( ✓ ) (x)    Maintain residence

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199C   (Rev.12/03) Advice of Penalties . . .

Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_1 8 LAKeview Ave_
Address

_Danvers MA 01923_
City and State                    Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: _____3/9/2007_____

_____
Signature of Judge (Clerk)

Joyce London Alexander        Magistrate Judge, U.S. District Court
_____
Name and Title of Judge

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98   (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

MICHAEL DALY

_____
Defendant

Case Number:   07-MJ-245-JLA

☐ Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
☑ Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____5,000,000.00_____ , and there has been deposited in the Registry of the Court the sum of
$ _____500,000.00_____ in cash and $500,000 in Real Estate Property _____ (describe other security.)

The conditions of this bond are that the defendant _____Michael Daly_____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any
and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a
condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which
the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such
matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall
continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this
bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the
amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any
United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is
forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States
District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and
execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws
of the United States.

This bond is signed on **MAR 0 9 2007** at ___U.S. District Court, Boston MA.___
Date                                        Place

Defendant  _Michael Daly (signature)_   Address  _DANVERS MA 01922_

Surety  _Susan Daly (signature)_   Address  _Danvers, MA 01923_

Surety  _____   Address  _____

Signed and acknowledged before me   **MAR 0 9 2007**
Date

_Jarrett Lovett (signature)_
Judge/Clerk

hereby certify on _3/9/07_ that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on _3/9/07_
☐ original filed in my office on _Approved_
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _JARRETT LOVETT_
Deputy Clerk

⑦

United States Treasury Symbol 4630

Fri Mar  9 11:07:57 2007

UNITED STATES DISTRICT COURT
BOSTON          , MA

Receipt No.    021 78773
Cashier        russo

Tender Type  CHECK

Check Number: 4330829

Transaction Type   C

Case No./Def No. 1:07-MG-00245 /    1

DU Code    Div No      Acct
4636         1        604700

Amount                $ 500000.00

BAIL 0. No-00245-01,MICHAEL DALY, SURETY
SUSAN L. DALY,

18 LAKEVIEW AVENUE, DANVERS, MA   01923-1
259, CHECK FROM EASTERN BANK

AO 98 (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA
V.

MICHAEL DALY

## APPEARANCE BOND

Defendant

Case Number: 07-MJ-245-JLA

☐ Non-surety: I, the undersigned defendant acknowledge that I and my . . .

☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ _____5,000,000.00_____ , and there has been deposited in the Registry of the Court the sum of

$ _____500,000.00_____ in cash or _and_ $500,000 in Real Estate Property ____ (describe other security.)

The conditions of this bond are that the defendant _____Michael Daly_____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____ at _____ U.S. District Court, Boston MA. _____
Date                                         Place

Defendant _____ Address _____

Surety _____ Address _____

Surety _____ Address _____

Signed and acknowledged before me _____
Date

hereby certify on 3/9/07 that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 3/6/07
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: JARRETT LOVETT
Deputy Clerk

Approved _____
Judge/Clerk

(7)

United States District Court
Northern District of California
San Jose Division
Attn: Clerk to the Honorable Howard R. Lloyd
280 South 1st Street
San Jose, CA 95113