AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA
V.
MICHAEL DALY

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 07-MJ-245-JLA

CHARGING DISTRICTS
CASE NUMBER: 07-70118-HRL

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ___NORTHERN___ District of ___CALIFORNIA___; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the ___U.S.D.C. Northern District of California___,
*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on _____.
*Date and Time*

_____
Signature of Judge

3/13/2007
*Date*

Joyce London Alexander   U.S. Magistrate Judge
*Name of Judge*