AO 467 (Rev. 9/03) Order for Defendant to Appear

FILED
MAR 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

UNITED STATES OF AMERICA

V.

MICHAEL DALY

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 07-MJ-245-JLA

CHARGING DISTRICTS CASE NUMBER: 07-70118-HRL

I hereby certify on 3/13/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 3/13/07
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: JARRETT LOVER
Deputy Clerk

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _NORTHERN_ District of _CALIFORNIA_; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _U.S.D.C. Northern District of California_,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on _____.
*Date and Time*

_____
Signature of Judge

3/13/2007
Date

Joyce London Alexander    U.S. Magistrate Judge
Name of Judge

(Previously emailed 3/13/7)