

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

RE:

CIVIL ACTION #._____
OUR CRIMINAL #.   07-MJ-245-JLA
YOUR CRIMINAL #   07-70118-HRL

TO:

Cita Escolano-CR CSA
280 South First St., Room 2112
San Jose, CA 95113

SEALED BY ORDER OF COURT

FILED
MAR 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ 3/13/07 _____ by the Honorable **JOYCE LONDON ALEXANDER**.

The following documents are included in our file and transmitted herewith:

( x )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

(  )   Original documents numbered _____

(  )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   3/13/07

By:   /S/ JARRETT LOVETT
        Deputy Clerk

cc:   File

---

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____ Date_____
Deputy Clerk, Eastern District of New York

(Transfer Cover Letter.wpd - 3/7/2005)



CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:07-mj-00245-JLA-ALL

Case title: USA v. Daly  
Other court case number: 07-70118-HRL Northern District of California

Date Filed: 02/28/2007

Assigned to: Magistrate Judge Joyce London Alexander

**Defendant**

**Michael Daly** (1)  
*TERMINATED: 03/09/2007*

represented by **Douglas I. Louison**  
Merrick, Louison & Costello  
67 Batterymarch Street  
third floor  
Boston, MA 02110  
617-439-0305  
Fax: 617-439-0325  
Email: dlouison@merricklc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

**Joseph P. Kittredge**  
Rafanelli & Kittredge, P.C.  
1 Keefe Road  
Acton, MA 01720-5517  
978-369-6001  
Fax: 978-369-4001  
Email: jpkittredgesq@comcast.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

I hereby certify on 3/13/07 that the foregoing document is true and correct copy of the  
☒ electronic docket in the captioned case  
☐ electronically filed original filed on ___  
☐ original filed in my office on ___  
Sarah A. Thornton  
Clerk, U.S. District Court  
District of Massachusetts  
By: JARRETT LOVETT  
Deputy Clerk

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

### Highest Offense Level (Terminated)
None

### Complaints
18:1343 & 2 Having devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice

### Disposition

### Plaintiff
USA

represented by **Antoinette E.M. Leoney**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3951
Email: antoinette.leoney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2007 |  | Arrest (Rule 5) of Michael Daly, Defendant lodged for Initial Appearance on 2/28/07 (Lovett, Jarrett) (Entered: 03/01/2007) |
| 02/28/2007 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Daly held on 2/28/2007: AUSA Leoney for the Gov't, PTSO Brown present. Deft sworn. Deft informed of the nature of the charges and right not to make any statement. Deft advised of right to retain counsel and right to request appointment of counsel, Atty Kittredge files an appearance on behalf of the Deft, Gov't states the Maximum Penalty. Gov't moves for detention & continuance Pursuant to 18 U.S.C. 3142 (f)(2)(A), the Court allows the Govt's motion and sets a Preliminary Examination and Detention Hearing on 3/6/07 @ 12:00 PM. Deft is remanded to the Custody of the U.S. Marshal. (Digital Recording 2:46-3:16) (Lovett, Jarrett) (Entered: 03/01/2007) |

| | | |
|---|---|---|
| 02/28/2007 | 1 | RULE 5 AFFIDAVIT by USA as to Michael Daly by Affiant Edmund Ewing (Attachments: # 1 Criminal Complaint issued out of the U.S.D.C. for the Northern District of California# 2 Affidavit # 3 Defendant's Info sheet# 4 Motion to Seal# 5 Order on Motion to Seal# 6 Arrest Warrant) (Lovett, Jarrett) (Entered: 03/01/2007) |
| 02/28/2007 | 2 | NOTICE OF ATTORNEY APPEARANCE: Joseph P. Kittredge appearing for Michael Daly for Initial Hearing (Lovett, Jarrett) (Entered: 03/01/2007) |
| 02/28/2007 | | ELECTRONIC NOTICE OF HEARING as to Michael Daly Preliminary Examination and Detention Hearing set for 3/6/2007 12:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 03/01/2007) |
| 02/28/2007 | 3 | Magistrate Judge Joyce London Alexander : ORDER OF TEMPORARY DETENTION as to Michael Daly (Lovett, Jarrett) (Entered: 03/01/2007) |
| 03/06/2007 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Preliminary Examination and Detention Hearing as to Michael Daly held on 3/6/2007: AUSA Leoney for the Gov't, PTSO Brown, Atty Kittredge and Atty Louison for the Deft and file appearances. Gov't moves to withdraw it's motion for detention, Court allows the Govt's motion, Gov't proposes bail terms and conditions of release. Court hears the parties oral arguments as to bail terms and conditions of release. Deft's proposed surety, Susan Daly, sworn. Court informs Mrs. Daly of her rights and obligations as surety. Court will release the Deft on a $5,000,000 bond partially secured by $500,000 in cash and $500,000 in real estate. Court imposes additional conditions of release. Deft must post bond before release. Deft admits to Identity, Deft Waives Removal Hearing Without Prejudice, Deft Waives Preliminary Hearing in this District and reserves right to have said hearing held in the Northern District of California. Deft sworn. Court inquires of Deft's intentions, Deft agrees to Waive Right to an Identity Hearing. Deft further agrees to Waive his Right to a Preliminary Hearing in this District, and reserves his right to have said hearing held in the Northern District of California. Deft executes a waiver. Deft Remanded to the Custody of the U.S. Marshal. (Digital Recording 12:01-12:45) (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | 4 | NOTICE OF ATTORNEY APPEARANCE: Joseph P. Kittredge appearing for Michael Daly for all purposes (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | 5 | NOTICE OF ATTORNEY APPEARANCE: Douglas I. Louison appearing for Michael Daly (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | 6 | WAIVER of Rule 5 and 5.1 Hearings by Michael Daly (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/06/2007 | 7 | Unsecured Bond Entered as to Michael Daly in amount of $ 5,000,000 partially secured by $500,000 in cash and $500,000 in real estate. All parties to sign upon posting of said bond (Lovett, Jarrett) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 03/07/2007) |
| 03/06/2007 | 8 | Magistrate Judge Joyce London Alexander : ORDER Setting Conditions of Release as to Michael Daly. All parties to sign upon posting of bond. (Lovett, Jarrett) (Entered: 03/07/2007) |
| 03/09/2007 | 9 | Unsecured Bond Entered as to Michael Daly in amount of $ 5,000,000 partially secured by $500,000 in cash and $500,000 in real estate. Receipt # 78773. Bond signed by the Defendant, Susan Daly as surety and Clerk. (Lovett, Jarrett) (Entered: 03/09/2007) |
| 03/09/2007 | 10 | Magistrate Judge Joyce London Alexander : ORDER Setting Conditions of Release as to Michael Daly. Conditions signed by the Defendant, Susan Daly as surety and Clerk. Defendant is hereby released. (Lovett, Jarrett) (Entered: 03/09/2007) |
| 03/09/2007 | 11 | Real Property Documents Filed with the Clerk's Office as to Michael Daly for property located at 18 Lakeview Avenue, Danvers, Essex County, Massachusetts. Documents surrendered: Escrow Agreement, Quitclaim Deed, Mortgage, Attorney's Certification of Title, Appraisal. (Attachments: # 1 Quitclaim Deed# 2 Mortgage# 3 Attorney's Certification of Title# 4 Appraisal)(Lovett, Jarrett) (Entered: 03/09/2007) |
| 03/09/2007 |  | Rule 5(c)(3) Documents Sent as to Michael Daly to Northern District of California. (Lovett, Jarrett) (Entered: 03/09/2007) |
| 03/13/2007 | 12 | Magistrate Judge Joyce London Alexander : ORDER that the Defendant appear in the Nothern District of California and transferring bail as to Michael Daly (Lovett, Jarrett) (Entered: 03/13/2007) |
| 03/13/2007 |  | Rule 5(c)(3) Documents re 12 Magistrate Judge Joyce London Alexander's ORDER that the Defendant appear in the Nothern District of California and transferring bail as to Michael Daly Sent to Northern District of California. (Lovett, Jarrett) (Entered: 03/13/2007) |