UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO: 07-07118HRL

**FILED**
2007 MAR 26  P 3: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL A. DALY,
    Defendant.

SEALED BY ORDER OF THE COURT

### APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L. R. 11-3, Bradford N. Louison, an active member in good standing of the bar of the United States District Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Defendant Michael A. Daly in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicted above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in



the above-entitled action. The name, address and telephone number of that attorney is:

Benjamin Williams, 125 South Market Street, Suite 1100, San Jose, CA 95113.

I declare under penalty of perjury that the foregoing is true and correct.

Date:_____                    _____
                                            Bradford N. Louison BBO# 305755
                                            Merrick, Louison & Costello, LLP
                                            67 Batterymarch Street
                                            Boston, MA 02110
                                            (617) 439-0305