RECEIVED

2007 MAR 26 PM 3:41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

RECEIVED
MAR 26 2007
CLERK, U.S. DISTRICT
NORTHERN DISTRICT
SAN JOSE

SEALED BY ORDER OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO: 07-07118HRL

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL A. DALY,
    Defendant.

Filed

MAR 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Bradford N. Louison, an active member in good standing of the bar of United States District Court of Massachusetts whose business address and telephone number is Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110 (617) 439-0305, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Michael Daly.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Date:  3/28/07

_____
United States Magistrate Judge

DOCUMENT NO    CSA?
INITIALS

10e

DISTRICT COURT
CRIMINAL CASE PROCESSING