

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**RE:**

CIVIL ACTION #._____
OUR CRIMINAL #.    07-MJ-245-JLA
YOUR CRIMINAL #    07-70118-HRL

**TO:**

Cita Escolano-CR CSA
280 South First St., Room 2112
San Jose, CA 95113

*SEALED BY ORDER OF COURT*

~~Filed~~

MAR 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____
___3/13/07_____ by the Honorable __**JOYCE LONDON ALEXANDER**__.

The following documents are included in our file and transmitted herewith:

( )    Certified copy of the docket entries;

( )    Certified copy of the transferral order;

( X )    Original documents numbered ___11_____

( )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:    3/26/07_____

By:__/S/ JARRETT LOVETT_____
Deputy Clerk

cc:    File    * Property posted: to . SF Finance: 546110007

The documents listed above were received by me on _____ and assigned the

following case number:_____.

By:_____ Date_____
Deputy Clerk, Northern District of California

(Transfer Cover Letter.wpd - 3/7/2005)

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611000726
Cashier ID: morriss
Transaction Date: 03/30/2007
Payer Name: Michael Daly
-------------------------------------
COMMERCIAL REGISTRY OTHER
 For: Michael Daly
 Case/Party: D-CAN-5-07-MJ-070118-001
 Amount:        $0.00
-------------------------------------
NON-CASH COLLATERAL
 Amt Tendered: $0.00
-------------------------------------
Total Due:     $0.00
Total Tendered: $0.00
Change Amt:    $0.00

Deed #299596 bk. 12612 pag. 395.
Escrow Agreement signed by Susan
Daly and notorized by Jena M.
Caruso;Quit Claim Deed signed by
Michael A. Daly and Susan L. Daly
notorized by Jena M. Caruso..
Appraisal file #A70302 appraised
value: $700,000.00.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```