UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO: 07-07118HRL

07- 70118 HRL

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL A. DALY,
    Defendant.

Filed

APR 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## APPEARANCE

Kindly enter my appearance pro hac vice for the defendant in the above named matter.

_____
Bradford N. Louison ((Pro hac vice))
Merrick, Louison & Costello, LLP
67 Batterymarch St.
Boston, Massachusetts 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Bradford N. Louison, Esq., hereby certify that on the 18th day of April 2007, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Matthew Lamberti, Esq., United States Attorney's Office, NDCA, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA, 94102-3495.

_____
Bradford N. Louison, Esq. (Pro hac vice)