

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO: 07-07118HRL

**FILED**
2007 MAY -4 P 3: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL A. DALY,
    Defendant.

**SEALED BY ORDER OF COURT**

## NOTICE OF APPEARANCE

**K**indly enter my appearance pro hac vice for the defendant in the above named matter.

                        David E. Condon (Pro hac vice)
                        Merrick, Louison & Costello, LLP
                        67 Batterymarch St.
                        Boston, Massachusetts  02110
                        (617) 439-0305

## CERTIFICATE OF SERVICE

    I, David E. Condon, Esq., hereby certify that on the _____ day of April 2007, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Matthew Lamberti, Esq., United States Attorney's Office, NDCA, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA, 94102-3495 and Benjamin Williams, Esquire, 125 South Market Street, Suite 1100, San Jose, CA 95113

                        David E. Condon, Esq. (Pro hac vice)