UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION  2007 MAY 16  A 10: 50

CASE NO: 07-00282-RMW

RICHARD W. WIEKING
CLERK
DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA, )
    Plaintiff, )
     )
v. )
     )
MICHAEL A. DALY, )
    Defendant. )
     )

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

Now comes the Defendant, Michael A. Daly, in the captioned case who, along with his undersigned attorney, hereby acknowledges the following:

1)   The Defendant has received a copy of the Indictment in the instant matter. The Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2)   The Defendant understands he has the right to appear personally with his attorney before a Judge for arraignment in open court on this indictment. The Defendant further understands that, absent the present waiver, he will be so arraigned in open court.

3)   Further, the Defendant understands that no issues as to the conditions of his release that were previously set in U.S. District Court in the District of Massachusetts will likely arise at the arraignment of this matter.

4)   Finally, travel from Massachusetts to California would impose an undue burden

on the Defendant for the purpose of this arraignment.

The Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment, and, by this instrument, tenders his plea of "not guilty." The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

Signed on this 15th day of May 2007 under the pains and penalties of perjury:

_____
Michael A. Daly

_____
Douglas I. Louison, Esquire (*Pro hac vice*)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that, on the 15th day of May 2007, I served the foregoing Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by electronic filing directed to:

**Matthew A. Lamberti**, Assistant United States Attorney
U.S. Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, CA 95113-2009
fax: (408) 535-5066

/s/ Douglas I. Louison
Douglas I. Louison