UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                                    CASE NO: 07-00282-RMW

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL A. DALY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR CHANGE OF VENUE**

    Now comes the Defendant, Michael A. Daly, and moves this Honorable Court to transfer the instant proceeding to the District of Massachusetts, pursuant to Rule 21 of the Federal Rules of Criminal Procedure, in order to ensure that the Defendant receives a fair and impartial trial.

    As reasons therefor, the Defendant respectfully submits the following:

1)    The current venue poses an undue burden on the Defendant, who resides and conducts business in Massachusetts, to have to travel to the Northern District of California for pre-trial proceedings and for the duration of the trial. The Defendant is the sole supporter of his wife and handicapped minor daughter. Therefore, the transfer would be in the interest of justice, pursuant to Fed. R. Crim. P. 21(b).

2)    The alleged victim in this case, Cisco Systems, Inc., is based in San Jose, California, and it is a leading employer/manufacturer in that District. As a result, the Defendant would suffer undue prejudice were the trial to go forward in this

Court, pursuant to Fed. R. Crim. P. 21(a).

3) Finally, the Government's resources in the District of Massachusetts are adequate to prosecute this case.

Wherefore, the inconvenience and the inherent bias in the local community will prevent the Defendant from receiving a fair trial in the Northern District of California, the case should be transferred to the District of Massachusetts, where a fair and impartial jury can be assembled.

                                          The Defendant, MICHAEL A. DALY,
                                          By his Attorney,

                                          /s/ Douglas I. Louison
                                          Douglas I. Louison (*Pro hac vice*)
                                          Merrick, Louison & Costello, LLP
                                          67 Batterymarch Street
                                          Boston, MA 02110
                                          (617) 439-0305

Date: May 17, 2007

**CERTIFICATE OF SERVICE**

I, Douglas I. Louison, hereby certify that, on the 17th day of May 2007, I served the foregoing Motion for Change of Venue by electronic filing and by causing a copy to be mailed, postage prepaid, directed to:

**Matthew A. Lamberti**, Assistant United States Attorney
U.S. Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, CA 95113-2009
fax: (408) 535-5066

/s/ Douglas I. Louison
Douglas I. Louison