UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL A. DALY,<br><br>　　　Defendant.<br>_____ | No. CR 07-00282 RMW (HRL)<br><br>ORDER SETTING CASE BEFORE DISTRICT COURT JUDGE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br><br>SAN JOSE VENUE |

This matter came before the Court for arraignment on the indictment on Thursday, May 24, 2007. Counsel for the government and for the defendant were present. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendants' and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including obtaining and reviewing discovery in this matter.

IT IS HEREBY ORDERED that this case is set before the Honorable Ronald M. Whyte on Monday, June 11, 2007 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from May 24, 2007 through and

//
//
//
//
//
//
//
//

ORDER

1  including June 11, 2007 shall be excluded from the period of time within which trial must
2  commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*
3
4  DATED:
5
6
   _____
7  HAROLD R. LLOYD
   United States Magistrate Judge
8
9  APPROVED FOR FORM:
10         /s/
   _____
11 DOUGLAS I. LOUISON
   Counsel for Defendant
12
13
14
   Copies to be served on:
15
   MATTHEW A. LAMBERTI
16 Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
17 San Jose, California  95113
18 DOUGLAS I. LOUISON
   Merrick, Louison & Costello LLP
19 67 Batterymarch Street
   Boston, MA  02110
20
21
22
23
24
25
26
27
28

ORDER                                2