

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CASE NO: 07-00282-RMW

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL A. DALY,
    Defendant.

**FILED**

JUN 11 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## ORDER

The Defendant's Waiver of Personal Appearance at Arraignment is APPROVED by the Court. A plea of "not guilty" is entered for the Defendant effective this date.

The Honorable Howard R. Lloyd

Date: 6/11/07

RECEIVED
2007 MAY 16 AM 10:50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.