***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte  **REPORTER:** Lee-Anne Shortridge

**DATE:** June 11, 2007  **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- MICHAEL DALY  (N/A)
   APPEARANCES:

**PLTF:** AUSA: M. Lamberti  **DEFT:** B. Louison via Phone

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government advised that they just turned over 10,000 pages of discovery to the defense. The Court continued this matter to July 9, 2007 @ 9:00 am for a Status Hearing. Defense counsel to appear by phone once again. The Court excluded time based on the need to review the discovery and effective preparation. Time is excluded to 7/9/07. Government to prepare exclusion order.**

   */s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**