|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | NORTHERN DISTRICT OF CALIFORNIA |
| 3   | SAN JOSE DIVISION |

*E-FILED - 6/27/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00282 RMW |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING CASE AND |
| v. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| MICHAEL A. DALY, | ) | |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |

This matter came before the Court for a status hearing on Monday, June 11, 2007. Counsel for the government was present, and the defendant's counsel participated by telephone. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including obtaining and reviewing discovery in this matter.

IT IS HEREBY ORDERED that this case is continued to Monday, July 9, 2007 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from June 11, 2007 through and including July 9, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:  6/27/07

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

ORDER

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California  95113

4  DOUGLAS I. LOUISON
5  Merrick, Louison & Costello LLP
   67 Batterymarch Street
6  Boston, MA  02110

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                          2