UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL A. DALY,<br><br>    Defendant. | No. CR 07-00282 RMW<br><br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br><br>SAN JOSE VENUE |

This matter came before the Court for a status hearing on Monday, July 9, 2007. Counsel for the government was present, and the defendant's counsel participated by telephone. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including obtaining and reviewing discovery in this matter and preparing and responding to a pretrial motion.

IT IS HEREBY ORDERED that this case is continued to Monday, September 17, 2007 at 9:00 a.m. for a motion and status hearing.

IT IS FURTHER ORDERED that the period of time from July 9, 2007 through and including September 17, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:

                                                                                                                        _____
RONALD M. WHYTE
United States District Judge

ORDER

Copies to be served on:

MATTHEW A. LAMBERTI
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California  95113

DOUGLAS I. LOUISON
Merrick, Louison & Costello LLP
67 Batterymarch Street
Boston, MA  02110

ORDER          2