UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                           CASE NO: 07-00282-RMW

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL A. DALY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA: Defendant, Michael A. Daly, by and through his undersigned attorney, hereby submits the attached Discovery Request Letter for filing as part of the record in the above-captioned case.

                                             The Defendant, MICHAEL A. DALY,
                                             By his Attorney,


                                             /s/ Douglas I. Louison
                                             Douglas I. Louison (*Pro hac vice*) (BBO # 545191)
                                             Bradford N. Louison (*Pro hac vice*) (BBO#305755)
                                             David E. Condon (*Pro hac vice*) (BBO # 642741)
                                             Merrick, Louison & Costello, LLP
                                             67 Batterymarch Street
                                             Boston, MA 02110


Date: July 9, 2007

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that, on the 9th day of July 2007, I served the foregoing Discovery Letter by electronic filing and by causing a copy to be mailed, postage prepaid, directed to:

**Matthew A. Lamberti**, Assistant United States Attorney
U.S. Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, CA 95113-2009
fax: (408) 535-5066

/s/ Douglas I. Louison
Douglas I. Louison