***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** July 9, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- MICHAEL DALY
     **APPEARANCES:**                (N/A)

**PLTF:** AUSA: M. Lamberti        **DEFT:** D. Condon & B. Louison via Phone

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government needs to provide the defense with additional discovery. Over 10,000 pages of discovery has been provided to the defense. The Court set a briefing schedule for defendant's motion to change venue: Motion to be filed by 8/17/07; Opposition due 8/24/07; Reply due 8/31/07; Motion Hearing set for 9/17/07 @ 9:00 am. Defense counsel and defendant must appear at the next hearing date. The Court excluded time based on effective preparation. Time is excluded to 9/17/07. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**