Douglas I. Louison (*Pro hac vice*) (BBO # 545191)
Bradford N. Louison (*Pro hac vice*) (BBO # 305755)
David E. Condon (*Pro hac vice*) (BBO # 642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
E-mail:  dlouison@merricklc.com
Representing Michael A. Daly, Defendant

Local Counsel:
Benjamin W. Williams, Esq. (SBN # 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street
Suite 1100
San Jose, CA  95113-2286
Tel:  (408) 287-6193

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>) | |
| Plaintiff, ) | **CASE NO: 07-00282-RMW** |
| ) | HEARING DATE: |
| v. ) | SEPTEMBER 17, 2007 |
| ) | [TIME] |
| **MICHAEL A. DALY,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR CHANGE OF VENUE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT

COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:  Notice of Defendant's

Motion for Change of Venue is being provided pursuant to the hearing which will be held on September 17, 2007.

Now comes the Defendant, Michael A. Daly ("Daly"), and moves this Honorable Court to transfer the instant proceeding to the District of Massachusetts, pursuant to Rule 21(a) and (b) of the Federal Rules of Criminal Procedure, in order to ensure that Daly receives a fair and impartial trial.

As reasons therefore, Daly respectfully submits a Memorandum of Law in Support of the Defendant's Motion for Change of Venue, which sets forth the following:

1) Local prejudice caused by inflammatory and pervasive media reports about Daly and local bias in support of San Jose's largest private employer, Cisco Systems, Inc., create presumed prejudice against Daly, which infringes on his Constitutional right to an impartial jury and trial in San Jose.  As a result, Daly would suffer presumed prejudice were the trial to go forward in this Court, pursuant to Fed. R. Crim. P. 21(a)

2) The current venue in San Jose, California poses significant inconvenience on Daly, who resides and conducts business in Massachusetts.  Transferring the venue of Daly's pre-trial proceedings and the trial increase convenience to Daly in light of the common Boston residence of Daly and potential witnesses, the location of relevant documents and records, the events likely to be in issue, and his attorneys.  Additionally, transferring the venue would significantly lower expenses for Daly, cause less disruption to his business affairs, provide easier accessibility to the trial for Daly and his witnesses and lastly, relieve the burden

on the criminal docket in the Northern District of California.  Therefore, the transfer would be in the interest of justice, pursuant to Fed. R. Crim. P. 21(b).

Wherefore, since the presumed prejudice in the local community against Daly and the inconvenience of keeping the venue in San Jose will prevent Daly from receiving a fair trial in the Northern District of California, the case should be transferred to the District of Massachusetts, where a fair and impartial jury can be assembled.

The Defendant, MICHAEL A. DALY,
By his Attorney,


/s/ Douglas I. Louison
Douglas I. Louison (*Pro hac vice*)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Date: September 6, 2007

**CERTIFICATE OF SERVICE**

I, Douglas I. Louison, hereby certify that, on the 6th day of September, 2007, I served the foregoing Motion for Change of Venue by electronic filing and by causing a copy to be mailed, postage prepaid, directed to:

**Matthew A. Lamberti**, Assistant United States Attorney
U.S. Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, CA 95113-2009
fax: (408) 535-5066

/s/ Douglas I. Louison
Douglas I. Louison