APPENDIX A

1. Computer Crime Research Center, *Top Computer Crime in 2007* (May 17, 2007), *available at* http://crime-research.org/articles/2670/, (last visited August 1, 2007).

2. MercuryNews.com, *Man Charged with Cisco parts scheme* (May 11, 2007), *available at* http://www.mercurynews.com/business/ci_5870093 (last visited August, 2007).

3. NBC11.com, *Man Indicted In Cisco Fraud Case* (May 11, 2007), *available at* http://www.nbc11.com/technowarchive/13303228/detail.html (last visited August 1, 2007).

4. Net India, *Cisco suffers two alleged frauds* (March 8, 2007), *available at* http://www.zdnetindia.com/zdnetnew2007/index.php?action=articleDescription&prodid=901 (last visited August 1, 2007).

5. Network World, *Second Cisco scam arrest made in less than a week* (March 7, 2007), *available at* http://www.networkworld.com/community/?q=node/12225 (last visited August 1, 2007).

6. SFGate.com, *Fraud is alleged in product returns* (May 11, 2007), *available at* http://www.sfgate.com/cgi-bin/article.cgi?file=/chronicle/archive/2007/05/11/BUG79PP6MS1.DTL&type=business (last visited August 1, 2007).

7. Silicon Valley/San Jose Business Journal, *Man Accused of defrauding Cisco of millions* (February 28, 2007), *available at* http://www.bizjournals.com/sanjose/stories/2007/02/26/daily48.html (last visited August 1, 2007)

8. The Inquirer FR, *Cisco victime d'une double fraude* (March 7, 2007), *available at* http://fr.theinquirer.net/2007/03/07/cisco_victime_dune_double_frau.html (last visited on August 1, 2007).

9. The Statesman, *Ghanaian charged in US for $10m fraud* (March 12, 2007), *available at* http://www.thestatesmanonline.com/pages/news_detail.php?newsid=2705&section=1 (last visited August 1, 2007).

10. U.S. News & World Report; Bad Guy, *Top Computer Crimes of 2007 (First Quarter)* (May 15, 2007), *available at* http://www.usnews.com/usnews/news/badguys/070515/top_computer_crimes_of_2007_fi.htm (last visited August 1, 2007).

11. United States Department of Justice, *Grand Jury Indicts Massachusetts Man for Wire Fraud and Money Laundering in Connection with Multi-Million Dollar*

    *Cisco Networking Equipment Fraud* (May 10, 2007), *available at* http://sanfrancisco.fbi.gov/dojpressrel/2007/sf051007a.htm (last visited August 1, 2007).

12. United States Department of Justice, *Massachusetts Man Charged with Defrauding Cisco of Millions of Dollars Worth of Computer Networking Equipment* (February 28, 2007), *available at* http://www.usdoj.gov/criminal/cybercrime/dalyCharge.htm (last visited August 1, 2007).



# Computer Crime Research Center

 



Search

- News
- Events
- Articles
- Legislation
- Forum
- Links
- Archive
- About Us
- Contact

 The page

The page you are loc
changed, or is tempo

Weekly Newsletter:
your e-mail
Subscribe

Make a Donation

## Top Computer Crime in 2007

Date: **May 17, 2007**
Source: usnews.com

**Youth Sex Addiction Help**
Youth residential program Free Teen Assessment for parents...
oxbowacademy.net

**Volunteering**
Teach your kids to be responsible & caring. Get involved. Find out more
www.MVParents.com

**Mental Healthcare Summit**
Enhance Client Treatment/Services Register by May 31 at 20% off! RBG
www.performanceweb.org

**Volunteer work in Ecuador**
We can offer almost any kind of work throughout Ecuador
www.ecuadorvolunteers.org

Ads by Google

This year is already shaping up as an impressive one for computer crime in America, with cases ranging from massive fraud to sophisticated "hack, pump, and dump" stock scams. Here are highlights of the top cybercrimes for the year's first quarter, drawn from cases at the U.S. Justice Department's Computer Crime Section, the FBI, and Immigration and Customs Enforcement:

Indian Hackers " Pump and Dump " Scheme: On March 12, federal officials unsealed an indictment charging three individuals from Chennai, India, with conspiracy, securities and wire fraud, and identity theft tied to the hijacking of online brokerage accounts in what authorities call a "hack, pump, and dump" scheme. According to the indictment, last year the defendants, based primarily in Thailand and India, set up online brokerage accounts, hacked into other accounts to buy thinly traded stocks, and once the stock had risen, they sold off their own shares. Among the victims are at least 60 customers and nine brokerage firms in the United States and overseas, with over $2 million in losses.

Accurint Computer Fraud and ID Theft: On March 5, a federal judge sentenced five men for conspiracy to commit computer fraud and identity theft tied to intrusion of the Accurint database. Using Trojan horses, social engineering, and other techniques, the defendants obtained user login IDs and passwords and then made unauthorized entries into the Accurint database, which is widely used by law enforcement. All five men are restricted from using computers and were ordered to pay $105,750.29 in restitution to Lexis/Nexis (Accurint's owner) and the Port Orange Fla., Police Department.

Cisco Defrauded of Millions of Dollars: On February 27, Michael A. Daly

of Danvers, Mass., was charged with using false identities and private mailboxes in at least 39 states to allegedly defraud Cisco Systems of networking equipment. Daly stands accused of carrying out the fraud at least 700 times, asking for replacement parts, selling them for a profit, and spending the money on, among other things, classic automobiles.

Virus Transmitter Nabbed by FBI: In February, Richard C. Honour of Kenmore, Wash., pleaded guilty to releasing malicious computer viruses that infected DarkMyst and other Internet Relay Chat systems. Until the FBI showed up at his door, Honour got his kicks by inviting fellow IRC users to click on a movie link, which downloaded malware and created backdoor access to their computers.

Theft of Morgan Stanley Hedge Fund Secrets: On February 1, federal prosecutors announced the guilty plea of Ira Chilowitz to charges tied to the theft from his ex-employer, Morgan Stanley, of hedge fund trade secrets. Chilowitz oversaw secure computer connections between Morgan Stanley and its Prime Brokerage clients, and had access to numerous internal documents, including a list of all of the firm's hedge fund clients and the formulas used to calculate rates they paid for certain services. He pleaded guilty to four counts of conspiracy, transportation of stolen property, theft of trade secrets, and unauthorized computer access.

Child Pornography Cases: The feds continued to rack up arrest after arrest of online traffickers in child pornography, working through Operation Predator (run by Immigration and Customs Enforcement) and the Innocent Images Initiative (run by the FBI). Among the latest perps: Billy Joe Bowser, 34, and Anthony Adams, 49, of Springfield, Ill. Between them the two men had more than 100,000 images of child porn that included kids under 2 years old, trading them on a chat room called "Kiddypics &Kiddyvids" using WinMX software for "peer-to-peer" file sharing. On March 5, Bowser received the maximum sentence of 20 years in prison; Adams got 19 years.

Original article

🔊 Add comment    ✉ Email to a Friend

Browse the web faster. Get Firefox with **Google Toolbar.**

Copyright © 2001-2007 Computer Crime Research Center

# Man charged with Cisco parts scheme

Bloomberg News
San Jose Mercury News

Article Launched:05/11/2007 01:35:00 AM PDT

A Massachusetts man was charged with defrauding Cisco Systems in a scheme to resell illegally obtained computer-networking parts.

A federal grand jury in San Jose on Wednesday indicted Michael Daly, 53, of Danvers, Mass., charging him with wire fraud and money laundering, U.S. Attorney Scott N. Schools said Thursday. Daly was arrested in February for carrying out the scheme in 39 states under fake identities, Schools said.

Daly faces at least 10 years in prison for each of six money-laundering counts and 20 years for each of 24 wire fraud counts plus a $250,000 fine for each charge.

Daly is president of Data Resources Group. Prosecutors said he set up fake personal and company names, established e-mail accounts for them, rented mailboxes and began establishing Cisco contracts with those phony identities.

He would tell Cisco that parts were failing and ask for replacements, Schools said, and then resell the replacement parts. Under Cisco's parts policies, customers can order replacement parts without first sending back broken ones. Daly usually didn't send defective parts back later to the company, as required, prosecutors said.

| Close Window |     | Send To Printer |

# NBC11.com

# Man Indicted In Cisco Fraud Case

POSTED: 9:31 am PDT May 11, 2007

A Massachusetts man has been indicted by a San Jose grand jury on 30 felony counts of wire fraud and money laundering, federal prosecutors have announced.

Michael Daly, 53, allegedly engaged in a scheme to defraud Cisco Systems, Inc., of millions of dollars worth of equipment between June 2003 and February 2007.

Daly allegedly used phony identities, business names and addresses in 39 states to obtain equipment from the company without payment and then resold it, according to the U.S. Attorney's Office.

Prosecutors allege that Daly took advantage of Cisco's SMARTnet program. Under the program, Cisco provides customers with technical support, including advance hardware replacement, which allows customers to obtain equipment immediately without having first to return the broken part.

Daly used the phony names to contact Cisco and falsely claim that parts supposedly covered by the SMARTnet contracts were defective and needed to be replaced.

When Cisco sent the replacement parts he resold them. Daly carried out fraud at least 700 times, according to court documents. On each occasion, he obtained equipment with a list price ranging from $995 to $25,000.

Daly was released on $5 million bail. He is scheduled to appear in U.S. District Court in San Jose on May 17.

✉ Sign Up For Breaking News E-mail Alerts

*Copyright 2007 by Bay City News. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*



| HOME | BIZ TECH | DEVELOPER | D |

▼ advertisement

**Incredible !ndia**
contactus@incredibleindia.org
www.incredibleindia.org

email to friend   print-friendly version   feedback   bookmark   Google

- NEWS
- PRODUCTS
- HOW TO
- FEATURES
- WHITE PAPERS
- CONTEST ZONE
- RESOURCE CENTER

### Cisco suffers two alleged frauds
By Colin Barker, ZDNet UK

A contractor working on one of Cisco's customer helpdesks has been charged with trying to defraud the networking vendor of more than $10m (£5.18m).



○ Web
● zdnetindia.com

▼ advertise



Browse and upload your resume now!
**TIMESJOBS.COM**
Because you are worth more

Which of these gadgets do you plan to buy in the coming months?
- ○ Mobile phone
- ○ Laptop
- ○ Digital camera
- ○ MP3 player

Submit Poll

Total Clicks : 4118

| A | 37.57% |
| B | 30.72% |
| C | 17.51% |
| D | 14.21% |

**NEWSLETTERS**
- ☑ Biz Tech
- ☑ Personal Tech
- ☑ Tech Roundup

Enter your email ID

SUBSCRIBE

A contractor working on one of Cisco's customer helpdesks has been charged with trying to defraud the networking vendor of more than $10m (£5.18m).

Michael Kyereme, a 40-year-old computer technician, was arrested on Friday on charges of trying to defraud Cisco by cheating one of the company's programs that replaces broken or defective parts free of charge.

Kyereme worked as a third-party contractor at Cisco, helping users with general network queries. According to the charges brought by police in New Jersey, he ordered about 280 parts from Cisco over a period of five years worth around $10m. An article written by the Associated Press says he is now being held in custody, awaiting trial.

In a search of Kyereme's home, investigators allegedly uncovered more than $3m worth of parts.

In another incident involving Cisco, Michael Daly, a 53-year-old

Specials



Mobile phone guide
Click here to get all the phone buzz!

▼ advertise



Massachusetts man, was arrested on Tuesday, accused of fraud after he allegedly used false identities to order replacement parts from Cisco on at least 700 occasions. The scheme involved pretending to be a customer, then ordering parts from the company to "replace" Cisco parts that had broken. The supposedly broken parts were sold on the open market. On occasions when he was challenged, Daly allegedly returned worthless parts.

Cisco declined to comment.

- Del.icio.us
- Digg
- Technorati
- Furl

Your Privacy | Contact Us



The Indian edition of 'ZDNET' is published under license from CNET Networks, San Francisco, CA, USA. Editorial items appearing in 'ZDNET India' that were originally published in of 'ZDNET' are the copyright property of CNET Networks or its suppliers. Copyright © 2007 CNET Networks. All Rights Reserved. 'ZDNET' is a registered trademark of CNET N Interactive Pvt. Ltd. owns the compilation copyright in the Localized Edition and all materials thereon not obtained under license from CNET Networks or other third parties.



# NETWORKWORLD

**Community: LANS & Routers**

- HOME
- RESEARCH CENTERS
  - + Security
  - + LANs & Routers
  - + VoIP & Convergence
  - + Network Management
  - + Wireless & Mobile
  - + Operating Systems
  - + Servers & Data Center
  - + Applications
  - + Storage
  - + Wide Area Network
  - + Small Business Networking
- Cisco Subnet
- Microsoft Subnet
- EVENTS
- BUYER'S GUIDES
- CAREERS
- NW SUBSCRIPTION
- ABOUT US
- SITE RESOURCES
  - News
  - Newsletters
  - Tests / Buyer's Guides
  - Opinions
  - Blogs
  - Podcasts
  - Encyclopedia
  - This Week in Print
  - White Papers
  - Executive Guides
  - Special Reports
  - Salary Calculator
  - Webcasts

## CISCO SUBNET — The independent voice of Cisco customers

NetworkWorld.com > Home > Blogs > Cisconet's blog

## Second Cisco scam arrest made in less than a week

*Submitted by Cisconet on Wed, 03/07/2007 - 7:31pm.*

In the second arrest in a week involving Cisco scams, a computer technican was arrested Friday on charges with defrauding Cisco of more than $10 million by cheating one of the vendor's programs for replacing broken or defective parts, reports the *Associated Press*.

Michael Kyereme, an independent contractor of Piscataway, N.J., is accused of ordering 280 parts from Cisco since August 2002 and making false claims that they were replacements for Cisco parts used by the City of Newark, where he worked.

The news follows days after the arrest of a Massachusetts man accused of scamming Cisco out of millions of dollars through false hardware warranty claims.

Cisconet's blog    Add new comment    Delicious    Digg    Reddit    Furl    Yahoo

Permalink
*Read more about:*
Cisco    LANs / Routers    crime    scam



Advertisement:

## Four people charged with scamming $1 million out of Cisco

*Submitted by Cisconet on Thu, 03/15/2007 - 1:19pm.*

Four individuals have been accused of defrauding Cisco, reports

RSS Feeds
Video Library
Demo.com

LINUXWORLD.COM

JAVAWORLD.COM

PARTNER SITES
 -Campus Networking
 -NAC Cram Session
 -Virtual Academy of Technology
 -Networking Solutions

Special Issues

New Data Center



Faster, smarter, safer ... the new style of storage
NEW



The latest security trends and technologies

Guide to



ILM NEW

SPONSORED LINKS
See your link here.

the *Associated Press*. Following on the heels of multiple arrests made in the last few weeks, the Associated Press is reporting that four former employees of a Minnesota-based networking equipment reseller face charges of scamming Cisco out of more than $1 milion. And the method - by cheating a program for obtaining replacements for broken or defective equipment. This is starting to sound all too familiar.

reply

Comment viewing options

Threaded list - expanded

Date - oldest first

30 comments per page

Save settings

Select your preferred way to display the comments and click "Save settings" to activate your changes.

Get the Latest                    **WHITE PAPER**



**Virtual Appliances Save Time, Hassle**
Download this whitepaper and learn how to create and use virtual appliances to ease net management and improve flexibility.

E-mail [          ]    Get it Now!

VIRTUAL TECHNOLOGY

REAL BENEFITS

How net IT execs make virtualization pay off in the real world.

Download this Network World Executive Guide today.