**Network Troubleshoot...**
Monitor Cisco, MPLS, NetFlow, VPN, VoIP & applications. Reduce MTTR.

**Secure Remote Control**
Symantec-audi...

**Understand Business VoIP**
Get your free 80 page guide to business IP Telephony now.

**Shop Online~Get 2% Back**
Online Shopping Club. Trusted Name Brands. Money for You and Charity

RESEARCH CENTERS:

Applications-Standards | Applications Vendor Solutions | CRM / ERP | Databases | Directories | Grid Computi Convergence Regulatory |Convergence Standards | Video | VoIP | Acceleration | Gigabit Ethernet | LAN Stand management | Patch Management | Microsoft Security | Privacy | Security Standards | Viruses & worms | Web Desktop Management | Grid | Server Blades | Servers Desktops | Telework | Handhelds & PDAs | Home Netw Virtualization | Virtualization | **Vendor News** | Bankruptcy | Earnings | Lawsuits | Layoffs | Standards | Start Up Healthcare | HIPAA | Manufacturing | Retail | Service providers | PDAs & handhelds | Wireless Standards | Wi Cisco Subnet | Microsoft Subnet | Download Library

About Network World, Inc. | Advertise | Careers | Contact us | Terms of Service/Privacy | Reprints and links |

Copyright, 1994-2007 Network World, Inc. All rights reserved.

IDG Network:  CIO  Computerworld  CSO  Demo  GamePro  Games.net  GamerHelp.com  IDGconne LinuxWorld.com  MacUser  Macworld  PC World  Playlistmag.com

**SFGate**.com

# Fraud is alleged in product returns

Bob Egelko, Chronicle Staff Writer

Friday, May 11, 2007

A Massachusetts businessman has been charged with defrauding Cisco Systems by fabricating at least 700 claims of defective computer-networking products, obtaining replacements and reselling them, federal prosecutors said Thursday.

Michael Daly, 53, of Danvers, Mass., president of Data Resource Co., was indicted Wednesday by a federal grand jury in San Jose on 30 counts of fraud and money laundering, the U.S. attorney's office said. Daly is free on a $5 million bond in Boston and is scheduled to be arraigned in San Jose on Thursday

Daly obtained the numbers of apparently valid Cisco service contracts between June 2003 and February 2007 and contacted the San Jose company by e-mail under a variety of fictitious names between June 2003 and February 2007, saying parts were defective and needed to be replaced, prosecutors said in court papers. He allegedly framed each complaint in a way that prevented online troubleshooting.

Cisco shipped the replacement parts to addresses in 39 states, all of which turned out to be mailboxes rented by Daly, prosecutors said. They said Daly seldom sent any parts back to Cisco, except for a few that were worth little or nothing. The parts cost between $995 and $25,000 apiece, and Cisco has estimated the total loss in the millions of dollars, prosecutors said.

David Condon, a lawyer for Daly, declined to discuss the charges Thursday but described his client as a respected businessman who is innocent of any wrongdoing. "We believe that Mr. Daly was engaged in normal business practices," he said.

*E-mail Bob Egelko at* *begelko@sfchronicle.com*.

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2007/05/11/BUG79PP6MS1.DTL

This article appeared on page **D - 4** of the San Francisco Chronicle

Silicon Valley / San Jose Business Journal - February 28, 2007
http://sanjose.bizjournals.com/sanjose/stories/2007/02/26/daily48.html



BUSINESS PULSE SURVEY: Should taxes on hedge fund and private equity managers be rais

# Man accused of defrauding Cisco of millions

Silicon Valley / San Jose Business Journal - February 28, 2007

A Massachusetts man is charged with defrauding Cisco Systems Inc. of millions of dollars worth of computer networking equipment.

Michael A. Daly, 53, was arrested Tuesday during a search at his business, Data Resources Group, in Salisbury, Mass., where officers seized computer equipment, documents, and other evidence.

According to the U.S. Attorney's Office, from about July 2003 to the present, Daly used "numerous false identities" and fraudulently arranged for San Jose-based Cisco (NASDAQ:CSCO) to send him replacement parts.

Investigators said Daly received and sold the parts, spending at least some of the illegal proceeds on classic automobiles.

Cisco's SMARTnet program allows customers to receive replacement equipment immediately, without having first to return the broken part. According to the complaint, Daly used false identities in 39 states to obtain networking equipment from Cisco under the program, carrying out the fraud at least 700 times, on each occasion obtaining equipment with a list price ranging from $995 to $25,000.

After preliminary proceedings in Boston, Daly will appear in federal court in San Jose to face charges.

Contact the Editor    Need Assistance?    More Latest News →

Subscribe or renew online

**Entrepreneur Case Studies**

From Beginners to Bigshots

- How to write a business plan
- Profile: Tech startup uses SBA loan
- SBA loan program details
- Profile: Restaurateurs tap most-popular loan

Sponsored by

All contents of this site © American City Business Journals Inc. All rights reserved.

The Inquirer FR : Cisco victime d'une double fraude
Case 5:07-cr-00282-RMW   Document 31-3   Filed 09/06/2007   Page 4 of 10
Page 1 of 4




*The INQUIRER - Pour taper sur les doigts de ceux qui se rongent les ongles*

# the INQUIRER
## Les actualités impertinentes du monde IT

CATÉGORIES

CETTE SEMAINE

LA SEMAINE DERNIÈRE

ABONNEZ VOUS À LA NEWSLETTER

BOÎTIERS / DÉCODEURS

CARTES GRAPHIQUES

CARTES MÈRES

CARTES VIDÉO

CHANNEL / DISTRIBUTEURS / REVENDEURS

CONSOLES

DROIT / FINANCE

FORMATIONS

IMPERTINENCES

LES POTINS

LOGICIELS

MÉMOIRES

ARTICLE

## Cisco victime d'une double fraude

par The Inquirer Team: Mercredi 7 Mars 2007, 10:31

Un technicien informatique travaillant pour la ville de Newark dans le New Jersey a été placé en état d'arrestation pour fraude. L'homme est accusé d'avoir détourné des équipements de Cisco Systems pour un montant de plus de 10 millions de dollars.



Michael Kyereme, un homme âgé de 40 ans originaire de Piscataway, s'est servi de l'un des programmes de remplacement des pièces cassées ou défectueuses instauré par Cisco.

Selon les procureurs, le travail de Michael Kyereme consistait à assurer le dépannage des ordinateurs appartenant aux employés de la municipalité. A ce titre, il était autorisé à contacter Cisco pour obtenir une assistance technique et commander des pièces de rechange en cas de besoin.

Depuis août 2002, Kyereme a commandé à Cisco environ 280 composants soi-disant destinés à remplacer les composants défectueux des ordinateurs de la ville. Lesdits équipements, en parfait état, étaient alors écoulés chez l'un de ses amis revendeurs résidant hors de l'état.

En procédant à la fouille de sa maison, la police a découvert des composants en attente de livraison pour un montant de 3 millions de dollars. Cette arrestation est le deuxième cas de fraude impliquant le programme de remplacement des équipements mis en place par Cisco.

Michael Daly, un homme de 53 ans originaire de Danvers, a été également arrêté mardi pour fraude. Cet escroc aurait utilisé de fausses identités dans 39 états différents pour commander au moins 700 pièces de rechange Cisco sans jamais prendre la peine de

MICROPROCESSEURS
MOBILE / PDA
ORDINATEURS
SÉCURITÉ
SERVEURS
TESTS

retourner les équipements soi-disant défectueux.

Plus d'infos

*Adaptation d'un article de Nick Farrell du 7 mars*

Cisco -Save up to 95% off
Large Inventory-Quick Shipment Routers, Switches, Access Servers

Polycom RPX™ Telepresence
The Leader in HD Video Conferencing
Download Knowledge Pack now!

Annonces Google

PUBLICITÉ

accueil | imprimer | commentaire sur cet article

TOP ACTUALITÉS

Samsung lance les premiers disques durs hybrides

Cisco victime d'une double fraude

Les cybercafés, la nouvelle cible des islamistes

Le retour de Commodore

OLPC cherche des créateurs de jeux vidéo

BLOGROLL

ASP-PHP.net
CRN
Developpez.com
Gizmodo
PC Inpact
Presence PC

## Poster un nouveau commentaire

Nom:

Adresse E-mail:

URL:

Votre commentaire:

Autre style : utilisez de simples tags HTML

[ Aperçu de votre commentaire ]

Portail PHP/MySQL

Le site de Silicon

Tom's Hardware

Le site de VNUnet

INFOS EDITEUR

**Editeur** L.Chaussin

Contributeurs :
D.Avrot
N.Benazdia
G.Descamps
C.Fussy
L.Henrio
S.Le Magueresse

VNU Business Publications

Contacts Réseau VNUnet

Vos données personnelles

CGU

COMMERCIAL / SALES

**France :**
Renaud Roger
Marie Laure Girod
Khamphout Vignarath
Marie Catherine Viriot

**Europe :** Tanja Leutschacher

**Asia :** Asia contact

**North America :** North America contact

VNUnet | Silicon.fr | Techfinder | SVM | SVM Mac | PC Direct | PC Expert | CRN

Gizmodo

A propos du réseau vnunet.fr | A propos de vos données personnelles | Conditions générales d'utilisation

Haut de la page | Plan du site

flux comp
extrait du flux sans publicité
flux complet avec publicité
extrait du flux sans publicité
Yahoo

© 2007 VNU Business Publications Ltd.

SITE METER

# The Statesman

Ghana's Oldest Mainstream Newspaper - Founded 1949

Fri, Jun 01, 2007

Home : News : News

**News Front Page**
News
Business
Editorial
Africa
World
Features
Arts, Culture & Entertainment
Lifestyle
Sports
Comment
Columns
Special Reports
Your Views
About The Statesman
All authors
Advertising
Contact us
Links

Today's picks
NCA's milestone:
Communication revolution
and transformation

## Ghanaian charged in US for $10m fraud

*The Statesman , 12/03/2007*

He earns $82.00 (¢761,488.90) an hour. He is Ghanaian, married with two kids, and changes his luxury 4 wheel drives like some of us change our tro-tro to work.

Today, he is now under FBI lock-and-key, facing a 20-year maximum jail term for defrauding Cisco Systems of $10 million in computer parts over a period of five years.

"I knew what I was doing was wrong and that it was stealing," he told agents, according to the charge sheet.

The official name in his now-at-risk green card (residence permit) is Michael Kyereme, aged 40. But, those who know this New Jersey-based Mfantsipim old boy know him as Kwadwo Benneh, aged 36. He is married to Alice, also known as Maame Tiema.

Last Thursday, US Magistrate Judge Mark Falk detained him without bail, after his bail hearing failed.

Mr Kyereme, who lives in a mansion at plush Piscataway, New Jersey, has been charged for mail fraud, facing a fine of $250,000 on top of a probable jail term. He worked as an independent contractor for Cisco Systems, hired to provide information technology support to the City of Newark employees and network troubleshooting to the city.

Checks made by The Statesman indicate that Mr Kyereme owns other properties in the US, including one in Delaware, and a house that he bought for $219,100 two years ago at Saratoga Dr, Janesville, Wisconsin. He also owns at least two houses in Ghana, East Legon, Accra, and Kumasi.

"He's a very nice guy," appears to be the view of all those who know him, when The Statesman sampled the views of some New Jersey-based Ghanaians.

In a statement, the FBI said: "Kyereme used his position as an independent contractor to engage in a scheme to defraud Cisco of money and property valued at more than $10,000,000."

After Federal investigators executed a search warrant at his house, Mr Kyereme allegedly confessed to exploiting the technology giant"s program for replacing faulty hardware, authorities said.

Under a service contract with Cisco, Newark is entitled to immediately obtain replacement parts for faulty hardware as long as the old hardware is returned within 10 days.

**Other Headlines in N**
- NDC are not Demo
- 'Takashi' won't win
- Religious Georgina to sharpen sword a corruption
- Northern Minister w chiefs
- Fathia Nkrumah is
- Zambia's Chiluba to trial'
- Rector: GIMPA is a fledged public unive
- African Commissior gay rights
- Ghana: World's 40t peaceful
- Another 'Murder' in custody
- Prosecution rests c Tagor cocaine trial
- 5 Banks selected to implement access t project
- GNAT suffers anoth away
- BCIE to hold 2007 next month
- Obasanjo's boy sw

more headlines

**Related Stories**

The Statesman : News : Ghanaian charged in US for $10m fraud
Case 5:07-cr-00282-RMW    Document 31-5    Filed 09/06/2007    Page 9 of 10
Page 2 of 3

If it was determined that a computer-related problem could not be solved without outside assistance or a replacement part, Mr Kyereme was authorised to contact Cisco Systems for technical assistance and, if necessary, to request a replacement part.

But the upwardly Ghanaian allegedly made false claims that certain Cisco parts in Newark's IT system were defective, according to the criminal complaint released by the FBI. It is alleged that Mr Kyereme would falsely claim that certain Cisco parts in the City of Newark's computer systems were malfunctioning and needed replacing.

According to the charge sheet, since August 2002, Cisco sent about 280 replacement parts that they expected Mr Kyereme to install on the City's computer system. Instead he kept the parts and has allegedly confessed to the FBI that he resulted to selling them to a computer reseller, after being offered an "overwhelming" amount of money.

According to the complaint signed by FBI Special Agent Jason DiJoseph, the accused person often never sent back replacement parts. When he did, they were often parts from other computer companies or Cisco parts of drastically lower values, the complaint said.

On one occasion, he received a $260,000 one-port optical card from Cisco and sent back a $2,000 eight-port adapter, authorities said. The city computer mainframe doesn't even contain the part, which typically is used by global companies like PepsiCo and Exxon, authorities said.

An Associated Press claims that a search of his home on March 2 uncovered more than $3m worth of parts - all allegedly ordered under false pretenses on behalf of City of Newark.

Excluded from the report was the fact that Mr Kyereme allegedly tried to cover up his fraud by occasionally returning parts of lesser commercial value to Cisco. The company, which is cooperating with investigators, said almost 150 apparently defective parts have never been returned.

Out of the 132 parts that were retuned, just 33 of those matched Cisco's records, the charge sheet reads.

He was a graduate of the New Jersey Institute of Technology and Seton Hall University, South Orange and one of several Ghanaians who are earning hundreds of thousands of dollars a year providing IT support in the US.

Mr Kyereme was paid approximately $82 per hour by Newark City for his work as a senior engineer. The company that employs him, Specialty Systems of Toms River, was paid $13,000 per month. The company is on the state's approved vendor list, said Lupe Todd, a spokeswoman for City of Newark Mayor, Cory Booker.

"It's a total surprise," said Emil Kaunitz, president of Specialty Systems. "He's a good worker."

Mr Kaunitz said Mr Kyereme, who has worked for the company since 2001, has been fired. He has also been barred from doing business with the city, according to a report in the Star-Ledger.

City officials said they were cooperating with the FBI investigation. They declined to discuss how Mr Kyereme could have ordered parts without anyone's knowledge.

The FBI is involved in a similar case in Boston, and the agency is now

investigating whether Cisco is the subject of organised and/or concerted scams by fraudsters.

In another incident involving Cisco, Michael Daly, a 53-year-old Massachusetts man, was arrested on Tuesday, accused of fraud after he allegedly used false identities to order replacement parts from Cisco on at least 700 occasions. The scheme involved pretending to be a customer, then ordering parts from the company to "replace" Cisco parts that had broken. The supposedly broken parts were sold on the open market. On occasions when he was challenged, Daly allegedly returned worthless parts.

**Comments**

This is a disgrace to read. He is a disgrace to Ghana, the City of Newark, and his family. May the US government impose the maximum penalty for his actions.
**Laughing out Loud** , *Man.....* , *15/03/2007 2:04:49 A*

Let the man be
**SA** , *NY, USA* , *13/03/2007 7:24:57 P*

The bible says all have sinned and fallen short of the glory of God. Michael is from Ghana, yet you treat his case like he's not one of you. It could happen to you all so please pray for him and stop judging him.
**Ama** , *FL* , *13/03/2007 5:11:46 A*

I am the PR manager for Cisco in charge of this case. Thank you for an interesting article. However, I do have to point out that this statement "He worked as an independent contractor for Cisco Systems, hired to provide information technology support to the



**Add a comment**

Name: 

Email:          (E-mail)

Location:

Comment:

| Add Comment |

© Copyright of Statesman 2005. Terms & Conditions of reading.