

Tuesday, May 29, 2007

Search U.S. News

Subscribe | Contact Us

Nation & World | Health | Money & Business | Education | Opinion | Photos & Video | Rankings



By David E. Kaplan

May 15, 2007

## Top Computer Crimes of 2007 (First Quarter)

This year is already shaping up as an impressive one for computer crime in America, with cases ranging from massive fraud to sophisticated "hack, pump, and dump" stock scams. Here are highlights of the top cybercrimes for the year's first quarter, drawn from cases at the U.S. Justice Department's Computer Crime Section, the FBI, and Immigration and Customs Enforcement:

**Indian Hackers " Pump and Dump " Scheme:** On March 12, federal officials unsealed an indictment charging three individuals from Chennai, India, with conspiracy, securities and wire fraud, and identity theft tied to the hijacking of online brokerage accounts in what authorities call a "hack, pump, and dump" scheme. According to the indictment, last year the defendants, based primarily in Thailand and India, set up online brokerage accounts, hacked into other accounts to buy thinly traded stocks, and once the stock had risen, they sold off their own shares. Among the victims are at least 60 customers and nine brokerage firms in the United States and overseas, with over $2 million in losses.

**Accurint Computer Fraud and ID Theft:** On March 5, a federal judge sentenced five men for conspiracy to commit computer fraud and identity theft tied to intrusion of the Accurint database. Using Trojan horses, social engineering, and other techniques, the defendants obtained user login IDs and passwords and then made unauthorized entries into the Accurint database, which is widely used by law enforcement. All five men are restricted from using computers and were ordered to pay $105,750.29 in restitution to Lexis/Nexis (Accurint's owner) and the Port Orange Fla., Police Department.

**Cisco Defrauded of Millions of Dollars:** On February 27, Michael A. Daly of Danvers, Mass., was charged with using false identities and private mailboxes in at least 39 states to allegedly defraud Cisco Systems of networking equipment. Daly stands accused of carrying out the fraud at least 700 times, asking for replacement parts, selling them for a profit, and spending the money on, among

other things, classic automobiles.

**Virus Transmitter Nabbed by FBI:** In February, Richard C. Honour of Kenmore, Wash., pleaded guilty to releasing malicious computer viruses that infected DarkMyst and other Internet Relay Chat systems. Until the FBI showed up at his door, Honour got his kicks by inviting fellow IRC users to click on a movie link, which downloaded malware and created backdoor access to their computers.

**Theft of Morgan Stanley Hedge Fund Secrets:** On February 1, federal prosecutors announced the guilty plea of Ira Chilowitz to charges tied to the theft from his ex-employer, Morgan Stanley, of hedge fund trade secrets. Chilowitz oversaw secure computer connections between Morgan Stanley and its Prime Brokerage clients, and had access to numerous internal documents, including a list of all of the firm's hedge fund clients and the formulas used to calculate rates they paid for certain services. He pleaded guilty to four counts of conspiracy, transportation of stolen property, theft of trade secrets, and unauthorized computer access.

**Child Pornography Cases:** The feds continued to rack up arrest after arrest of online traffickers in child pornography, working through Operation Predator (run by Immigration and Customs Enforcement) and the Innocent Images Initiative (run by the FBI). Among the latest perps: Billy Joe Bowser, 34, and Anthony Adams, 49, of Springfield, Ill. Between them the two men had more than 100,000 images of child porn that included kids under 2 years old, trading them on a chat room called "Kiddypics & Kiddyvids" using WinMX software for "peer-to-peer" file sharing. On March 5, Bowser received the maximum sentence of 20 years in prison; Adams got 19 years.

› Posted at 01:14 PM



**David E. Kaplan** is chief investigative correspondent at U.S. News & World Report. His work includes cover stories on intelligence agencies, police spying, Saudi financing of jihad groups, and the growing use of organized crime by terrorists. Among Kaplan's books are *Yakuza* and *The Cult at the End of the World*, on the doomsday sect that nerve gassed Tokyo's subway. You can reach Kaplan at badguys@usnews.com.

## RECENT POSTS

Top Computer Crimes of 2007 (First Quarter): This year is already shaping up as an impressive one for computer crime in America, with cases ranging from...
- Unsafe Chinese Imports: Add Toys and Electronics to Food: With revelations that American pets and livestock were contaminated by banned Chinese food additives, you've got to wonder about the...
- Watching Star Wars in Tehran: The Iranians finally got around to showing Star Wars: Revenge of the Sith on TV last month, and their ruling...
- Smuggling Whale Teeth: Add smuggled whale teeth to the global trade in narcotics, counterfeit goods, and other contraband. A peek inside this unsavory...
- The Terrorist Tool Kit: Islamic Jihad militants train in the launching of home-made missiles. Credit: AFP/Getty Images What does a jihadist take with...

**BADGUYS** ARCHIVE

Browse the archives by date　　　　Go!

## RSS FEEDS

- [What is this?]
- MY YAHOO!
- Add to Google
- newsgator
- MY AOL
- Bloglines
- Pluck

## BADGUYS FAVORITES

- Counterterrorism Blog
- Douglas Farah
- Gov't Google
- Investigative Reporters
- Journalist Toolbox
- MIPT
- Nathanson Centre
- No Quarter
- Secrecy News
- State Dept. Counterterrorism
- SpyTalk
- TraCCC

## INVESTIGATIONS BY KAPLAN

- Remaking the U.S. intelligence community
- The war of ideas against radical Islam
- How terrorists are turning to organized crime for cash
- How the Saudis financed the global jihad movement
- The return of local police spying
- The looting of Russia
- North Korea's criminal rackets

Nation & World | Health | Money & Business | Education | Opinion | Photos & Video | Rankings

Copyright © 2007 U.S.News & World Report, L.P. All rights reserved.

Subscriber Services | Site Map | About Us | Contact Us | Classroom Program | Marketplace | Store | Advertise With Us | Masthead

Use of this Web site constitutes acceptance of our Terms and Conditions of Use and Privacy Policy.

United States Department of Justice
United States Attorney Scott N. Schools
Northern District of California
11th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
(415) 436-7200
FAX: (415) 436-7234

FOR IMMEDIATE RELEASE
May 10, 2007
WWW.USDOJ.GOV/USAO/CAN CONTACT: Natalya LaBauve
(415) 436-7055
Natalya.LaBauve@usdoj.gov

## GRAND JURY INDICTS MASSACHUSETTS MAN FOR WIRE FRAUD AND MONEY LAUNDERING IN CONNECTION WITH MULTI-MILLION DOLLAR CISCO NETWORKING EQUIPMENT FRAUD

Using False Identities and Private Mailboxes in at Least 39 States, Defendant Allegedly Carried out the Fraud Hundreds of Times

SAN JOSE – United States Attorney Scott N. Schools announced that yesterday a federal grand jury in San Jose indicted Michael A. Daly, 53, of Danvers, Massachusetts, the president of Data Resource Group, a company based in Salisbury, Massachusetts, for defrauding Cisco of computer networking equipment and engaging in money laundering by selling the fraudulently obtained equipment to other Cisco hardware resellers.

According to the indictment, from approximately June 2003 to February 2007, Daly engaged in a scheme to defraud Cisco in which he repeatedly created fictitious personal and company names, obtained email accounts related to those names, and used the fictitious names to rent private mailboxes around the United States. Daly then associated the fictitious names and particular Cisco parts with Cisco SMARTnet service contracts. Subsequently, Daly used the fictitious names to contact Cisco and falsely claim that parts supposedly covered by the SMARTnet contracts were failed or defective and needed to be replaced. As a result, Cisco sent "replacement" parts to Daly's private mailboxes, where they were then forwarded to Daly's business address in Salisbury, Massachusetts.

Under the SMARTnet program, Cisco agrees to provide customers with technical support, including advance hardware replacement. Advance hardware replacement allows customers to obtain replacement equipment from Cisco immediately, without having first to return the broken part. Daly also engaged in money laundering by selling the fraudulently obtained "replacement" parts to Cisco equipment resellers around the country. On a number of occasions, Daly received tens of thousands of dollars from Cisco resellers for fraudulently obtained parts. Daly generally did not return any part to Cisco and, when he did, he returned a part not covered by SMARTnet and worth little or nothing. According to a previously filed criminal complaint, Daly carried out the fraud at least 700 times and used private mailboxes in 39 states. On each occasion, Daly obtained equipment with a list price ranging from $995 to $25,000. Cisco estimates that the loss is in the millions of dollars.

The indictment charges Daly with 24 counts of wire fraud and aiding and abetting, in violation of 18 U.S.C. §§ 1343 and 2, and six counts of money laundering and aiding and abetting, in violation of 18 U.S.C. §§ 1957 and 2. The maximum statutory penalties for wire fraud are 20 years in prison, a $250,000 fine or twice the gain or loss resulting from the fraud (whichever is greater), and three years supervised release. The maximum statutory penalties for money laundering are 10 years in prison, a $250,000 fine or twice the amount of the criminally derived property involved in the transaction (whichever is greater), and three years supervised release. Daly may also forfeit fraudulently obtained property and related proceeds, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c). However, any sentence following conviction would be imposed by the court after consideration of the U.S. Sentencing Guidelines and the federal statute governing imposition of sentences, 18 U.S.C. § 3553.

An indictment contains only allegations against an individual and, as with all defendants, Daly must be presumed innocent unless and until proven guilty.

Daly was previously arrested in Massachusetts in connection with this case, made an initial appearance at the federal courthouse in Boston, Massachusetts, and was released on a $5,000,000 bond, partially secured by $1,000,000 in cash and real estate. Daly is scheduled to appear in federal court in San Jose, California to be arraigned on the indictment on Thursday, May 17, 2007 at 9:30 a.m.

Matthew A. Lamberti is the Assistant United States Attorney who is prosecuting the case, with the assistance of legal assistant Susan Kreider. The prosecution is the result of an investigation by the Federal Bureau of Investigation. Cisco also assisted the investigation.

Further Information: Case #: CR 07-00282 RMW

A copy of this press release may be found on the U.S. Attorney's Office's website at www.usdoj.gov/usao/can.

Electronic court filings and further procedural and docket information are available at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

Judges' calendars with schedules for upcoming court hearings can be viewed on the court's website at www.cand.uscourts.gov.

All press inquiries to the U.S. Attorney's Office should be directed to Natalya LaBauve at (415) 436-7055 or by email at Natalya.LaBauve@usdoj.gov.

FBI San Francisco Press Page | FBI San Francisco Home Page | Privacy Policy |

February 28, 2007

**United States Department of Justice**
**United States Attorney Scott N. Schools**
**Northern District of California**
**11th Floor, Federal Building**
**450 Golden Gate Avenue, Box 36055**
**San Francisco, California 94102**
**(415) 436-7200**
**FAX: (415) 436-7234**
**WWW.USDOJ.GOV/USAO/CAN**
**CONTACT: Luke Macaulay**
**(415) 436-6757**
**Luke.Macaulay@usdoj.gov**



## Massachusetts Man Charged with Defrauding Cisco of Millions of Dollars Worth of Computer Networking Equipment

### Using False Identities and Private Mailboxes in at Least 39 States, Suspect Allegedly Carried out the Fraud at Least 700 Times

SAN JOSE – Michael A. Daly, 53, of Danvers, Massachusetts was arrested yesterday afternoon and charged with defrauding Cisco Systems, Inc. of millions of dollars worth of computer networking equipment, United States Attorney Scott N. Schools announced today. Agents also executed a search warrant yesterday at Daly's business–Data Resources Group–in Salisbury, Massachusetts, seizing computer equipment, documents, and other evidence. Daly was charged by a complaint that was unsealed at the time of his arrest.

According to the criminal complaint, from approximately July 2003 to the present, Daly engaged in a scheme to defraud Cisco in which he contacted Cisco using numerous false identities and fraudulently arranged for Cisco to send him replacement parts. Daly allegedly received and sold the parts, spending at least some of the illegal proceeds on classic automobiles. Daly either did not return any defective parts to Cisco, or returned parts not covered by SMARTnet that were worth little or nothing.

Under the SMARTnet program, Cisco agrees to provide customer with technical support, including advance hardware replacement. Advance hardware replacement allows customers to obtain replacement equipment from Cisco immediately, without having first to return the broken part. According to the complaint, Daly used false identities in 39 states to obtain networking equipment from Cisco under the SMARTnet program. Daly allegedly carried out the fraud at least 700 times, on each occasion obtaining equipment with a list price ranging from $995 to $25,000. Cisco estimates that the loss is in the millions of dollars.

The criminal complaint charges Daly with wire fraud and aiding and abetting, in

violation of 18 U.S.C. §§ 1343 and 2. The maximum statutory penalties for wire fraud are 20 years in prison, a $250,000 fine (or twice the gain or loss resulting from the fraud), three years supervised release, and a mandatory special assessment. However, any sentence following conviction would be imposed by the court after consideration of the U.S. Sentencing Guidelines and the federal statute governing imposition of sentences, 18 U.S.C. § 3553.

A criminal complaint contains only allegations against an individual and, as with all defendants, Daly must be presumed innocent unless and until proven guilty.

Daly is currently in custody and is scheduled to be arraigned this afternoon at the federal courthouse in Boston, Massachusetts. After preliminary proceedings in Boston, Daly will appear in federal court in San Jose, California to face charges.

Further investigation of SMARTnet fraud will continue. Individuals and companies involved in SMARTnet fraud who wish to turn themselves in or cooperate with law enforcement should contact the Federal Bureau of Investigation at 408-369-8900.

Matthew A. Lamberti is the Assistant United States Attorney who is prosecuting the case, with the assistance of legal assistant Susan Kreider. The prosecution is the result of an eight-month investigation by the Federal Bureau of Investigation. Cisco also assisted the investigation.

Further Information:

A copy of this press release may be found on the U.S. Attorney's Office's website at www.usdoj.gov/usao/can.

Electronic court filings and further procedural and docket information are available at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

Judges' calendars with schedules for upcoming court hearings can be viewed on the court's website at www.cand.uscourts.gov.

All press inquiries to the U.S. Attorney's Office should be directed to Luke Macaulay at (415) 436-6757 or by email at Luke.Macaulay@usdoj.gov.

###