APPENDIX B

1. Flights Found – Boston, MA to San Jose, CA; Departing 20 August 2007; *available at* http://www.sidestep.com/air/search_result.do (last accessed August 1, 2007).

2. Flights Found – San Jose, CA to Boston, MA; Departing 20 August 2007; *available at* http://www.sidestep.com/air/search_result.do (last accessed August 1, 2007.

Memorandum of Law in Support of Defendant's Motion for Change of Venue –    19
CR 07-00282-RMW

Flights  Hotels  Cars  Vacation Packages  Cruises  Activities  Travel Guides

Modify this search

## Boston, MA to San Jose, CA
Mon, Aug 20, 2007 - One way for 1 adult

Lowest price: **$193**  Showing results: **184** of **395**  Show all results

Showing 184 of 395 results  Show all

**Price range** (in USD)

$193 — $1866  $1866

**Leave Time**  ○ Take-off  ● Land

| | | Air Canada | AirTran Airways | Alaska Airlines | American Airlines | Continental Airlines | Delta Air Lines | Frontier Airlines | jetBlue Airways |
|---|---|---|---|---|---|---|---|---|---|
| Early morning (5a - 9a) | $259 Nonstop | | | | $741 | $734 | | | $244 |
| Morning (9a - 12p) | $209 1 Stop | $700 | $272 | $544 | $299 | $301 | $228 | | $255 |
| Afternoon (12p - 5p) | $237 2 Stops | | $275 | $368 | $323 | $497 | $209 | $395 | |
| Evening (5p - 9p) | $289 3 Stops + | | | | $422 | | $1866 | | |

**Stops**
- Nonstop  $304
- 1 Stop  $259
- 2 Stops  $209
- 3 Stops +  $422

**Departure airport**
- ✓ Boston (BOS)  $209
- Hyannis (HYA)  $540
- Manchester (MHT)  $453
- Martha's Vineyard (MVY)  $1068
- Providence (PVD)  $328

Sort by: Price - Stops - Departure - Airline  Email Results

**Arrival airport**
- Merced (MCE)  $522
- Modesto (MOD)  $399
- Monterey (MRY)  $228
- Oakland (OAK)  $203
- San Francisco (SFO)  $193
- ✓ San Jose (SJC)  $209

**$209** per person at Orbitz

**Delta Air Lines** (Details)  Economy Class
Leave: Aug 20   11:20 am  Depart Boston (BOS)   2 Stops   △ DELTA
              Arrive San Jose (SJC) 7:40 pm

Select

**Airline**
- Air Canada  $700
- AirTran Airways  $272
- Alaska Airlines  $368
- American Airlines  $365
- Continental Airlines  $497
- Delta Air Lines  $209
- Frontier Airlines  $395
- JetBlue Airways  $285
- Northwest Airlines  $523
- Spirit Airlines  $193
- US Airways  $289
- United Airlines  $237

**$237** per person

**United Airlines** (Details)  Economy Class
Leave: Aug 20   1:00 pm  Depart Boston (BOS)   2 Stops   UNITED
              Arrive San Jose (SJC) 9:30 pm

**Also in San Jose**
» Find a Hotel
» Get a rental car
» Activities

**SideStep's Top Deals**

$189 & up - Fall Air Sale to Manchester, UK (each way)
bmi

$889 - Fly from Charlotte to Mumbai on Delta Airlines
MakeMyTrip.com

$1073 & up - Los Angeles to Australia RT - Includes Stop in Auckland
Air New Zealand

» More travel deals

Change currency

at cheaptick...

Select

**$239**
per person
at Orbitz

**United Airlines** (Details)
Leave:  1:45 pm Depart Boston (BOS)
Aug 20  Arrive San Jose (SJC) 9:30 pm

2 Stops   UNITED

Economy Class

Select

**$259**
per person
at cheaptick...

**Delta Air Lines** (Details)
Leave:  7:37 am Depart Boston (BOS)
Aug 20  Arrive San Jose (SJC) 3:45 pm
Price found at: cheaptickets: $259   orbitz: $260

1 Stop   DELTA

Economy Class

Select

**$263**
per person

**United Airlines** (Details)
Leave:  11:00 am Depart Boston (BOS)

2 Stops   UNITED

Economy Class



|  |  |  |  |
|---|---|---|---|
| at cheaptick... | Aug 20 | Arrive San Jose (SJC) **7:23 pm** | |
| | Price found at: cheaptickets: $263   orbitz: $264 | | |

Select

**$263**
per person
at cheaptick...

**Delta Air Lines** (Details)                              Economy Class
Leave:   **2:53 pm** Depart Boston (BOS)         2 Stops    △ DELTA
Aug 20   Arrive San Jose (SJC) **10:45 pm**

Price found at: cheaptickets: $263   orbitz: $264

Select

**$285**
per person
at JetBlue

**JetBlue Airways** (Details)                             Economy Class
Leave:   **6:00 am** Depart Boston (BOS)         1 Stop     jetBlue
Aug 20   Arrive San Jose (SJC) **12:25 pm**

Select

**$285**
per person

**JetBlue Airways** (Details)                             Economy Class
Leave:   **2:50 pm** Depart Boston (BOS)         1 Stop     jetBlue



at JetBlue    Aug 20    Arrive San Jose (SJC) **9:39 pm**

Select

**$289**
per person
at cheaptick...

**Delta Air Lines** (Details)    Economy Class
**Leave:**    **6:45 am** Depart Boston (BOS)    1 Stop    DELTA
Aug 20    Arrive San Jose (SJC) **12:11 pm**
Price found at:  cheaptickets: $289   orbitz: $290    1800cheapseats: $320

Select

**$289**
per person
at cheaptick...

**Delta Air Lines** (Details)    Economy Class
**Leave:**    **5:14 pm** Depart Boston (BOS)    1 Stop    DELTA
Aug 20    Arrive San Jose (SJC) **10:45 pm**
Price found at:  cheaptickets: $289   orbitz: $290    1800cheapseats: $320

Select

**$289**
per person

**Delta Air Lines** (Details)    Economy Class
**Leave:**    **4:30 pm** Depart Boston (BOS)    1 Stop    DELTA



Aug 20   Arrive San Jose (SJC) **10:10 pm**
Price found at: cheaptickets: $289   orbitz: $290   1800cheapseats: $320

Select

**$289**
per person
at cheaptick...

**Delta Air Lines** (Details)                                              Economy Class
**Leave:**   **12:10 pm** Depart Boston (BOS)           1 Stop        DELTA
Aug 20     Arrive San Jose (SJC) **6:51 pm**
Price found at: cheaptickets: $289   orbitz: $290   1800cheapseats: $320

Select

**$289**
per person
at cheaptick...

**Delta Air Lines** (Details)                                              Economy Class
**Leave:**   **3:15 pm** Depart Boston (BOS)            1 Stop        DELTA
Aug 20     Arrive San Jose (SJC) **10:10 pm**
Price found at: cheaptickets: $289   orbitz: $290   1800cheapseats: $320

Select

**$289**
per person

**Delta Air Lines** (Details)                                              Economy Class
**Leave:**   **11:20 am** Depart Boston (BOS)           1 Stop        DELTA



|  |  |  |  |
|---|---|---|---|
|  | Aug 20    Arrive San Jose (SJC) **6:51 pm** |  |  |
|  | Price found at: cheaptickets: $289   orbitz: $290   1800cheapseats: $320 |  |  |

Select

| **$289**<br>per person<br>at cheaptick... | **Delta Air Lines** (Details)<br>**Leave:**   **1:40 pm** Depart Boston (BOS)<br>Aug 20    Arrive San Jose (SJC) **10:10 pm** | 1 Stop | Economy Class<br>△ DELTA |
|---|---|---|---|
|  | Price found at: cheaptickets: $289   orbitz: $290 |  |  |

Select

| **$289**<br>per person<br>at Orbitz | **US Airways** (Details)<br>**Leave:**   **6:30 pm** Depart Boston (BOS)<br>Aug 20    Arrive San Jose (SJC) **1:28 am** | 2 Stops | Economy Class<br>US AIRWAYS |
|---|---|---|---|
|  | Price found at: orbitz: $289   cheaptickets: $293 |  |  |

Select

| **$289**<br>per person | **US Airways** (Details)<br>**Leave:**   **6:00 pm** Depart Boston (BOS) | 2 Stops | Economy Class<br>US AIRWAYS |
|---|---|---|---|

| | | | |
|---|---|---|---|
| at Orbitz | Aug 20 | Arrive San Jose (SJC) **1:28 am** | |
| | Price found at: orbitz: **$289**  cheaptickets: $293 | | |

Select

**$289**
per person
at Orbitz

**US Airways** (Details)      Economy Class

**Leave:**   **5:30 pm** Depart Boston (BOS)    2 Stops   US AIRWAYS
Aug 20    Arrive San Jose (SJC) **1:28 am**

Price found at: orbitz: **$289**  cheaptickets: $293

Select

**$293**
per person
at cheaptick...

**United Airlines** (Details)     Economy Class

**Leave:**   **6:00 am** Depart Boston (BOS)    2 Stops   UNITED
Aug 20    Arrive San Jose (SJC) **12:45 pm**

Price found at: cheaptickets: **$293**  orbitz: $294

Select

**$293**
per person

**United Airlines** (Details)     Economy Class

**Leave:**   **7:47 am** Depart Boston (BOS)    2 Stops   UNITED



at cheaptick...   Aug 20   Arrive San Jose (SJC) **4:21 pm**
Price found at: cheaptickets: $293   orbitz: $294

Select

**$293**
per person
at cheaptick...

**Delta Air Lines** (Details)                                     Economy Class
Leave:   **11:33 am** Depart Boston (BOS)        2 Stops     △ DELTA
Aug 20   Arrive San Jose (SJC) **7:40 pm**
Price found at: cheaptickets: $293   orbitz: $294

Select

**$293**
per person
at cheaptick...

**Delta Air Lines** (Details)                                     Economy Class
Leave:   **1:40 pm** Depart Boston (BOS)         2 Stops     △ DELTA
Aug 20   Arrive San Jose (SJC) **10:10 pm**

Select

**$293**
per person

**United Airlines** (Details)                                     Economy Class
Leave:   **7:30 am** Depart Boston (BOS)         2 Stops     UNITED

| | | | | |
|---|---|---|---|---|
| at cheaptick... | Aug 20 | Arrive San Jose (SJC) **4:21 pm** | | |
| | Select | | | |
| **$294** per person at Orbitz | **United Airlines** (Details) **Leave:** 2:45 pm Depart Boston (BOS) Aug 20    Arrive San Jose (SJC) **10:35 pm** | | 2 Stops | Economy Class UNITED |
| | Select | | | |
| **$294** per person at Orbitz | **Delta Air Lines** (Details) **Leave:** 2:10 pm Depart Boston (BOS) Aug 20    Arrive San Jose (SJC) **10:10 pm** | | 2 Stops | Economy Class DELTA |
| | Select | | | |

Didn't find what you are looking for? Let SideStep know.

Book Flight + Hotel and Save $229 on Average*
Airfare to **San Jose** + 8 nights stay Aug 20 - Aug 28

Sponsored Partner

ORBITZ