
No Booking Fees at Hotwire.com!
Airfare to **San Jose** for **Aug 20** through **Aug 28**

Sponsored Partner

« Previous   1 | 2 | 3 | 4 | 5 | 6 | 7 | 8   Next »

**San Jose Airfare Deals**

Sponsored Links

Flights
Low Fares and Special Offers from Midwest Airlines
www.midwestairlines.com

Cheapest Flights
Domestic And International **Flights** Compare Airlines And Save Today!
www.AirGorilla.com

San Jose Flights
Compare cheap flight deals to **San Jose** from top airlines.
SanJose.OneTime.com



About SideStep | Help Desk | Careers | Privacy Policy | Terms of Service | Advertise
Downloads | Activities | Travel Guides | Site Map
Copyright © SideStep, Inc. 2007



Quick Jump

# Flights Found

Boston to San Jose, CA, USA - All Airports
Departing 20 August 2007 from 5:35am onwards.

**Connecting Flights**

Indicates a flight operated by a different airline or subsidiary or division of the airline whose code is shown.

| | |
|---|---|
| **Flight:** CO 583 (Continental Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  5:35am |
| **Arrive:** Houston George Bush Intercontinental Ap | Aug 20  8:25am |
| **Aircraft:** 73G | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** CO 1407 (Continental Airlines) | |
| **Depart:** Houston George Bush Intercontinental Ap | Aug 20  9:10am |
| **Arrive:** San Jose International Apt | Aug 20  11:05am |
| **Aircraft:** 738 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 30mins |

| | |
|---|---|
| **Flight:** B6 1001 (Jetblue Airways Corporation) | |
| **Depart:** Boston Logan International Apt | Aug 20  6:00am |
| **Arrive:** New York J F Kennedy International Apt | Aug 20  7:14am |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** B6 167 (Jetblue Airways Corporation) | |
| **Depart:** New York J F Kennedy International Apt | Aug 20  9:10am |
| **Arrive:** San Jose International Apt | Aug 20  12:25pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 9hrs 25mins |

| | |
|---|---|
| **Flight:** US 1471 (US Airways) | |
| **Depart:** Boston Logan International Apt | Aug 20  6:00am |
| **Arrive:** Las Vegas McCarran International Apt | Aug 20  10:09am |
| **Aircraft:** 320 | **Stops:** 01 |
| ---- Connecting to ---- | |
| **Flight:** US 160 (US Airways) | |
| **Depart:** Las Vegas McCarran International Apt | Aug 20  11:41am |

| | | |
|---|---|---|
| **Arrive:** | San Jose International Apt | Aug 20  1:14pm |
| **Aircraft:** 733 | | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 10hrs 14mins |

**Flight:** UA 2169 (United Airlines)
| | | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  6:00am |
| **Arrive:** | Las Vegas McCarran International Apt | Aug 20  10:09am |
| **Aircraft:** 320 | | **Stops:** 01 |

---- Connecting to ----

**Flight:** US 160 (US Airways)
| | | |
|---|---|---|
| **Depart:** | Las Vegas McCarran International Apt | Aug 20  11:41am |
| **Arrive:** | San Jose International Apt | Aug 20  1:14pm |
| **Aircraft:** 733 | | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 10hrs 14mins |

**Flight:** NW 841 (Northwest Airlines)
| | | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  6:09am |
| **Arrive:** | Minneapolis International Apt | Aug 20  8:15am |
| **Aircraft:** 757 | | **Stops:** Non-Stop |

---- Connecting to ----

**Flight:** NW 197 (Northwest Airlines)
| | | |
|---|---|---|
| **Depart:** | Minneapolis International Apt | Aug 20  9:10am |
| **Arrive:** | San Jose International Apt | Aug 20  11:03am |
| **Aircraft:** 320 | | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 7hrs 54mins |

**Flight:** AA 1425 (American Airlines)
| | | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  6:30am |
| **Arrive:** | Chicago O'Hare International Apt | Aug 20  8:00am |
| **Aircraft:** 757 | | **Stops:** Non-Stop |

---- Connecting to ----

**Flight:** AA 2007 (American Airlines)
| | | |
|---|---|---|
| **Depart:** | Chicago O'Hare International Apt | Aug 20  9:20am |
| **Arrive:** | San Jose International Apt | Aug 20  11:45am |
| **Aircraft:** M83 | | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 8hrs 15mins |

**Flight:** US 1161 (US Airways)
| | | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  6:45am |
| **Arrive:** | Phoenix Sky Harbor Intl Apt. | Aug 20  9:09am |
| **Aircraft:** 320 | | **Stops:** Non-Stop |

---- Connecting to ----

**Flight:** US 280 (US Airways)
| | | |
|---|---|---|
| **Depart:** | Phoenix Sky Harbor Intl Apt. | Aug 20  9:51am |
| **Arrive:** | San Jose International Apt | Aug 20  11:49am |
| **Aircraft:** 733 | | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 8hrs 4mins |

| Flight: | DL 1747 (Delta Air Lines) | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  6:45am |
| **Arrive:** | Salt Lake City | Aug 20  10:06am |
| **Aircraft:** | 757 | **Stops:** Non-Stop |
| ---- Connecting to ---- | | |
| **Flight:** | DL 868 (Delta Air Lines) | |
| **Depart:** | Salt Lake City | Aug 20  11:19am |
| **Arrive:** | San Jose International Apt | Aug 20  12:11pm |
| **Aircraft:** | M90 | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 8hrs 26mins |

| Flight: | UA 163 (United Airlines) | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  6:45am |
| **Arrive:** | Los Angeles International Apt | Aug 20  9:48am |
| **Aircraft:** | 752 | **Stops:** Non-Stop |
| ---- Connecting to ---- | | |
| **Flight:** | AA 3164 (American Airlines) | |
| **Depart:** | Los Angeles International Apt | Aug 20  11:55am |
| **Arrive:** | San Jose International Apt | Aug 20  1:05pm |
| **Aircraft:** | ERD | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 9hrs 20mins |

| Flight: | UA 163 (United Airlines) | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  6:45am |
| **Arrive:** | Los Angeles International Apt | Aug 20  9:48am |
| **Aircraft:** | 752 | **Stops:** Non-Stop |
| ---- Connecting to ---- | | |
| **Flight:** | UA 5422 (United Airlines) | |
| **Depart:** | Los Angeles International Apt | Aug 20  11:46am |
| **Arrive:** | San Jose International Apt | Aug 20  1:11pm |
| **Aircraft:** | EM2 | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 9hrs 26mins |

| Flight: | UA 527 (United Airlines) | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  7:00am |
| **Arrive:** | Chicago O'Hare International Apt | Aug 20  8:31am |
| **Aircraft:** | 752 | **Stops:** Non-Stop |
| ---- Connecting to ---- | | |
| **Flight:** | UA 349 (United Airlines) | |
| **Depart:** | Chicago O'Hare International Apt | Aug 20  9:50am |
| **Arrive:** | San Jose International Apt | Aug 20  12:25pm |
| **Aircraft:** | 319 | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 8hrs 25mins |

| Flight: | UA 527 (United Airlines) | |
|---|---|---|
| **Depart:** | Boston Logan International Apt | Aug 20  7:00am |
| **Arrive:** | Chicago O'Hare International Apt | Aug 20  8:31am |
| **Aircraft:** | 752 | **Stops:** Non-Stop |
| ---- Connecting to ---- | | |

**Flight:** US 7007 (US Airways)  
**Depart:** Chicago O'Hare International Apt — Aug 20  9:50am  
**Arrive:** San Jose International Apt — Aug 20  12:25pm  
**Aircraft:** 319  
**Stops:** Non-Stop  
Click Here for Details  
**Total Travel Time:** 8hrs 25mins

---

**Flight:** AA 631 (American Airlines)  
**Depart:** Boston Logan International Apt — Aug 20  7:00am  
**Arrive:** Dallas/Fort Worth Intl Apt — Aug 20  9:55am  
**Aircraft:** M83  
**Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** AA 1351 (American Airlines)  
**Depart:** Dallas/Fort Worth Intl Apt — Aug 20  11:20am  
**Arrive:** San Jose International Apt — Aug 20  12:50pm  
**Aircraft:** M80  
**Stops:** Non-Stop  
Click Here for Details  
**Total Travel Time:** 8hrs 50mins

---

**Flight:** US 67 (US Airways)  
**Depart:** Boston Logan International Apt — Aug 20  7:10am  
**Arrive:** Las Vegas McCarran International Apt — Aug 20  9:53am  
**Aircraft:** 320  
**Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** US 160 (US Airways)  
**Depart:** Las Vegas McCarran International Apt — Aug 20  11:41am  
**Arrive:** San Jose International Apt — Aug 20  1:14pm  
**Aircraft:** 733  
**Stops:** Non-Stop  
Click Here for Details  
**Total Travel Time:** 9hrs 4mins

---

**Flight:** CO 683 (Continental Airlines)  
**Depart:** Boston Logan International Apt — Aug 20  7:15am  
**Arrive:** Houston George Bush Intercontinental Ap — Aug 20  10:15am  
**Aircraft:** 735  
**Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** CO 489 (Continental Airlines)  
**Depart:** Houston George Bush Intercontinental Ap — Aug 20  11:55am  
**Arrive:** San Jose International Apt — Aug 20  1:50pm  
**Aircraft:** 733  
**Stops:** Non-Stop  
Click Here for Details  
**Total Travel Time:** 9hrs 35mins

---

**Flight:** AA 25 (American Airlines)  
**Depart:** Boston Logan International Apt — Aug 20  7:45am  
**Arrive:** Los Angeles International Apt — Aug 20  10:50am  
**Aircraft:** 757  
**Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** AA 3164 (American Airlines)  
**Depart:** Los Angeles International Apt — Aug 20  11:55am  
**Arrive:** San Jose International Apt — Aug 20  1:05pm  
**Aircraft:** ERD  
**Stops:** Non-Stop  
Click Here for Details  
**Total Travel Time:** 8hrs 20mins

| | |
|---|---|
| **Flight:** US 62 (US Airways) | |
| **Depart:** Boston Logan International Apt | Aug 20  8:00am |
| **Arrive:** Las Vegas McCarran International Apt | Aug 20  10:44am |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** US 160 (US Airways) | |
| **Depart:** Las Vegas McCarran International Apt | Aug 20  11:41am |
| **Arrive:** San Jose International Apt | Aug 20  1:14pm |
| **Aircraft:** 733 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 14mins |

| | |
|---|---|
| **Flight:** UA 299 (United Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  8:07am |
| **Arrive:** Denver Intl Apt | Aug 20  10:35am |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 153 (United Airlines) | |
| **Depart:** Denver Intl Apt | Aug 20  11:15am |
| **Arrive:** San Jose International Apt | Aug 20  12:45pm |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 38mins |

| | |
|---|---|
| **Flight:** US 223 (US Airways) | |
| **Depart:** Boston Logan International Apt | Aug 20  8:51am |
| **Arrive:** Phoenix Sky Harbor Intl Apt. | Aug 20  11:27am |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** US 281 (US Airways) | |
| **Depart:** Phoenix Sky Harbor Intl Apt. | Aug 20  1:11pm |
| **Arrive:** San Jose International Apt | Aug 20  2:59pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 9hrs 8mins |

| | |
|---|---|
| **Flight:** UA 1279 (United Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  9:19am |
| **Arrive:** Denver Intl Apt | Aug 20  11:50am |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 1217 (United Airlines) | |
| **Depart:** Denver Intl Apt | Aug 20  2:49pm |
| **Arrive:** San Jose International Apt | Aug 20  4:21pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 10hrs 2mins |

| | |
|---|---|
| **Flight:** UA 1279 (United Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  9:19am |
| **Arrive:** Denver Intl Apt | Aug 20  11:50am |
| **Aircraft:** 319 | **Stops:** Non-Stop |

|  |  |
|---|---|
| ---- Connecting to ---- | |
| **Flight:** US 6053 (US Airways) | |
| **Depart:** Denver Intl Apt | Aug 20  2:49pm |
| **Arrive:** San Jose International Apt | Aug 20  4:21pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 10hrs 2mins |

|  |  |
|---|---|
| **Flight:** AA 1079 (American Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  9:55am |
| **Arrive:** Dallas/Fort Worth Intl Apt | Aug 20  12:55pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** AA 1499 (American Airlines) | |
| **Depart:** Dallas/Fort Worth Intl Apt | Aug 20  3:15pm |
| **Arrive:** San Jose International Apt | Aug 20  4:45pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 9hrs 50mins |

|  |  |
|---|---|
| **Flight:** UA 147 (United Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  10:30am |
| **Arrive:** Denver Intl Apt | Aug 20  1:01pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 1217 (United Airlines) | |
| **Depart:** Denver Intl Apt | Aug 20  2:49pm |
| **Arrive:** San Jose International Apt | Aug 20  4:21pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 51mins |

|  |  |
|---|---|
| **Flight:** UA 147 (United Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  10:30am |
| **Arrive:** Denver Intl Apt | Aug 20  1:01pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** US 6053 (US Airways) | |
| **Depart:** Denver Intl Apt | Aug 20  2:49pm |
| **Arrive:** San Jose International Apt | Aug 20  4:21pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 51mins |

|  |  |
|---|---|
| **Flight:** AA 1471 (American Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  10:50am |
| **Arrive:** Dallas/Fort Worth Intl Apt | Aug 20  1:45pm |
| **Aircraft:** M83 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** AA 1499 (American Airlines) | |
| **Depart:** Dallas/Fort Worth Intl Apt | Aug 20  3:15pm |
| **Arrive:** San Jose International Apt | Aug 20  4:45pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |

|  |  |
|---|---|
| Click Here for Details | Total Travel Time: 8hrs 55mins |

**Flight:** AA 725 (American Airlines)  
**Depart:** Boston Logan International Apt    Aug 20 11:10am  
**Arrive:** Los Angeles International Apt    Aug 20 2:15pm  
**Aircraft:** 757    **Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** AA 3125 (American Airlines)  
**Depart:** Los Angeles International Apt    Aug 20 4:40pm  
**Arrive:** San Jose International Apt    Aug 20 5:50pm  
**Aircraft:** ERD    **Stops:** Non-Stop  
Click Here for Details    Total Travel Time: 9hrs 40mins  

**Flight:** UA 535 (United Airlines)  
**Depart:** Boston Logan International Apt    Aug 20 11:45am  
**Arrive:** Chicago O'Hare International Apt    Aug 20 1:32pm  
**Aircraft:** 733    **Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** UA 381 (United Airlines)  
**Depart:** Chicago O'Hare International Apt    Aug 20 3:17pm  
**Arrive:** San Jose International Apt    Aug 20 5:52pm  
**Aircraft:** 320    **Stops:** Non-Stop  
Click Here for Details    Total Travel Time: 9hrs 7mins  

**Flight:** UA 535 (United Airlines)  
**Depart:** Boston Logan International Apt    Aug 20 11:45am  
**Arrive:** Chicago O'Hare International Apt    Aug 20 1:32pm  
**Aircraft:** 733    **Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** US 7009 (US Airways)  
**Depart:** Chicago O'Hare International Apt    Aug 20 3:17pm  
**Arrive:** San Jose International Apt    Aug 20 5:52pm  
**Aircraft:** 320    **Stops:** Non-Stop  
Click Here for Details    Total Travel Time: 9hrs 7mins  

**Flight:** AA 4599 (American Airlines)  
**Depart:** Boston Logan International Apt    Aug 20 11:50am  
**Arrive:** Washington Ronald Reagan National Apt    Aug 20 1:25pm  
**Aircraft:** ERD    **Stops:** Non-Stop  
---- Connecting to ----  
**Flight:** NW 195 (Northwest Airlines)  
**Depart:** Washington Ronald Reagan National Apt    Aug 20 2:28pm  
**Arrive:** San Jose International Apt    Aug 20 7:18pm  
**Aircraft:** 320    **Stops:** 01  
Click Here for Details    Total Travel Time: 10hrs 28mins  

**Flight:** DL 673 (Delta Air Lines)  
**Depart:** Boston Logan International Apt    Aug 20 12:10pm

| | |
|---|---|
| **Arrive:** Atlanta Hartsfield-Jackson Intl Apt | Aug 20  2:54pm |
| **Aircraft:** M88 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** DL 1253 (Delta Air Lines) | |
| **Depart:** Atlanta Hartsfield-Jackson Intl Apt | Aug 20  4:51pm |
| **Arrive:** San Jose International Apt | Aug 20  6:51pm |
| **Aircraft:** 738 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 9hrs 41mins |

| | |
|---|---|
| **Flight:** AA 677 (American Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  12:20pm |
| **Arrive:** Dallas/Fort Worth Intl Apt | Aug 20  3:15pm |
| **Aircraft:** M83 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** AA 1505 (American Airlines) | |
| **Depart:** Dallas/Fort Worth Intl Apt | Aug 20  5:55pm |
| **Arrive:** San Jose International Apt | Aug 20  7:25pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 10hrs 5mins |

| | |
|---|---|
| **Flight:** NW 717 (Northwest Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  1:15pm |
| **Arrive:** Minneapolis International Apt | Aug 20  3:25pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** NW 195 (Northwest Airlines) | |
| **Depart:** Minneapolis International Apt | Aug 20  5:15pm |
| **Arrive:** San Jose International Apt | Aug 20  7:18pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 9hrs 3mins |

| | |
|---|---|
| **Flight:** CO 1083 (Continental Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  1:24pm |
| **Arrive:** Houston George Bush Intercontinental Ap | Aug 20  4:27pm |
| **Aircraft:** 738 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** CO 421 (Continental Airlines) | |
| **Depart:** Houston George Bush Intercontinental Ap | Aug 20  6:06pm |
| **Arrive:** San Jose International Apt | Aug 20  8:10pm |
| **Aircraft:** 738 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 9hrs 46mins |

| | |
|---|---|
| **Flight:** UA 779 (United Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  1:45pm |
| **Arrive:** Denver Intl Apt | Aug 20  4:11pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 723 (United Airlines) | |
| **Depart:** Denver Intl Apt | Aug 20  5:45pm |

| | | |
|---|---|---|
| **Arrive:** San Jose International Apt | | Aug 20 7:23pm |
| **Aircraft:** 733 | | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 8hrs 38mins |

**Flight:** UA 779 (United Airlines)
**Depart:** Boston Logan International Apt — Aug 20 1:45pm
**Arrive:** Denver Intl Apt — Aug 20 4:11pm
**Aircraft:** 319 — **Stops:** Non-Stop
---- Connecting to ----
**Flight:** US 6055 (US Airways)
**Depart:** Denver Intl Apt — Aug 20 5:45pm
**Arrive:** San Jose International Apt — Aug 20 7:23pm
**Aircraft:** 733 — **Stops:** Non-Stop
Click Here for Details — **Total Travel Time:** 8hrs 38mins

**Flight:** CO 1189 (Continental Airlines)
**Depart:** Boston Logan International Apt — Aug 20 2:15pm
**Arrive:** Newark Liberty International Apt — Aug 20 3:59pm
**Aircraft:** 735 — **Stops:** Non-Stop
---- Connecting to ----
**Flight:** CO 462 (Continental Airlines)
**Depart:** Newark Liberty International Apt — Aug 20 5:25pm
**Arrive:** San Jose International Apt — Aug 20 8:54pm
**Aircraft:** 738 — **Stops:** Non-Stop
Click Here for Details — **Total Travel Time:** 9hrs 39mins

**Flight:** AA 391 (American Airlines)
**Depart:** Boston Logan International Apt — Aug 20 2:30pm
**Arrive:** Dallas/Fort Worth Intl Apt — Aug 20 5:35pm
**Aircraft:** M83 — **Stops:** Non-Stop
---- Connecting to ----
**Flight:** AA 1069 (American Airlines)
**Depart:** Dallas/Fort Worth Intl Apt — Aug 20 8:15pm
**Arrive:** San Jose International Apt — Aug 20 9:40pm
**Aircraft:** M80 — **Stops:** Non-Stop
Click Here for Details — **Total Travel Time:** 10hrs 10mins

**Flight:** B6 1011 (Jetblue Airways Corporation)
**Depart:** Boston Logan International Apt — Aug 20 2:50pm
**Arrive:** New York J F Kennedy International Apt — Aug 20 4:05pm
**Aircraft:** 320 — **Stops:** Non-Stop
---- Connecting to ----
**Flight:** B6 173 (Jetblue Airways Corporation)
**Depart:** New York J F Kennedy International Apt — Aug 20 6:00pm
**Arrive:** San Jose International Apt — Aug 20 9:39pm
**Aircraft:** 320 — **Stops:** Non-Stop
Click Here for Details — **Total Travel Time:** 9hrs 49mins