Flight:   UA 165 (United Airlines)
**Depart:** Boston Logan International Apt          Aug 20  3:22pm
**Arrive:** Denver Intl Apt                        Aug 20  5:55pm
**Aircraft:** 752                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** UA 1229 (United Airlines)
**Depart:** Denver Intl Apt                        Aug 20  7:55pm
**Arrive:** San Jose International Apt             Aug 20  9:30pm
**Aircraft:** 733                                  **Stops:** Non-Stop
Click Here for Details                             **Total Travel Time:** 9hrs 8mins

Flight:   UA 165 (United Airlines)
**Depart:** Boston Logan International Apt          Aug 20  3:22pm
**Arrive:** Denver Intl Apt                        Aug 20  5:55pm
**Aircraft:** 752                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** US 5951 (US Airways)
**Depart:** Denver Intl Apt                        Aug 20  7:55pm
**Arrive:** San Jose International Apt             Aug 20  9:30pm
**Aircraft:** 733                                  **Stops:** Non-Stop
Click Here for Details                             **Total Travel Time:** 9hrs 8mins

Flight:   AA 225 (American Airlines)
**Depart:** Boston Logan International Apt          Aug 20  4:00pm
**Arrive:** San Diego International                Aug 20  7:00pm
**Aircraft:** 757                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** AA 3180 (American Airlines)
**Depart:** San Diego International                Aug 20  8:05pm
**Arrive:** San Jose International Apt             Aug 20  9:20pm
**Aircraft:** ERD                                  **Stops:** Non-Stop
Click Here for Details                             **Total Travel Time:** 8hrs 20mins

Flight:   AS 1277 (Alaska Airlines)
**Depart:** Boston Logan International Apt          Aug 20  4:00pm
**Arrive:** San Diego International                Aug 20  7:00pm
**Aircraft:** 757                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** AA 3180 (American Airlines)
**Depart:** San Diego International                Aug 20  8:05pm
**Arrive:** San Jose International Apt             Aug 20  9:20pm
**Aircraft:** ERD                                  **Stops:** Non-Stop
Click Here for Details                             **Total Travel Time:** 8hrs 20mins

Flight:   AA 1095 (American Airlines)
**Depart:** Boston Logan International Apt          Aug 20  4:10pm
**Arrive:** Dallas/Fort Worth Intl Apt            Aug 20  7:15pm
**Aircraft:** M83                                  **Stops:** Non-Stop
---- Connecting to ----

| | | |
|---|---|---|
| **Flight:** AA 1069 (American Airlines) | | |
| **Depart:** Dallas/Fort Worth Intl Apt | Aug 20  8:15pm | |
| **Arrive:** San Jose International Apt | Aug 20  9:40pm | |
| **Aircraft:** M80 | **Stops:** Non-Stop | |
| Click Here for Details | **Total Travel Time:** 8hrs 30mins | |

| | |
|---|---|
| **Flight:** AA 1481 (American Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  4:30pm |
| **Arrive:** Chicago O'Hare International Apt | Aug 20  6:15pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |
| **---- Connecting to ----** | |
| **Flight:** AA 827 (American Airlines) | |
| **Depart:** Chicago O'Hare International Apt | Aug 20  7:10pm |
| **Arrive:** San Jose International Apt | Aug 20  9:40pm |
| **Aircraft:** M83 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 10mins |

| | |
|---|---|
| **Flight:** DL 681 (Delta Air Lines) | |
| **Depart:** Boston Logan International Apt | Aug 20  4:30pm |
| **Arrive:** Atlanta Hartsfield-Jackson Intl Apt | Aug 20  7:21pm |
| **Aircraft:** M88 | **Stops:** Non-Stop |
| **---- Connecting to ----** | |
| **Flight:** DL 1155 (Delta Air Lines) | |
| **Depart:** Atlanta Hartsfield-Jackson Intl Apt | Aug 20  8:12pm |
| **Arrive:** San Jose International Apt | Aug 20  10:10pm |
| **Aircraft:** 757 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 40mins |

| | |
|---|---|
| **Flight:** AA 145 (American Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  4:55pm |
| **Arrive:** Los Angeles International Apt | Aug 20  8:05pm |
| **Aircraft:** 757 | **Stops:** Non-Stop |
| **---- Connecting to ----** | |
| **Flight:** UA 5420 (United Airlines) | |
| **Depart:** Los Angeles International Apt | Aug 20  9:30pm |
| **Arrive:** San Jose International Apt | Aug 20  10:56pm |
| **Aircraft:** EM2 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 9hrs 1min |

| | |
|---|---|
| **Flight:** UA 543 (United Airlines) | |
| **Depart:** Boston Logan International Apt | Aug 20  5:14pm |
| **Arrive:** Chicago O'Hare International Apt | Aug 20  6:55pm |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| **---- Connecting to ----** | |
| **Flight:** UA 393 (United Airlines) | |
| **Depart:** Chicago O'Hare International Apt | Aug 20  8:00pm |
| **Arrive:** San Jose International Apt | Aug 20  10:35pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 21mins |

Flight: UA 543 (United Airlines)
Depart: Boston Logan International Apt          Aug 20 5:14pm
Arrive:  Chicago O'Hare International Apt        Aug 20 6:55pm
Aircraft: 752                                    Stops: Non-Stop

---- Connecting to ----

Flight: US 7011 (US Airways)
Depart: Chicago O'Hare International Apt         Aug 20 8:00pm
Arrive:  San Jose International Apt              Aug 20 10:35pm
Aircraft: 319                                    Stops: Non-Stop
Click Here for Details                           Total Travel Time: 8hrs 21mins

Flight: DL 1749 (Delta Air Lines)
Depart: Boston Logan International Apt           Aug 20 5:14pm
Arrive:  Salt Lake City                          Aug 20 8:24pm
Aircraft: 752                                    Stops: Non-Stop

---- Connecting to ----

Flight: DL 1267 (Delta Air Lines)
Depart: Salt Lake City                           Aug 20 9:50pm
Arrive:  San Jose International Apt              Aug 20 10:45pm
Aircraft: M90                                    Stops: Non-Stop
Click Here for Details                           Total Travel Time: 8hrs 31mins

Flight: US 38 (US Airways)
Depart: Boston Logan International Apt           Aug 20 6:12pm
Arrive:  Phoenix Sky Harbor Intl Apt.            Aug 20 8:48pm
Aircraft: 319                                    Stops: Non-Stop

---- Connecting to ----

Flight: US 283 (US Airways)
Depart: Phoenix Sky Harbor Intl Apt.            Aug 20 9:32pm
Arrive:  San Jose International Apt              Aug 20 11:20pm
Aircraft: 733                                    Stops: Non-Stop
Click Here for Details                           Total Travel Time: 8hrs 8mins

New Selection                Direct                Return Flights

Schedules Updated Every Day
Schedule Display Services provided by **OAG** Flight Engine
Schedule data Copyright © 2007 OAG Worldwide Limited. All rights reserved.
These Timetables schedules are provided as a convenience only
and are subject to change at any time.
OAG Worldwide Inc., its suppliers and the airport shall not assume any
liability or any loss, damage, or expense from errors or omissions in the Timetables.

Logan Airport | Airports | Bridges | Ports | About | Doing Business | Tourism | Planning for the Future
Search | Site Map | Contact Us | Home

© 1999 Massport    Legal Information



Quick Jump

## Logan Airport

# Flights Found

**Boston to San Jose, CA, USA - All Airports**
**Departing 20 August 2007 from 6:05am onwards.**

**Direct Flights**

Indicates a flight operated by a different airline or subsidiary or division of the airline whose code is shown.

| Flight: AA 1347 (American Airlines) | |
|---|---|
| **Depart:** Boston Logan International Apt | Aug 20  6:05am |
| **Arrive:** San Jose International Apt | Aug 20 11:30am |
| **Aircraft:** M83 | **Stops:** 01 |
| Click Here for Details | **Travel Time:** 8hrs 25mins |

| Flight: AA 559 (American Airlines) | |
|---|---|
| **Depart:** Boston Logan International Apt | Aug 20 11:20am |
| **Arrive:** San Jose International Apt | Aug 20  5:55pm |
| **Aircraft:** M80 | **Stops:** 02 |
| Click Here for Details | **Travel Time:** 9hrs 35mins |

| Flight: B6 471 (Jetblue Airways Corporation) | |
|---|---|
| **Depart:** Boston Logan International Apt | Aug 20  4:40pm |
| **Arrive:** San Jose International Apt | Aug 20  8:05pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Travel Time:** 6hrs 25mins |

New Selection          Connecting Flights          Return Flights

Schedules Updated Every Day
Schedule Display Services provided by **OAG** Flight Engine
Schedule data Copyright © 2007 OAG Worldwide Limited. All rights reserved.
These Timetables schedules are provided as a convenience only
and are subject to change at any time.
OAG Worldwide Inc., its suppliers and the airport shall not assume any
liability or any loss, damage, or expense from errors or omissions in the Timetables.

Logan Airport | Airports | Bridges | Ports | About | Doing Business | Tourism | Planning for the Future
Search | Site Map | Contact Us | Home

© 1999 Massport    Legal Information



Flights   Hotels   Cars   Vacation Packages   Cruises   Activities   Travel Guides

Modify this search

## Searching multiple travel sites for the best prices...

Lowest price: **$189**    Showing results: **146** of **339**    ▭ 88%

Showing 146 of 339 results  Show all

| Price range | (in USD) |
| --- | --- |
| $189    $1393 | $1393 |

| | | Air Canada | AirTran Airways | Alaska Airlines | American Airlines | Continental Airlines | Delta Air Lines | Frontier Airlines | jetBlue Airways |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nonstop | | | | $741 | $734 | | | | $189 |
| 1 Stop | | $272 | | $365 | $288 | $206 | $203 | $696 | $315 |
| 2 Stops | | | | $368 | $298 | $255 | $237 | $298 | |

**Leave Time**    ○ Take-off  ○ Land

| | |
| --- | --- |
| Pre-Dawn (Before 5a) | $206 |
| Early morning (5a - 9a) | $237 |
| Morning (9a - 12p) | $223 |
| Afternoon (12p - 5p) | $223 |
| Evening (5p - 9p) | $233 |
| Night (9p - 12a) | $189 |

**Stops**

| | |
| --- | --- |
| Nonstop | $189 |
| 1 Stop | $223 |
| 2 Stops | $237 |

Sort by: **Price** - Stops - Departure - Airline                    Email Results

**Departure airport**

| | |
| --- | --- |
| Merced (MCE) | $363 |
| Modesto (MOD) | $305 |
| Monterey (MRY) | $399 |
| Oakland (OAK) | $203 |
| San Francisco (SFO) | $200 |
| ✓ San Jose (SJC) | $189 |

**Arrival airport**

| | |
| --- | --- |
| ✓ Boston (BOS) | $189 |
| Manchester (MHT) | $289 |
| Martha's Vineyard (MVY) | $975 |
| Providence (PVD) | $259 |

**Airline**

| | |
| --- | --- |
| Air Canada | $549 |
| AirTran Airways | $272 |
| Alaska Airlines | $365 |
| American Airlines | $288 |
| Continental Airlines | $255 |
| Delta Air Lines | $233 |
| Frontier Airlines | $298 |
| JetBlue Airways | $189 |
| Northwest Airlines | $298 |
| Spirit Airlines | $200 |
| US Airways | $255 |
| United Airlines | $223 |

**$189** per person at JetBlue

Select

**JetBlue Airways** (Details)                    Economy Class

Leave:    9:00 pm Depart San Jose (SJC)        Non-stop    jetBlue
Aug 20    Arrive Boston (BOS) 5:31 am

**$223** per person at cheaptick...

**United Airlines** (Details)                    Economy Class

Leave:    1:35 pm Depart San Jose (SJC)        1 Stop    UNITED
Aug 20    Arrive Boston (BOS) 12:29 am

Price found at: cheaptickets: $223   orbitz: $225   1800cheapseats: $295

Also in Boston



» Find a Hotel
» Get a rental car
» Activities

**SideStep's Top Deals**

$889 - Fly from Charlotte to
Mumbai on Delta Airlines
MakeMyTrip.com

$79 & up Roundtrip Fares to the
Caribbean
IntraTours

» More travel deals

Change currency

Select

## $223
per person
at cheaptick...

**United Airlines** (Details)                    Economy Class

| **Leave:** | **10:38 am** Depart San Jose (SJC) | |
|---|---|---|
| Aug 20 | Arrive Boston (BOS) **10:58 pm** | 1 Stop |

Price found at: cheaptickets: $223   orbitz: $225   1800cheapseats: $295

Select

## $233
per person
at cheaptick...

**Delta Air Lines** (Details)                    Economy Class

| **Leave:** | **8:05 pm** Depart San Jose (SJC) | |
|---|---|---|
| Aug 20 | Arrive Boston (BOS) **6:25 am** | 1 Stop |

Price found at: cheaptickets: $233   orbitz: $235   1800cheapseats: $260

Select

## $237
per person
at cheaptick...

**Delta Air Lines** (Details)                    Economy Class

| **Leave:** | **8:05 pm** Depart San Jose (SJC) | |
|---|---|---|
| Aug 20 | Arrive Boston (BOS) **8:27 am** | 2 Stops |

Price found at: cheaptickets: $237   orbitz: $239

Select

**$237**
per person
at cheaptick...

Select

**United Airlines** (Details)                                          Economy Class

| Leave: | **6:30 am** Depart San Jose (SJC) | 2 Stops | UNITED |
| Aug 20 | Arrive Boston (BOS) **7:18 pm** | | |

Price found at: cheaptickets: $237   orbitz: $239

**$237**
per person
at cheaptick...

Select

**Delta Air Lines** (Details)                                          Economy Class

| Leave: | **8:05 pm** Depart San Jose (SJC) | 2 Stops | DELTA |
| Aug 20 | Arrive Boston (BOS) **9:43 am** | | |

Price found at: cheaptickets: $237   orbitz: $239

**$237**
per person
at cheaptick...

**Delta Air Lines** (Details)                                          Economy Class

| Leave: | **8:05 pm** Depart San Jose (SJC) | 2 Stops | DELTA |
| Aug 20 | Arrive Boston (BOS) **9:35 am** | | |

Price found at: cheaptickets: $237    orbitz: $239

Select

**$237**
per person
at cheaptick...

**United Airlines** (Details)

**Leave:**    **6:30 am** Depart San Jose (SJC)
Aug 20      Arrive Boston (BOS) **8:22 pm**

Price found at: cheaptickets: $237    orbitz: $239

2 Stops

Economy Class

UNITED

Select

**$252**
per person
at cheaptick...

**United Airlines** (Details)

**Leave:**    **10:39 am** Depart San Jose (SJC)
Aug 20      Arrive Boston (BOS) **10:58 pm**

Price found at: cheaptickets: $252    orbitz: $254

2 Stops

Economy Class

UNITED

Select

**$252**
per person
at cheaptick...

**United Airlines** (Details)

**Leave:**    **8:32 pm** Depart San Jose (SJC)
Aug 20      Arrive Boston (BOS) **9:48 am**

2 Stops

Economy Class

UNITED

Price found at: cheaptickets: $252    orbitz: $254

Select

**$252**
per person
at cheaptick...

**United Airlines** (Details)

| Leave: | 7:18 am Depart San Jose (SJC) |
| Aug 20 | Arrive Boston (BOS) 9:25 pm |

2 Stops    UNITED    Economy Class

Price found at: cheaptickets: $252    orbitz: $254

Select

**$252**
per person
at cheaptick...

**United Airlines** (Details)

| Leave: | 7:18 am Depart San Jose (SJC) |
| Aug 20 | Arrive Boston (BOS) 9:25 pm |

2 Stops    UNITED    Economy Class

Price found at: cheaptickets: $252    orbitz: $254

Select

**$255**
per person
at Orbitz

**Multiple Carriers** (Details)

| Leave: | 7:35 am Depart San Jose (SJC) |
| Aug 20 | Arrive Boston (BOS) 9:02 pm |

2 Stops    Multiple Carriers    Economy Class