Price found at: orbitz: $255   cheaptickets: $258

Select

**$259**
per person
at cheaptick...

**Delta Air Lines** (Details)
Leave:   **8:15 am** Depart San Jose (SJC)
Aug 20   Arrive Boston (BOS) **9:22 pm**

1 Stop   DELTA

Economy Class

Price found at: cheaptickets: $259   orbitz: $260

Select

**$263**
per person
at cheaptick...

**United Airlines** (Details)
Leave:   **6:30 am** Depart San Jose (SJC)
Aug 20   Arrive Boston (BOS) **7:15 pm**

2 Stops   UNITED

Economy Class

Price found at: cheaptickets: $263   orbitz: $264

Select

**$263**
per person
at cheaptick...

**Delta Air Lines** (Details)
Leave:   **8:15 am** Depart San Jose (SJC)
Aug 20   Arrive Boston (BOS) **9:51 pm**

2 Stops   DELTA

Economy Class

Price found at: cheaptickets: $263   orbitz: $264

Select

**$264**
per person
at cheaptick...

**United Airlines** (Details)
Leave:     7:18 am Depart San Jose (SJC)
Aug 20    Arrive Boston (BOS) **10:58 pm**

1 Stop     UNITED     Economy Class

Price found at: cheaptickets: $264   orbitz: $265

Select

**$283**
per person
at cheaptick...

**United Airlines** (Details)
Leave:     8:32 pm Depart San Jose (SJC)
Aug 20    Arrive Boston (BOS) **9:48 am**

2 Stops    UNITED     Economy Class

Price found at: cheaptickets: $283   orbitz: $284

Select

**$283**
per person
at cheaptick...

**United Airlines** (Details)
Leave:     8:32 pm Depart San Jose (SJC)
Aug 20    Arrive Boston (BOS) **10:08 am**

2 Stops    UNITED     Economy Class

Price found at: cheaptickets: $283   orbitz: $284

Select

**$284**
per person
at Orbitz

**US Airways** (Details)
**Leave:**  9:34 am Depart San Jose (SJC)
Aug 20    Arrive Boston (BOS) **10:56 pm**

2 Stops     Economy Class
            US AIRWAYS

Price found at: orbitz: $284   cheaptickets: $288

Select

**$288**
per person
at cheaptick...

**American Airlines** (Details)
**Leave:**  9:45 pm Depart San Jose (SJC)
Aug 20    Arrive Boston (BOS) **5:20 pm**

1 Stop      Economy Class
            AmericanAirlines

Price found at: cheaptickets: $288   orbitz: $289

Select

**$289**
per person
at cheaptick...

**Delta Air Lines** (Details)
**Leave:**  1:00 pm Depart San Jose (SJC)
Aug 20    Arrive Boston (BOS) **11:19 pm**

1 Stop      Economy Class
            △ DELTA



Price found at: cheaptickets: $289   orbitz: $290   1800cheapseats: $308

Select

**$289**
per person
at cheaptick...

**United Airlines** (Details)                                   Economy Class
Leave:   6:20 am Depart San Jose (SJC)          1 Stop      UNITED
Aug 20   Arrive Boston (BOS) **5:25 pm**

Price found at: cheaptickets: $289   orbitz: $290   1800cheapseats: $308

Select

**$289**
per person
at cheaptick...

**Delta Air Lines** (Details)                                   Economy Class
Leave:   11:45 am Depart San Jose (SJC)         1 Stop      DELTA
Aug 20   Arrive Boston (BOS) **10:52 pm**

Price found at: cheaptickets: $289   orbitz: $290   1800cheapseats: $308

Select

Select   Book Flight + Hotel and Save $229 on Average*      Sponsored Partner
         Airfare to **Boston** + 8 nights stay Aug 20 - Aug 28    ORBITZ

 No Booking Fees at Hotwire.com!
Airfare to **Boston** for **Aug 20** through **Aug 28**

Sponsored Partner



« Previous   1 | 2 | 3 | 4 | 5 | 6   Next »

**Boston Airfare Deals**

Sponsored Links

**JetBlue Flights**
Low Fares to Major US Destinations.
DIRECTV® and Leather Seats!
www.jetblue.com

**Midwest Airlines**
The Best Care in the Air. Freshly
Baked Cookies Onboard.
www.midwestairlines.com

**50% Off on Int'l Airfare**
Book International **flights** by phone
to save up to 50%. Major airlines.
asaptickets.com/



About SideStep | Help Desk | Careers | Privacy Policy | Terms of Service | Advertise
Downloads | Activities | Travel Guides | Site Map
Copyright © SideStep, Inc. 2007



Quick Jump

# Logan Airport

# Flights Found

San Jose, CA, USA - All Airports to Boston
Departing 20 August 2007 from 6:00am onwards.

**Connecting Flights**

Indicates a flight operated by a different airline or subsidiary or division of the airline whose code is shown.

---

**Flight:** DL 1053 (Delta Air Lines)
**Depart:** San Jose International Apt — Aug 20 6:00am
**Arrive:** Salt Lake City — Aug 20 8:47am
**Aircraft:** M90 — **Stops:** Non-Stop

---- Connecting to ----

**Flight:** DL 1637 (Delta Air Lines)
**Depart:** Salt Lake City — Aug 20 9:45am
**Arrive:** Boston Logan International Apt — Aug 20 4:24pm
**Aircraft:** 752 — **Stops:** Non-Stop
Click Here for Details — **Total Travel Time:** 7hrs 24mins

---

**Flight:** US 202 (US Airways)
**Depart:** San Jose International Apt — Aug 20 6:15am
**Arrive:** Phoenix Sky Harbor Intl Apt. — Aug 20 8:13am
**Aircraft:** 733 — **Stops:** Non-Stop

---- Connecting to ----

**Flight:** US 220 (US Airways)
**Depart:** Phoenix Sky Harbor Intl Apt. — Aug 20 9:05am
**Arrive:** Boston Logan International Apt — Aug 20 5:22pm
**Aircraft:** 319 — **Stops:** Non-Stop
Click Here for Details — **Total Travel Time:** 8hrs 7mins

---

**Flight:** CO 1756 (Continental Airlines)
**Depart:** San Jose International Apt — Aug 20 6:15am
**Arrive:** Houston George Bush Intercontinental Ap — Aug 20 12:10pm
**Aircraft:** 738 — **Stops:** Non-Stop

---- Connecting to ----

**Flight:** CO 482 (Continental Airlines)
**Depart:** Houston George Bush Intercontinental Ap — Aug 20 1:01pm

| | |
|---|---|
| **Arrive:** Boston Logan International Apt | Aug 20  6:05pm |
| **Aircraft:** 733 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 50mins |

| | |
|---|---|
| **Flight:** UA 776 (United Airlines) | |
| **Depart:** San Jose International Apt | Aug 20  6:20am |
| **Arrive:** Chicago O'Hare International Apt | Aug 20  12:29pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 534 (United Airlines) | |
| **Depart:** Chicago O'Hare International Apt | Aug 20  1:07pm |
| **Arrive:** Boston Logan International Apt | Aug 20  4:34pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 14mins |

| | |
|---|---|
| **Flight:** US 7006 (US Airways) | |
| **Depart:** San Jose International Apt | Aug 20  6:20am |
| **Arrive:** Chicago O'Hare International Apt | Aug 20  12:29pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** AA 636 (American Airlines) | |
| **Depart:** Chicago O'Hare International Apt | Aug 20  1:35pm |
| **Arrive:** Boston Logan International Apt | Aug 20  5:05pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 45mins |

| | |
|---|---|
| **Flight:** UA 802 (United Airlines) | |
| **Depart:** San Jose International Apt | Aug 20  6:30am |
| **Arrive:** Denver Intl Apt | Aug 20  9:58am |
| **Aircraft:** 733 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 512 (United Airlines) | |
| **Depart:** Denver Intl Apt | Aug 20  10:31am |
| **Arrive:** Boston Logan International Apt | Aug 20  4:24pm |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 6hrs 54mins |

| | |
|---|---|
| **Flight:** US 6050 (US Airways) | |
| **Depart:** San Jose International Apt | Aug 20  6:30am |
| **Arrive:** Denver Intl Apt | Aug 20  9:58am |
| **Aircraft:** 733 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 512 (United Airlines) | |
| **Depart:** Denver Intl Apt | Aug 20  10:31am |
| **Arrive:** Boston Logan International Apt | Aug 20  4:24pm |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 6hrs 54mins |

**Flight:** NW 200 (Northwest Airlines)
**Depart:** San Jose International Apt — Aug 20 6:35am
**Arrive:** Minneapolis International Apt — Aug 20 12:18pm
**Aircraft:** 320
**Stops:** Non-Stop

---- Connecting to ----

**Flight:** NW 594 (Northwest Airlines)
**Depart:** Minneapolis International Apt — Aug 20 1:05pm
**Arrive:** Boston Logan International Apt — Aug 20 5:00pm
**Aircraft:** 757
**Stops:** Non-Stop
Click Here for Details
**Total Travel Time:** 7hrs 25mins

---

**Flight:** AA 368 (American Airlines)
**Depart:** San Jose International Apt — Aug 20 6:35am
**Arrive:** Chicago O'Hare International Apt — Aug 20 12:50pm
**Aircraft:** M80
**Stops:** Non-Stop

---- Connecting to ----

**Flight:** AA 636 (American Airlines)
**Depart:** Chicago O'Hare International Apt — Aug 20 1:35pm
**Arrive:** Boston Logan International Apt — Aug 20 5:05pm
**Aircraft:** M80
**Stops:** Non-Stop
Click Here for Details
**Total Travel Time:** 7hrs 30mins

---

**Flight:** AA 368 (American Airlines)
**Depart:** San Jose International Apt — Aug 20 6:35am
**Arrive:** New York La Guardia Apt — Aug 20 4:55pm
**Aircraft:** M80
**Stops:** 01

---- Connecting to ----

**Flight:** US 2138 (US Airways)
**Depart:** New York La Guardia Apt — Aug 20 6:00pm
**Arrive:** Boston Logan International Apt — Aug 20 7:18pm
**Aircraft:** 319
**Stops:** Non-Stop
Click Here for Details
**Total Travel Time:** 9hrs 43mins

---

**Flight:** AA 368 (American Airlines)
**Depart:** San Jose International Apt — Aug 20 6:35am
**Arrive:** New York La Guardia Apt — Aug 20 4:55pm
**Aircraft:** M80
**Stops:** 01

---- Connecting to ----

**Flight:** UA 2414 (United Airlines)
**Depart:** New York La Guardia Apt — Aug 20 6:00pm
**Arrive:** Boston Logan International Apt — Aug 20 7:18pm
**Aircraft:** 319
**Stops:** Non-Stop
Click Here for Details
**Total Travel Time:** 9hrs 43mins

---

**Flight:** AA 1204 (American Airlines)
**Depart:** San Jose International Apt — Aug 20 6:40am
**Arrive:** Dallas/Fort Worth Intl Apt — Aug 20 12:10pm
**Aircraft:** M83
**Stops:** Non-Stop

---- Connecting to ----

**Flight:** AA 1418 (American Airlines)
**Depart:** Dallas/Fort Worth Intl Apt    Aug 20 1:35pm
**Arrive:** Boston Logan International Apt    Aug 20 6:15pm
**Aircraft:** 757    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 8hrs 35mins

---

Flight: DL 1245 (Delta Air Lines)
**Depart:** San Jose International Apt    Aug 20 6:50am
**Arrive:** Atlanta Hartsfield-Jackson Intl Apt    Aug 20 2:38pm
**Aircraft:** 757    **Stops:** Non-Stop
---- Connecting to ----
**Flight:** DL 680 (Delta Air Lines)
**Depart:** Atlanta Hartsfield-Jackson Intl Apt    Aug 20 4:05pm
**Arrive:** Boston Logan International Apt    Aug 20 6:45pm
**Aircraft:** 738    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 8hrs 55mins

---

Flight: UA 208 (United Airlines)
**Depart:** San Jose International Apt    Aug 20 7:18am
**Arrive:** Denver Intl Apt    Aug 20 10:55am
**Aircraft:** 733    **Stops:** Non-Stop
---- Connecting to ----
**Flight:** UA 146 (United Airlines)
**Depart:** Denver Intl Apt    Aug 20 12:20pm
**Arrive:** Boston Logan International Apt    Aug 20 6:13pm
**Aircraft:** 752    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 7hrs 55mins

---

Flight: US 6052 (US Airways)
**Depart:** San Jose International Apt    Aug 20 7:18am
**Arrive:** Denver Intl Apt    Aug 20 10:55am
**Aircraft:** 733    **Stops:** Non-Stop
---- Connecting to ----
**Flight:** UA 146 (United Airlines)
**Depart:** Denver Intl Apt    Aug 20 12:20pm
**Arrive:** Boston Logan International Apt    Aug 20 6:13pm
**Aircraft:** 752    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 7hrs 55mins

---

Flight: UA 240 (United Airlines)
**Depart:** San Jose International Apt    Aug 20 7:30am
**Arrive:** Washington Dulles International Apt    Aug 20 3:44pm
**Aircraft:** 319    **Stops:** Non-Stop
---- Connecting to ----
**Flight:** UA 822 (United Airlines)
**Depart:** Washington Dulles International Apt    Aug 20 4:45pm
**Arrive:** Boston Logan International Apt    Aug 20 6:26pm
**Aircraft:** 752    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 7hrs 56mins

| | |
|---|---|
| **Flight:** US 6588 (US Airways) | |
| **Depart:** San Jose International Apt | Aug 20  7:30am |
| **Arrive:** Washington Dulles International Apt | Aug 20  3:44pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 822 (United Airlines) | |
| **Depart:** Washington Dulles International Apt | Aug 20  4:45pm |
| **Arrive:** Boston Logan International Apt | Aug 20  6:26pm |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 56mins |

| | |
|---|---|
| **Flight:** AA 551 (American Airlines) | |
| **Depart:** San Jose International Apt | Aug 20  7:45am |
| **Arrive:** Dallas/Fort Worth Intl Apt | Aug 20  1:15pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** AA 1876 (American Airlines) | |
| **Depart:** Dallas/Fort Worth Intl Apt | Aug 20  2:35pm |
| **Arrive:** Boston Logan International Apt | Aug 20  7:20pm |
| **Aircraft:** M80 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 35mins |

| | |
|---|---|
| **Flight:** UA 968 (United Airlines) | |
| **Depart:** San Jose International Apt | Aug 20  8:11am |
| **Arrive:** Chicago O'Hare International Apt | Aug 20  2:20pm |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 882 (United Airlines) | |
| **Depart:** Chicago O'Hare International Apt | Aug 20  3:46pm |
| **Arrive:** Boston Logan International Apt | Aug 20  7:15pm |
| **Aircraft:** 733 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 4mins |

| | |
|---|---|
| **Flight:** US 7008 (US Airways) | |
| **Depart:** San Jose International Apt | Aug 20  8:11am |
| **Arrive:** Chicago O'Hare International Apt | Aug 20  2:20pm |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| ---- Connecting to ---- | |
| **Flight:** UA 882 (United Airlines) | |
| **Depart:** Chicago O'Hare International Apt | Aug 20  3:46pm |
| **Arrive:** Boston Logan International Apt | Aug 20  7:15pm |
| **Aircraft:** 733 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 8hrs 4mins |

| | |
|---|---|
| **Flight:** US 165 (US Airways) | |
| **Depart:** San Jose International Apt | Aug 20  9:34am |
| **Arrive:** Las Vegas McCarran International Apt | Aug 20  10:58am |
| **Aircraft:** 319 | **Stops:** Non-Stop |