---- Connecting to ----

| **Flight:** | US 60 (US Airways) | |
| --- | --- | --- |
| **Depart:** | Las Vegas McCarran International Apt | Aug 20 11:30am |
| **Arrive:** | Boston Logan International Apt | Aug 20 7:44pm |
| **Aircraft:** | 319 | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 7hrs 10mins |

| **Flight:** | AA 1408 (American Airlines) | |
| --- | --- | --- |
| **Depart:** | San Jose International Apt | Aug 20 10:10am |
| **Arrive:** | Dallas/Fort Worth Intl Apt | Aug 20 3:40pm |
| **Aircraft:** | M83 | **Stops:** Non-Stop |

---- Connecting to ----

| **Flight:** | AA 306 (American Airlines) | |
| --- | --- | --- |
| **Depart:** | Dallas/Fort Worth Intl Apt | Aug 20 5:00pm |
| **Arrive:** | Boston Logan International Apt | Aug 20 9:45pm |
| **Aircraft:** | M80 | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 8hrs 35mins |

| **Flight:** | AA 3199 (American Airlines) | |
| --- | --- | --- |
| **Depart:** | San Jose International Apt | Aug 20 10:35am |
| **Arrive:** | Los Angeles International Apt | Aug 20 11:50am |
| **Aircraft:** | ERD | **Stops:** Non-Stop |

---- Connecting to ----

| **Flight:** | AA 264 (American Airlines) | |
| --- | --- | --- |
| **Depart:** | Los Angeles International Apt | Aug 20 1:25pm |
| **Arrive:** | Boston Logan International Apt | Aug 20 9:55pm |
| **Aircraft:** | 757 | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 8hrs 20mins |

| **Flight:** | AA 3199 (American Airlines) | |
| --- | --- | --- |
| **Depart:** | San Jose International Apt | Aug 20 10:35am |
| **Arrive:** | Los Angeles International Apt | Aug 20 11:50am |
| **Aircraft:** | ERD | **Stops:** Non-Stop |

---- Connecting to ----

| **Flight:** | UA 164 (United Airlines) | |
| --- | --- | --- |
| **Depart:** | Los Angeles International Apt | Aug 20 2:10pm |
| **Arrive:** | Boston Logan International Apt | Aug 20 10:43pm |
| **Aircraft:** | 319 | **Stops:** Non-Stop |
| Click Here for Details | | **Total Travel Time:** 9hrs 8mins |

| **Flight:** | UA 588 (United Airlines) | |
| --- | --- | --- |
| **Depart:** | San Jose International Apt | Aug 20 10:38am |
| **Arrive:** | Denver Intl Apt | Aug 20 2:11pm |
| **Aircraft:** | 733 | **Stops:** Non-Stop |

---- Connecting to ----

| **Flight:** | UA 354 (United Airlines) | |
| --- | --- | --- |
| **Depart:** | Denver Intl Apt | Aug 20 4:00pm |
| **Arrive:** | Boston Logan International Apt | Aug 20 9:56pm |
| **Aircraft:** | 319 | **Stops:** Non-Stop |

Click Here for Details                          **Total Travel Time:** 8hrs 18mins

---

Flight:    US 6054 (US Airways)
**Depart:** San Jose International Apt                    Aug 20  10:38am
**Arrive:** Denver Intl Apt                              Aug 20  2:11pm
**Aircraft:** 733                                        **Stops:** Non-Stop

---- Connecting to ----

**Flight:** UA 354 (United Airlines)
**Depart:** Denver Intl Apt                              Aug 20  4:00pm
**Arrive:** Boston Logan International Apt               Aug 20  9:56pm
**Aircraft:** 319                                        **Stops:** Non-Stop
Click Here for Details                          **Total Travel Time:** 8hrs 18mins

---

Flight:    US 6054 (US Airways)
**Depart:** San Jose International Apt                    Aug 20  10:38am
**Arrive:** Denver Intl Apt                              Aug 20  2:11pm
**Aircraft:** 733                                        **Stops:** Non-Stop

---- Connecting to ----

**Flight:** NW 1220 (Northwest Airlines)
**Depart:** Denver Intl Apt                              Aug 20  3:05pm
**Arrive:** Boston Logan International Apt               Aug 20  10:54pm
**Aircraft:** 757                                        **Stops:** 01
Click Here for Details                          **Total Travel Time:** 9hrs 16mins

---

Flight:    UA 588 (United Airlines)
**Depart:** San Jose International Apt                    Aug 20  10:38am
**Arrive:** Denver Intl Apt                              Aug 20  2:11pm
**Aircraft:** 733                                        **Stops:** Non-Stop

---- Connecting to ----

**Flight:** UA 964 (United Airlines)
**Depart:** Denver Intl Apt                              Aug 20  5:05pm
**Arrive:** Boston Logan International Apt               Aug 20  10:58pm
**Aircraft:** 752                                        **Stops:** Non-Stop
Click Here for Details                          **Total Travel Time:** 9hrs 20mins

---

Flight:    US 6054 (US Airways)
**Depart:** San Jose International Apt                    Aug 20  10:38am
**Arrive:** Denver Intl Apt                              Aug 20  2:11pm
**Aircraft:** 733                                        **Stops:** Non-Stop

---- Connecting to ----

**Flight:** UA 964 (United Airlines)
**Depart:** Denver Intl Apt                              Aug 20  5:05pm
**Arrive:** Boston Logan International Apt               Aug 20  10:58pm
**Aircraft:** 752                                        **Stops:** Non-Stop
Click Here for Details                          **Total Travel Time:** 9hrs 20mins

---

Flight:    DL 1163 (Delta Air Lines)
**Depart:** San Jose International Apt                    Aug 20  11:45am

**Arrive:** Atlanta Hartsfield-Jackson Intl Apt    Aug 20 7:34pm
**Aircraft:** 738    **Stops:** Non-Stop

---- Connecting to ----

**Flight:** DL 688 (Delta Air Lines)
**Depart:** Atlanta Hartsfield-Jackson Intl Apt    Aug 20 8:10pm
**Arrive:** Boston Logan International Apt    Aug 20 10:52pm
**Aircraft:** 757    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 8hrs 7mins

**Flight:** CO 160 (Continental Airlines)
**Depart:** San Jose International Apt    Aug 20 12:00pm
**Arrive:** Houston George Bush Intercontinental Ap    Aug 20 5:55pm
**Aircraft:** 738    **Stops:** Non-Stop

---- Connecting to ----

**Flight:** CO 682 (Continental Airlines)
**Depart:** Houston George Bush Intercontinental Ap    Aug 20 6:59pm
**Arrive:** Boston Logan International Apt    Aug 20 11:59pm
**Aircraft:** 73G    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 8hrs 59mins

**Flight:** NW 440 (Northwest Airlines)
**Depart:** San Jose International Apt    Aug 20 12:10pm
**Arrive:** Minneapolis International Apt    Aug 20 5:51pm
**Aircraft:** 320    **Stops:** Non-Stop

---- Connecting to ----

**Flight:** NW 170 (Northwest Airlines)
**Depart:** Minneapolis International Apt    Aug 20 6:50pm
**Arrive:** Boston Logan International Apt    Aug 20 10:36pm
**Aircraft:** 753    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 7hrs 26mins

**Flight:** US 425 (US Airways)
**Depart:** San Jose International Apt    Aug 20 12:25pm
**Arrive:** Phoenix Sky Harbor Intl Apt.    Aug 20 2:15pm
**Aircraft:** 733    **Stops:** Non-Stop

---- Connecting to ----

**Flight:** US 1162 (US Airways)
**Depart:** Phoenix Sky Harbor Intl Apt.    Aug 20 3:05pm
**Arrive:** Boston Logan International Apt    Aug 20 10:56pm
**Aircraft:** 320    **Stops:** Non-Stop
Click Here for Details    **Total Travel Time:** 7hrs 31mins

**Flight:** AA 3120 (American Airlines)
**Depart:** San Jose International Apt    Aug 20 12:55pm
**Arrive:** Los Angeles International Apt    Aug 20 2:10pm
**Aircraft:** ERD    **Stops:** Non-Stop

---- Connecting to ----

**Flight:** AA 726 (American Airlines)
**Depart:** Los Angeles International Apt    Aug 20 3:20pm

Case 5:07-cr-00282-RMW     Document 31-9     Filed 09/06/2007     Page 4 of 8

---

| | |
|---|---|
| **Arrive:** Boston Logan International Apt | Aug 20 11:45pm |
| **Aircraft:** 757 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 50mins |

---

Flight:   DL 1020 (Delta Air Lines)

| | |
|---|---|
| **Depart:** San Jose International Apt | Aug 20 1:00pm |
| **Arrive:** Salt Lake City | Aug 20 3:44pm |
| **Aircraft:** M90 | **Stops:** Non-Stop |

---- Connecting to ----

**Flight:**   DL 832 (Delta Air Lines)

| | |
|---|---|
| **Depart:** Salt Lake City | Aug 20 4:55pm |
| **Arrive:** Boston Logan International Apt | Aug 20 11:19pm |
| **Aircraft:** 757 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 19mins |

---

Flight:   UA 110 (United Airlines)

| | |
|---|---|
| **Depart:** San Jose International Apt | Aug 20 1:05pm |
| **Arrive:** Chicago O'Hare International Apt | Aug 20 7:17pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |

---- Connecting to ----

**Flight:**   UA 828 (United Airlines)

| | |
|---|---|
| **Depart:** Chicago O'Hare International Apt | Aug 20 8:50pm |
| **Arrive:** Boston Logan International Apt | Aug 21 12:04am |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 59mins |

---

Flight:   US 7012 (US Airways)

| | |
|---|---|
| **Depart:** San Jose International Apt | Aug 20 1:05pm |
| **Arrive:** Chicago O'Hare International Apt | Aug 20 7:17pm |
| **Aircraft:** 319 | **Stops:** Non-Stop |

---- Connecting to ----

**Flight:**   UA 828 (United Airlines)

| | |
|---|---|
| **Depart:** Chicago O'Hare International Apt | Aug 20 8:50pm |
| **Arrive:** Boston Logan International Apt | Aug 21 12:04am |
| **Aircraft:** 752 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 59mins |

---

Flight:   B6 170 (Jetblue Airways Corporation)

| | |
|---|---|
| **Depart:** San Jose International Apt | Aug 20 1:15pm |
| **Arrive:** New York J F Kennedy International Apt | Aug 20 9:55pm |
| **Aircraft:** 320 | **Stops:** Non-Stop |

---- Connecting to ----

**Flight:**   B6 1028 (Jetblue Airways Corporation)

| | |
|---|---|
| **Depart:** New York J F Kennedy International Apt | Aug 20 10:50pm |
| **Arrive:** Boston Logan International Apt | Aug 21 12:06am |
| **Aircraft:** 320 | **Stops:** Non-Stop |
| Click Here for Details | **Total Travel Time:** 7hrs 51mins |

---

**Flight:** UA 100 (United Airlines)
**Depart:** San Jose International Apt               Aug 20  1:35pm
**Arrive:** Denver Intl Apt                          Aug 20  5:03pm
**Aircraft:** 752                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** UA 230 (United Airlines)
**Depart:** Denver Intl Apt                          Aug 20  6:45pm
**Arrive:** Boston Logan International Apt            Aug 21  12:29am
**Aircraft:** 752                                  **Stops:** Non-Stop
Click Here for Details                          **Total Travel Time:** 7hrs 54mins

**Flight:** US 6056 (US Airways)
**Depart:** San Jose International Apt               Aug 20  1:35pm
**Arrive:** Denver Intl Apt                          Aug 20  5:03pm
**Aircraft:** 752                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** UA 230 (United Airlines)
**Depart:** Denver Intl Apt                          Aug 20  6:45pm
**Arrive:** Boston Logan International Apt            Aug 21  12:29am
**Aircraft:** 752                                  **Stops:** Non-Stop
Click Here for Details                          **Total Travel Time:** 7hrs 54mins

**Flight:** US 514 (US Airways)
**Depart:** San Jose International Apt               Aug 20  1:54pm
**Arrive:** Las Vegas McCarran International Apt      Aug 20  3:18pm
**Aircraft:** 733                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** US 64 (US Airways)
**Depart:** Las Vegas McCarran International Apt      Aug 20  4:49pm
**Arrive:** Boston Logan International Apt            Aug 21  1:03am
**Aircraft:** 320                                  **Stops:** Non-Stop
Click Here for Details                          **Total Travel Time:** 8hrs 9mins

**Flight:** US 284 (US Airways)
**Depart:** San Jose International Apt               Aug 20  6:25pm
**Arrive:** Phoenix Sky Harbor Intl Apt.             Aug 20  8:16pm
**Aircraft:** 319                                  **Stops:** Non-Stop
---- Connecting to ----
**Flight:** US 222 (US Airways)
**Depart:** Phoenix Sky Harbor Intl Apt.             Aug 20  9:45pm
**Arrive:** Boston Logan International Apt            Aug 21  5:44am
**Aircraft:** 320                                  **Stops:** Non-Stop
Click Here for Details                          **Total Travel Time:** 8hrs 19mins

**Flight:** AS 477 (Alaska Airlines)
**Depart:** San Jose International Apt               Aug 20  7:42pm
**Arrive:** Seattle/Tacoma International Apt          Aug 20  9:41pm
**Aircraft:** M80                                  **Stops:** Non-Stop
---- Connecting to ----

**Flight:** AS 24 (Alaska Airlines)
**Depart:** Seattle/Tacoma International Apt      Aug 20 10:40pm
**Arrive:** Boston Logan International Apt      Aug 21 6:48am
**Aircraft:** 739      **Stops:** Non-Stop
Click Here for Details      **Total Travel Time:** 8hrs 6mins

---

**Flight:** AA 7173 (American Airlines)
**Depart:** San Jose International Apt      Aug 20 7:42pm
**Arrive:** Seattle/Tacoma International Apt      Aug 20 9:41pm
**Aircraft:** M80      **Stops:** Non-Stop
---- Connecting to ----
**Flight:** AS 24 (Alaska Airlines)
**Depart:** Seattle/Tacoma International Apt      Aug 20 10:40pm
**Arrive:** Boston Logan International Apt      Aug 21 6:48am
**Aircraft:** 739      **Stops:** Non-Stop
Click Here for Details      **Total Travel Time:** 8hrs 6mins

---

**Flight:** AA 3115 (American Airlines)
**Depart:** San Jose International Apt      Aug 20 8:00pm
**Arrive:** Los Angeles International Apt      Aug 20 9:15pm
**Aircraft:** ERD      **Stops:** Non-Stop
---- Connecting to ----
**Flight:** AA 192 (American Airlines)
**Depart:** Los Angeles International Apt      Aug 20 10:30pm
**Arrive:** Boston Logan International Apt      Aug 21 6:55am
**Aircraft:** 757      **Stops:** Non-Stop
Click Here for Details      **Total Travel Time:** 7hrs 55mins

---

**Flight:** DL 7782 (Delta Air Lines)
**Depart:** San Jose International Apt      Aug 20 8:05pm
**Arrive:** Los Angeles International Apt      Aug 20 9:20pm
**Aircraft:** ERJ      **Stops:** Non-Stop
---- Connecting to ----
**Flight:** DL 1699 (Delta Air Lines)
**Depart:** Los Angeles International Apt      Aug 20 9:55pm
**Arrive:** Boston Logan International Apt      Aug 21 6:25am
**Aircraft:** 738      **Stops:** Non-Stop
Click Here for Details      **Total Travel Time:** 7hrs 20mins

---

**Flight:** UA 5417 (United Airlines)
**Depart:** San Jose International Apt      Aug 20 8:32pm
**Arrive:** Los Angeles International Apt      Aug 20 10:19pm
**Aircraft:** EM2      **Stops:** Non-Stop
---- Connecting to ----
**Flight:** UA 166 (United Airlines)
**Depart:** Los Angeles International Apt      Aug 20 11:10pm
**Arrive:** Boston Logan International Apt      Aug 21 7:43am
**Aircraft:** 319      **Stops:** Non-Stop
Click Here for Details      **Total Travel Time:** 8hrs 11mins

Flight:   CO 703 (Continental Airlines)
**Depart:** San Jose International Apt                    Aug 20  9:15pm
**Arrive:**  Newark Liberty International Apt              Aug 21  5:37am
**Aircraft:** 738                                         **Stops:** Non-Stop
---- Connecting to ----
**Flight:**  CO 1116 (Continental Airlines)
**Depart:** Newark Liberty International Apt              Aug 21  6:30am
**Arrive:**  Boston Logan International Apt                Aug 21  7:41am
**Aircraft:** 733                                         **Stops:** Non-Stop
Click Here for Details                                    **Total Travel Time:** 7hrs 26mins

Flight:   DL 1156 (Delta Air Lines)
**Depart:** San Jose International Apt                    Aug 20  10:00pm
**Arrive:**  Atlanta Hartsfield-Jackson Intl Apt          Aug 21  5:35am
**Aircraft:** 738                                         **Stops:** Non-Stop
---- Connecting to ----
**Flight:**  DL 662 (Delta Air Lines)
**Depart:** Atlanta Hartsfield-Jackson Intl Apt          Aug 21  7:00am
**Arrive:**  Boston Logan International Apt                Aug 21  9:35am
**Aircraft:** 738                                         **Stops:** Non-Stop
Click Here for Details                                    **Total Travel Time:** 8hrs 35mins

Flight:   B6 174 (Jetblue Airways Corporation)
**Depart:** San Jose International Apt                    Aug 20  10:40pm
**Arrive:**  New York J F Kennedy International Apt       Aug 21  7:05am
**Aircraft:** 320                                         **Stops:** Non-Stop
---- Connecting to ----
**Flight:**  B6 1002 (Jetblue Airways Corporation)
**Depart:** New York J F Kennedy International Apt       Aug 21  7:45am
**Arrive:**  Boston Logan International Apt                Aug 21  9:00am
**Aircraft:** 320                                         **Stops:** Non-Stop
Click Here for Details                                    **Total Travel Time:** 7hrs 20mins

New Selection                    Direct                    Return Flights

Schedules Updated Every Day
Schedule Display Services provided by **OAG** Flight Engine
Schedule data Copyright © 2007 OAG Worldwide Limited. All rights reserved.
These Timetables schedules are provided as a convenience only
and are subject to change at any time.
OAG Worldwide Inc., its suppliers and the airport shall not assume any
liability or any loss, damage, or expense from errors or omissions in the Timetables.

Logan Airport | Airports | Bridges | Ports | About | Doing Business | Tourism | Planning for the Future
Search | Site Map | Contact Us | Home

© 1999 Massport     Legal Information



Quick Jump



Logan Airport

# Flights Found

**San Jose, CA, USA - All Airports to Boston**
**Departing 20 August 2007 from 12:45pm onwards.**

**Direct Flights**

Indicates a flight operated by a different airline or subsidiary or division of the airline whose code is shown.

| | | |
|---|---|---|
| Flight: | AA 818 (American Airlines) | |
| **Depart:** | San Jose International Apt | Aug 20  12:45pm |
| **Arrive:** | Boston Logan International Apt | Aug 20  11:05pm |
| **Aircraft:** | M83 | **Stops:** 01 |
| Click Here for Details | | **Travel Time:** 7hrs 20mins |

| | | |
|---|---|---|
| Flight: | B6 470 (Jetblue Airways Corporation) | |
| **Depart:** | San Jose International Apt | Aug 20  9:00pm |
| **Arrive:** | Boston Logan International Apt | Aug 21  5:31am |
| **Aircraft:** | 320 | **Stops:** Non-Stop |
| Click Here for Details | | **Travel Time:** 5hrs 31mins |

New Selection          Connecting Flights          Return Flights

Schedules Updated Every Day
Schedule Display Services provided by **OAG** Flight Engine
Schedule data Copyright © 2007 OAG Worldwide Limited. All rights reserved.
These Timetables schedules are provided as a convenience only
and are subject to change at any time.
OAG Worldwide Inc., its suppliers and the airport shall not assume any
liability or any loss, damage, or expense from errors or omissions in the Timetables.

Logan Airport | Airports | Bridges | Ports | About | Doing Business | Tourism | Planning for the Future
Search | Site Map | Contact Us | Home

© 1999 Massport    Legal Information