SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

MATTHEW A. LAMBERTI (DCBN 460339)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL A. DALY,<br><br>    Defendant. | No. CR 07-00282 RMW<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO WITHDRAW MOTION WITHOUT PREJUDICE, CONTINUING CASE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br><br>SAN JOSE VENUE |

    This matter was set on Monday, September 17, 2007 for a hearing on defendant Michael A. Daly's motion for change of venue. Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Michael A. Daly, by and through his counsel Douglas I Louison, hereby AGREE AND STIPULATE that the defendant be permitted to withdraw his motion without prejudice and that the defendant reserves the right to refile this motion, if necessary, at an appropriate time. The parties also AGREE AND STIPULATE that this matter be continued from September 17, 2007 at 9:00 a.m. to November 5, 2007 at 9:00 a.m. for a status hearing.

    The parties also AGREE AND STIPULATE that the period of time from September 17, 2007 through and including November 5, 2007, shall be excluded from the period of time within

which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

DATED: 9/12/07                      SCOTT N. SCHOOLS
                                    United States Attorney

                                    /s/
                                    _____
                                    MATTHEW A. LAMBERTI
                                    Assistant United States Attorney

                                    /s/
DATED: 9/13/07                      _____
                                    DAVID E. CONDON
                                    Counsel for the Defendant

## [PROPOSED] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

IT IS HEREBY ORDERED THAT the defendant be permitted to withdraw his motion for change of venue without prejudice

IT IS FURTHER ORDERED that this matter be continued from September 17, 2007 at 9:00 a.m. to November 5, 2007 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from September 17, 2007 through and including November 5, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

DATED:                              _____
                                    HON. RONALD M. WHYTE
                                    United States District Judge

2

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
San Jose, California  95113

4
DOUGLAS I. LOUISON
5  DAVID E. CONDON
Merrick, Louison & Costello LLP
6  67 Batterymarch Street
Boston, MA  02110

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28