1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH, (CABN 163973)
   Chief, Criminal Division
4  MATTHEW A. LAMBERTI (DCBN 460339)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5066

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION       *E-FILED - 9/19/07*

12 UNITED STATES OF AMERICA,        )     No. CR 07-00282 RMW
                                    )
13         Plaintiff,                )
                                    )     STIPULATION AND []
14     v.                            )     ORDER PERMITTING DEFENDANT TO
                                    )     WITHDRAW MOTION WITHOUT
15 MICHAEL A. DALY,                  )     PREJUDICE, CONTINUING CASE, AND
                                    )     EXCLUDING TIME UNDER THE
16         Defendant.                )     SPEEDY TRIAL ACT, 18 U.S.C. § 3161
                                    )
17                                   )
                                    )
18 _____ )     SAN JOSE VENUE

19         This matter was set on Monday, September 17, 2007 for a hearing on defendant Michael

20 A. Daly's motion for change of venue. Plaintiff United States of America, by and through

21 Assistant United States Attorney Matthew A. Lamberti, and defendant Michael A. Daly, by and

22 through his counsel Douglas I Louison, hereby AGREE AND STIPULATE that the defendant be

23 permitted to withdraw his motion without prejudice and that the defendant reserves the right to

24 refile this motion, if necessary, at an appropriate time. The parties also AGREE AND

25 STIPULATE that this matter be continued from September 17, 2007 at 9:00 a.m. to November 5,

26 2007 at 9:00 a.m. for a status hearing.

27         The parties also AGREE AND STIPULATE that the period of time from September 17,

28 2007 through and including November 5, 2007, shall be excluded from the period of time within

which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

DATED: 9/12/07    SCOTT N. SCHOOLS
United States Attorney

/s/
_____
MATTHEW A. LAMBERTI
Assistant United States Attorney

/s/
DATED: 9/13/07    _____
DAVID E. CONDON
Counsel for the Defendant

[] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

IT IS HEREBY ORDERED THAT the defendant be permitted to withdraw his motion for change of venue without prejudice

IT IS FURTHER ORDERED that this matter be continued from September 17, 2007 at 9:00 a.m. to November 5, 2007 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from September 17, 2007 through and including November 5, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

DATED: 9/19/07    *Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge

2

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
San Jose, California  95113

4
DOUGLAS I. LOUISON
5  DAVID E. CONDON
Merrick, Louison & Costello LLP
6  67 Batterymarch Street
Boston, MA  02110

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28