Douglas I. Louison (*Pro hac vice*) (BBO # 545191)
Bradford N. Louison (*Pro hac vice*) (BBO # 305755)
David E. Condon (*Pro hac vice*) (BBO # 642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
E-mail:  dlouison@merricklc.com
Representing Michael A. Daly, Defendant

Local Counsel:
Benjamin W. Williams, Esq. (SBN # 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street
Suite 1100
San Jose, CA  95113-2286
Tel:  (408) 287-6193

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) ) ) **Plaintiff,** ) ) v. ) ) **MICHAEL A. DALY,** ) ) **Defendant.** ) ) | **CASE NO: 07-00282-RMW** <br> Hearing date: December 3, 2007 |

**DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT

COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Now comes the Defendant, Michael A. Daly ("Daly"), and moves this Honorable Court to reschedule the Status Conference scheduled for November 5, 2007.

As reasons therefore, Daly respectfully submits the following:

1) Defendant's counsel are on unavailable on November 5, 2007;

2) Defendant has been in lengthy communications with the Assistant United States Attorney;

3) At this time, there is nothing new to report to the court;

4) The Assistant United States Attorney agrees and stipulates to the rescheduling of same and to the new date of December 3, 2007;

5) The parties agree and stipulate that the period of time from September 17, 2007 through and including December 3, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the parties need additional time for effective preparation and investigation, including attempting to resolve the case.

Wherefore, the Defendant, Michael Daly requests that the status conference be rescheduled to December 3, 2007. The defendant further request the parties be allowed to participate telephonically on December 3, 2007.

> The Defendant, MICHAEL A. DALY,
> By his Attorney,
>
> /s/ Douglas I. Louison
> Douglas I. Louison (*Pro hac vice*)
> Merrick, Louison & Costello, LLP
> 67 Batterymarch Street
> Boston, MA 02110
> (617) 439-0305

Dated: October 26, 2007

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that, on the 26th day of October, 2007, I served the foregoing Motion by electronic filing and by causing a copy to be mailed, postage prepaid, directed to:

**Matthew A. Lamberti**, Assistant United States Attorney
U.S. Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, CA 95113-2009
fax: (408) 535-5066

/s/ Douglas I. Louison
Douglas I. Louison