Douglas I. Louison (*Pro hac vice*) (BBO # 545191)
Bradford N. Louison (*Pro hac vice*) (BBO # 305755)
David E. Condon (*Pro hac vice*) (BBO # 642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
E-mail:  dlouison@merricklc.com
Representing Michael A. Daly, Defendant

Local Counsel:
Benjamin W. Williams, Esq. (SBN # 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street
Suite 1100
San Jose, CA  95113-2286
Tel:  (408) 287-6193

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

***E-FILED - 11/8/07***

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>                                                          )<br>            **Plaintiff,**                           )<br>                                                          )<br>            **v.**                                        )<br>                                                          )<br>**MICHAEL A. DALY,**                        )<br>                                                          )<br>            **Defendant.**                         )<br>                                                          ) | **CASE NO: 07-00282-RMW** |

**() ORDER**

On this date came on to be considered Defendant's Motion to Reschedule Status

Conference.  After consideration of the motion, the Court finds that the motion is

Defendant's  Order – CR 07-00282-RMW                                                                                               1

meritorious.  Accordingly, it is hereby ORDERED that the motion is GRANTED.  It is further ORDERED that, for the reasons set out in Defendant's Motion, the status conference is rescheduled to December 3, 2007, and the parties may participate telephonically.

   IT IS FURTHER ORDERED that the period of time from September 17, 2007 through  and including December 3, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

        Signed and entered on this the __8__ day of _Nov._ 2007.

              *Ronald M. Whyte*
              United States District Judge