```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  MATTHEW A. PARRELLA (NYSBN 2040855)
    Assistant United States Attorney
 5
         150 Almaden Blvd., Suite 900
 6       San Jose, California 95113
         Telephone: (408) 535-5042
 7       FAX: (408)535-5066
         matthew.parrella@usdoj.gov
 8  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-07-00282 RMW |
|---|---|
| Plaintiff, | ) |
| | ) [PROPOSED] **ORDER CONTINUING** |
| | ) **STATUS DATE** |
| v. | ) |
| | ) |
| MICHAEL A. DALY, | ) |
| | ) |
| Defendant. | ) |

1. On December 3, 2007, a status hearing on this matter was held before the Honorable Ronald M. Whyte, United States District Judge.

2. Counsel for the government appeared in court; counsel for the defendant appeared telephonically as per this court's previous order.

3. At that time, defendant's counsel represented that he was still reviewing the discovery materials sent to him by the government, and that he might have specific requests regarding the discovery after he completes that review

4. Counsel for the defendant has spoken with the defendant and the defendant has no objection to the continuance sought herein.

[Proposed] Order CR-07-00282 RMW

5. The defendant is not in custody.

6. This continuance was sought to save the court's time and resources and to allow time for the defendant and the government to evaluate and analyze discovery information which will have a bearing on future negotiations.

7. Additionally, denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

8. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

///
///
///

[Proposed] Order CR-07-00282 RMW

1  Based upon the foregoing representations made by the parties by in court, and good cause
2  appearing therefor,
3  **IT IS HEREBY ORDERED** that the matter shall be set for status on January 28, 2008,
4  at 9:00 a.m., or a date and time thereafter at the convenience of the Court.
5  **IT IS FURTHER ORDERED** that the time between December 3, 2007 and January 28,
6  2008 shall be excluded from the computation the period within which the trial must commence,
7  for the reasons and based upon the statutory provisions set forth above, and for those reasons
8  proffered by the parties. The Court finds that the ends of justice outweigh the interests of the
9  public and the parties in a speedier trial based upon the grounds set forth above.
10 **IT IS FURTHER ORDERED** that counsel for the defendant and the defendant himself
11 may appear telephonically on January 28, 2008.
12 DATED:

_____
RONALD M. WHYTE
United States District Judge

Distribute to:
DOUGLAS I. LOUISON
Attorney for Defendant
Merrick, Louison, & Costello
67 Batterymarch Street
Boston, MA 02110

MATTHEW A. PARRELLA
Assistant United States Attorney
Attorney for Plaintiff
150 Almaden Blvd., Suite 900
San Jose, CA 95113

[Proposed] Order CR-07-00282 RMW