1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  MATTHEW A. PARRELLA (NYSBN 2040855)
   Assistant United States Attorney
5
6    150 Almaden Boulevard
     San Jose, California 95133
     Telephone: (408) 535-5042
7    FAX: (408) 535-5066
8
   Attorneys for Plaintiff
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                        SAN JOSE DIVISION
13 UNITED STATES OF AMERICA,        )    No. CR 07-00282 RMW
                                    )
14         Plaintiff,                )
                                    )
15      v.                           )    SUBSTITUTION OF ATTORNEY
                                    )
16 MICHAEL A. DALY,                 )
                                    )
17         Defendant.                )
                                    )
18 _____)

19     Please take notice that as of December 6, 2007, the Assistant U.S. Attorney whose name,
20 address, telephone number and e-mail address are listed below was assigned to be counsel for the
   Government.        Assistant U.S. Attorney Matthew A. Parrella
21                     150 Almaden Boulevard, Suite 900
                       San Jose, California 95113
22                     Telephone: (408) 535-5042
                       e-mail: Matthew.Parrella@usdoj.gov
23

24 DATED: December 6, 2007            Respectfully submitted,
25                                    SCOTT N. SCHOOLS
                                      United States Attorney
26
                                      /s/ Matthew A. Parrella
27                                    _____
                                      MATTHEW A. PARRELLA
                                      Assistant United States Attorney
28

Substitution of Attorney