***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** December 3, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL DALY
    **APPEARANCES:**                    (N/A)

**PLTF:** AUSA: M. Parrella          **DEFT:** D. Louison via Telephone

**COURT ACTION: STATUS HEARING**

Hearing Held. The government moved to substitute counsel. AUSA- Matt Parrella hereby replaces AUSA- Matt Lamberti. The defense advised the Court that they need time to review discovery. The Court continued this matter to 1/28/08 @ 9:00 am for a Status Hearing. Defense counsel may appear via telephone. The Court excluded time based on effective preparation. Time is excluded to 1/28/08. Government to prepare exclusion order.

                                      */s/ Jackie Garcia*
                                        **JACKIE GARCIA**
                                        **Courtroom Deputy**