JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

RICHARD CHENG (CABN 135992)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5032
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-00282 RMW |
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| MICHAEL A. DALY, | ) | |
| Defendant. | ) | |

Please take notice that as of January 24, 2008, the Assistant United States Attorney whose

name, address, telephone number and e-mail address are listed below was assigned to be counsel

for the government.

Assistant U.S. Attorney Richard Cheng
150 Almaden Blvd, Suite 900
San Jose, California 95113
Telephone: (408)535-5032
e-mail: Richard.Cheng@usdoj.gov

DATED: January 24, 2007                     Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
                    /s/
RICHARD CHENG
Assistant United States Attorney