***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** January 28, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- MICHAEL DALY
     **APPEARANCES:**                          (N/A)

**PLTF:** AUSA: J. Fazioli (S.A.)      **DEFT:** D. Louison via Phone

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised the Court that the government has not provided a proposed plea agreement or the outstanding discovery. AUSA - Fazioli who made a special appearance for AUSA - Cheng to look into this matter. The Court continued this matter to 2/4/08 @ 9:00 am for a Status Hearing. The Court excluded time based for effective preparation. Time is excluded to 2/4/08. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**