*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** February 4, 2008         **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL DALY    (N/A)
          APPEARANCES:

**PLTF:** AUSA: R. Cheng          **DEFT:** D. Louison via Phone

**COURT ACTION: STATUS HEARING**

Hearing Held.  The parties need additional time to evaluate the discovery information.  The Court continued this matter to 3/31/08 @ 9:00 am for a Status Hearing.  The Court excluded time based on effective preparation.  Time is excluded to 3/31/08.  Government to prepare exclusion order.  Defense is granted permission to appear by phone at the next hearing.

                                        /s/ Jackie Garcia
                                        **JACKIE GARCIA**
                                        **Courtroom Deputy**