```
 1  JOSEPH N. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  RICHARD C. CHENG (CASBN 135992)
    Assistant United States Attorney
 5
        150 Almaden Boulevard
 6      San Jose, California 95113
        Telephone: (408) 535-7136
 7      Facsimile: (408) 535-5066
        Email: richard.cheng@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00282-RMW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 28, 2008 TO MARCH 31, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MICHAEL A. DALY, | |
| Defendant. | |

On January 28, 2008, the parties appeared for a hearing before this Court. At that hearing, defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense counsel's need to effectively prepare by reviewing the large amount of materials submitted by the government. At that time, the Court set the matter for a hearing on February 4, 2008.

Thereafter on February 4, 2008, the parties again appeared for a hearing before this Court. At that hearing, defense counsel again requested an exclusion of time under the Speedy Trial Act based upon defense counsel's need to communicate to the Government, items of discovery the defense believes is still outstanding, and to complete discussions regarding loss amounts for the

1  purposes of plea negotiations.
2      The parties stipulate that the time between January 28, 2008 and March 31, 2008 is
3  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the
4  requested continuance would unreasonably deny defense counsel reasonable time necessary for
5  effective preparation, taking into account the exercise of due diligence. Finally, the parties agree
6  that the ends of justice served by granting the requested continuance outweigh the best interest of
7  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
8  U.S.C. §3161(1)(8)(A).
9
10  DATED: February 4, 2008    JOSEPH N. RUSSONIELLO
    United States Attorney

    RICHARD C. CHENG
    Assistant United States Attorney


    DOUGLAS I. LOUISON, ESQ.
    Attorney for Defendant
    Merrick, Louison & Costello

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 28, 2008 and March 31, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C §3161(h)(8)(A).

IT IS SO ORDERED

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Distribute to:
DOUGLAS I. LOUISON
Attorney for Defendant
Merrick, Louison & Costello
67 Batterymarch Street
Boston, Massachusetts 02110

RICHARD C. CHENG
Assistant United States Attorney
Attorney for Plaintiff
150 Almaden Boulevard, suite 900
San Jose, California 95113

3