1  JOSEPH N. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  RICHARD C. CHENG (CASBN 195992)
   Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone. (408) 535-7136
7     Facsimile. (408) 535-5066
      Email: richard.cheng@usdoj.gov
8
   Attorneys for the United States of America        *E-FILED - 2/14/08*
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No.    CR 07-00282-RMW
                                     )
15        Plaintiff,                 )   STIPULATION AND [xxxxxxxxxxxx]
                                     )   ORDER EXCLUDING TIME FROM
16     v.                            )   JANUARY 28, 2008 TO MARCH 31 2008
                                     )   FROM THE SPEEDY TRIAL ACT
17  MICHAEL A. DALY,                 )   CALCULATION (18 U.S.C. §
                                     )   3161(h)(8)(A))
18        Defendant.                 )
                                     )
19  _____ )

20        On January 28, 2008, the parties appeared for a hearing before this Court. At that

21  hearing, defense counsel requested an exclusion of time under the Speedy Trial Act based upon

22  defense counsel's need to effectively prepare by reviewing the large amount of materials

23  submitted by the government. At that time, the Court set the matter for a hearing on February 4,

24  2008.

25        Thereafter on February 4, 2008, the parties again appeared for a hearing before this Court.

26  At that hearing, defense counsel again requested an exclusion of time under the Speedy Trial Act

27  based upon defense counsel's need to communicate to the Government, items of discovery the

28  defense believes is still outstanding, and to complete discussions regarding loss amounts for the

1  purposes of plea negotiations.

2      The parties stipulate that the time between January 28, 2008 and March 31, 2008 is

3  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

4  requested continuance would unreasonably deny defense counsel reasonable time necessary for

5  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

6  that the ends of justice served by granting the requested continuance outweigh the best interest of

7  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

8  U.S.C. §3161(h)(8)(A).

9

10  DATED: February 4, 2008            JOSEPH N. RUSSONIELLO
                          United States Attorney

11

12

13                            RICHARD C. CHENG
                          Assistant United States Attorney

14

15

16                            DOUGLAS I. LOUISON, ESQ.
                          Attorney for Defendant
                          Merrick, Louison & Costello

17

18

19

20

21

22

23

24

25

26

27

28

xxxxxxxxxxxxx ORDER

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between January 28, 2008 and March 31, 2008 is excluded under the

   Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested

5  continuance would unreasonably deny defense counsel reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that

7  the ends of justice served by granting the requested continuance outweigh the best interest of the

8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The

9  court therefore concludes that this exclusion of time should be made under 18 U.S.C

10  §3161(h)(8)(A).

11

12  IT IS SO ORDERED

13  DATED:  2/14/08                            *Ronald M. Whyte*

14                                             RONALD M. WHYTE
                                               UNITED STATES DISTRICT JUDGE
15

16
    Distribute to:
17  DOUGLAS I. LOUISON
    Attorney for Defendant
18  Merrick, Louison & Costello
    67 Batterymarch Street
19  Boston, Massachusetts 02110

20  RICHARD C. CHENG
    Assistant United States Attorney
21  Attorney for Plaintiff
    150 Almaden Boulevard, suite 900
22  San Jose, California 95113

23

24

25

26

27

28

                                3