***E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Margo Gurule

**DATE:** March 31, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL DALY
    **APPEARANCES:**    (N/A)

**PLTF:** AUSA: J. Schenk for P. Cheng    **DEFT:** D. Louison & D. Condon via Phone

**COURT ACTION:** STATUS HEARING

Hearing Held. The defense is reviewing discovery to see if there is any outstanding discovery is needed. The Court continued this matter to 5/5/08 @ 9:00 AM for a Status Hearing. Defense counsel may appear by phone. The Court excluded time for effective preparation. Time is excluded to 5/5/08. Government to prepare exclusion order.

*/s/ Jackie Garcia*
**JACKIE GARCIA**
**Courtroom Deputy**