***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** May 5, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL DALY    (P)
    **APPEARANCES:**                                  (Via Phone)

**PLTF:** AUSA: R. Cheng    **DEFT:** D. Louison Via Phone

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel is undertaking getting substantial material and is continuing to investigate the case. The Court continued this matter to 6/16/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 6/16/08. Government to prepare exclusion order. Defense counsel may appear via phone at the next hearing.**

/s/ Jackie Garcia
**JACKIE GARCIA**
**Courtroom Deputy**