1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10   U.S.A.,

11                Plaintiff,

12          v.

13   MICHAEL DALY,

14                Defendant.

*E-FILED - 6/5/08*

CASE NO.: CR-07-00282-RMW

**CLERK'S NOTICE OF CONTINUANCE OF STATUS HEARING**

15
16
17        PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was

18   previously set for June 16, 2008, has been continued to **June 30, 2008 @ 9:00 a.m.**, before the

19   Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S.

20   Courthouse, 280 South First Street, San Jose, California.

21
22   DATED:  June 5, 2008

23                                              _____
                                                    JACKIE GARCIA
24                                                Courtroom Deputy for
                                              Honorable Ronald M. Whyte
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Copy of Order E-Filed to Counsel of Record: