***E-FILED *__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008             **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL DALY (N/A)
       **APPEARANCES:**

**PLTF:** AUSA: R. Cheng              **DEFT:** D. Condon via phone


**COURT ACTION:** STATUS HEARING

Hearing Held. Defense counsel is reviewing discovery. The Court continued this matter to 9/8/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/8/08. Government to prepare exclusion order. Defense may continue to appear by phone at the next hearing.


                                    */s/ Jackie Garcia*
                                       JACKIE GARCIA
                                    **Courtroom Deputy**