***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** September 8, 2008                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00282-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL DALY        (N/A)
     **APPEARANCES:**

**PLTF:** AUSA: R. Cheng                **DEFT:** D. Louison & D. Condon via Phone

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense needs to obtain additional discovery (Cisco material). The parties are to discuss any outstanding discovery issues. The Court continued this matter to 10/20/08 @ 9:00 AM for a Status Hearing (by phone). The Court excluded time based on effective preparation. Time is excluded to 10/20/08. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
    **JACKIE GARCIA**
   **Courtroom Deputy**