Liam D. Scully (*Pro hac vici*) (BBO#639234)
Pavlos Vitali & Scully
142 Main Street, Suite 406
Brockton, MA 02301
(508) 894-0050

Douglas Louison (*Pro hac vici*) (BBO#545191)
Bradford N. Louison (Pro hac vici) (BBO#305755)
David E. Condon (Pro hac vici) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Local counsel:
Benjamin W. Williams, Esq. (SBN#230861)
John Williams, Esq. (SBN# 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286

*E-FILED - 2/2/10*

United States District Court
Northern District of California

| | |
|---|---|
| United States of America, ) | |
| Plaintiff ) | |
| ) | Criminal No. 07-00282-RMW |
| v. ) | |
| ) | |
| Michael A. Daly, ) | |
| Defendant ) | |

**Stipulation To Continue Sentencing**

It is hereby stipulated and agreed by undersigned counsel for the parties that the sentencing currently scheduled for February 8, 2010, be continued to April 26, 2010 at 10:00AM.

The parties agree that this continuance is necessary in order to develop sentencing recommendations for this Court's consideration.

Dated February 2, 2010.     /s/Liam Scully
                            Liam D. Scully

                                       Counsel for the Defendant,
                                       Michael Daly

Dated February 2, 2010       /s/ Richard Cheng
                                       Richard Cheng
                                       Assistant United States Attorney

SO ORDERED

Dated __2__ February, 2010       */s/ Ronald M. Whyte*
                                       _____
                                       Ronald M. Whyte
                                       United States District Court Judge