Liam D. Scully (*Pro hac vice*) (BBO#639234)
Pavlos Vitali & Scully
142 Main Street, Suite 406
Brockton, MA 02301
(508) 894-0050

Douglas Louison (*Pro hac vice*) (BBO#545191)
Bradford N. Louison (*Pro hac vice*) (BBO#305755)
David E. Condon (*Pro hac vice*) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305                                                                  *E-FILED - 5/20/10*

Local Counsel:
Benjamin W. Williams, Esq. (SBN# 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
(408) 287-6193

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____
UNITED STATES, Plaintiff            )
                                    )
v.                                  )          Criminal No. 07-00282-RMW
                                    )
MICHAEL A. DALY, Defendant          )
_____)


**Stipulation and Order Of Bond Exoneration**

Now come the parties in this case and stipulate that the five hundred thousand dollar ($500,000.00) real estate bond posted in this case should be exonerated forthwith and request that this Honorable Court order such exoneration as proposed herein.

As reasons therefore, counsel submits the following:

1. Counsel for the defendant has consulted with AUSA Richard Cheng, who assents to this Stipulation.

2. The defendant in this case has reached a restitution agreement with the aggrieved entity (Cisco) and the parties agree that the exoneration of the real estate bond is necessary in order for the defendant to make restitution as agreed.

3. All other terms and conditions of release, including the five hundred thousand dollar ($500,000.00) cash bond posted by the defendant shall remain in effect.

Wherefore, the parties request that this Court exonerate the real estate bond in this case.

Respectfully Submitted,
By the Defendant's Attorney,

/s/ Liam Scully
Liam D. Scully (*Pro hac vice*)
Pavlos Vitali & Scully
142 Main Street, #406
Brockton, MA 02301
(508) 894-0050

Dated: May 6, 2010

Assented To:

/s/ Richard Cheng, Esq.
Richard Cheng
United States Attorney's Office

## Order fo the Court

Based on the above stipulation of the parties the Court hereby Orders that the Real Estate Bond posted in this case be exonerated forthwith.

So Ordered,

_____    5/20/10
Hon. Ronald M. Whyte        Dated

I hereby certify that a copy of the above motion was served on this date to Assistant U.S. Attorney Richard Cheng, United States Attorney's Office, NDCA, 150 Almaden Blvd., Suite 900 San Jose, CA 95113.  /s/ Liam Scully, May 6, 2010.