Liam D. Scully (*Pro hac vice*) (BBO#639234)
Pavlos Vitali & Scully
142 Main Street, Suite 406
Brockton, MA 02301
(508) 894-0050

Douglas Louison (*Pro hac vice*) (BBO#545191)
Bradford N. Louison (*Pro hac vice*) (BBO#305755)
David E. Condon (*Pro hac vice*) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street                              *E-FILED - 7/14/10*
Boston, MA 02110
(617) 439-0305

Local Counsel:
Benjamin W. Williams, Esq. (SBN# 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
(408) 287-6193

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, Plaintiff ) | |
| ) | |
| v. ) | Criminal No. 07-00282-RMW |
| ) | |
| MICHAEL A. DALY, Defendant ) | |
| ) | |

**Stipulation And Order To Continue Sentencing**

Now come the parties in this case and stipulate and agree to continue sentencing from July 19, 2010, to September 13, 2010 or to a date thereafter convenient to the Court.

As reasons therefore, counsel submits the following:

1. Counsel for the defendant has consulted with AUSA Richard Cheng, who assents to this Motion.

2. Counsel for the defendant has consulted with US Probation Officer Benjamin Flores, who assents to this Motion.

3. Counsel for the defendant and the United States are actively involved in negotiating the applicability of various sentencing factors in this case and are not prepared to make final recommendations to the Court.

4. The defendant has made substantial restitution payments to the victim in this case and expects to make complete restitution payments prior to September 13, 2010, but has not completed his restitution obligations as of this date.

5. Continuing sentencing in this case is in the best interest of justice.

Wherefore, the defendant Michael A. Daly requests that this Court continue sentencing as requested herein.

Respectfully Submitted,
By the Defendant's Attorney,

/s/ Liam Scully
Liam D. Scully (*Pro hac vice*)
Pavlos Vitali & Scully
142 Main Street, #406
Brockton, MA 02301
(508) 894-0050

Assented To:

/s/ Richard Cheng, Esq.
Richard Cheng
United States Attorney's Office

Dated: July 12, 2010

**So Ordered**:
July 14, 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Court Judge