Liam D. Scully (*Pro hac vice*) (BBO#639234)
Pavlos Vitali & Scully
142 Main Street, Suite 406
Brockton, MA 02301
(508) 894-0050

Douglas Louison (*Pro hac vice*) (BBO#545191)
Bradford N. Louison (*Pro hac vice*) (BBO#305755)
David E. Condon (*Pro hac vice*) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Local Counsel:
Benjamin W. Williams, Esq. (SBN# 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
(408) 287-6193

*E-FILED - 9/9/10*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, Plaintiff ) | |
| ) | |
| v. ) | Criminal No. 07-00282-RMW |
| ) | |
| MICHAEL A. DALY, Defendant ) | |
| ) | |

**Stipulation And Order To Continue Sentencing**

    Now come the parties in this case and stipulate and agree to continue sentencing from September 13, 2010, to one of the following dates: November 2, 2010, to November 5, 2010 or November 29, 2010, to December 3, 2010, or to a date thereafter convenient to the Court.

    As reasons therefore, counsel submits the following:

    1.    Counsel for the defendant has consulted with AUSA Richard Cheng, who assents

      to this continuance.

2.     Counsel for the defendant has consulted with US Probation Officer Benjamin Flores, who assents to this continuance.

3.     The defendant and the victim in this case have agreed to restitution in the amount of $1,000,000.00 (one million dollars).

4.     The defendant has already satisfied restitution in the amount of $200,000.00 (two hundred thousand dollars) in cash payments and assigned his $500,000.00 (five hundred thousand dollars) bond posted in connection with this case.

5.     For the past six months the defendant has been trying to raise the balance of funds for restitution so that it can be paid prior to sentencing but has failed in his efforts until just recently.

6.     Family and friends have come to the defendant's aid at the eleventh hour and have made arrangements that will enable the defendant to complete restitution should the court order this continuance, but not prior to September 13, 2010.

7.     With the assistance of family and friends, the defendant has secured a commitment letter from St. Jean's Credit Union for a $250,000.00 (two hundred and fifty thousand dollars) line of credit on a family home not owned by the defendant.  Closing on this line of credit is in the works, but has not occurred.

8.     A copy of this commitment letter has been forwarded to the United States and to the victim, Cisco.

9.     An additional family member has agreed to make a personal loan to the defendant in the amount of $50,000.00 which the defendant will use to complete restitution.

10.     For the reasons set forth above, the parties agree that continuing sentencing in this case is in the best interest of justice.

    Wherefore, the defendant Michael A. Daly  requests that this Court continue sentencing as requested herein.

               Respectfully Submitted,
               By the Defendant's Attorney,

               /s/ Liam Scully
               Liam D. Scully (*Pro hac vice*)
               Pavlos Vitali & Scully

142 Main Street, #406<br>
Brockton, MA 02301<br>
(508) 894-0050

Assented To:

/s/ Richard Cheng, Esq.
Richard Cheng
United States Attorney's Office

Dated: August 30, 2010

Sentencing Hearing is hereby continued to 11/29/10 @ 9:00 AM.

**So Ordered**:
September 9, 2010        *Ronald M. Whyte*
                 Hon. Ronald M. Whyte
                 U.S. District Court Judge

## Certificate of Service

I hereby certify that a copy of the above motion was served on this date to Assistant U.S. Attorney Richard Cheng, United States Attorney's Office, NDCA, 150 Almaden Blvd., Suite 900 San Jose, CA 95113.   /s/ Liam Scully, August 30, 2010.