Liam D. Scully (*Pro hac vice*) (BBO#639234)
Pavlos Vitali & Scully
142 Main Street, Suite 406
Brockton, MA 02301
(508) 894-0050

Douglas Louison (*Pro hac vice*) (BBO#545191)
Bradford N. Louison (*Pro hac vice*) (BBO#305755)
David E. Condon (*Pro hac vice*) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Local Counsel:
Benjamin W. Williams, Esq. (SBN# 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
(408) 287-6193

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, Plaintiff ) | |
| ) | |
| v.                         ) | Criminal No. 07-00282-RMW |
| ) | |
| MICHAEL A. DALY, Defendant ) | |

### Defendant's Motion and Proposed Order To File
### His Sentencing Memorandum Under Seal

Now comes the defendant and hereby moves that he be allowed to submit his sentencing

memorandum under seal.  The defendant also submits herewith a proposed Order of the Court,

allowing same.   As reasons therefore, undersigned counsel states that the defendant's sentencing

memorandum contains references to otherwise confidential medical issues, personal

identification information and other information that should be sealed in the best interests of

justice.   Upon information and belief, there is no objection to this Motion.

**Wherefore**, the defendant Michael A. Daly requests that this Court allow him to file his

sentencing memorandum under seal.

Respectfully Submitted,
By the Defendant's Attorney,


/s/Liam Scully
Liam D. Scully (*Pro hac vice*)
Pavlos Vitali & Scully
142 Main Street, #406
Brockton, MA 02301
(508) 894-0050

Dated: November 21, 2010


Assented To:
/s/ Richard Cheng, Esq.
Richard Cheng
United States Attorney's Office


### [proposed] Order

It is hereby ordered that the defendant is allowed to file his sentencing memorandum
under seal.

_____          Dated:_____
**Ronald M. Whyte, United States District Court Judge**


### Certificate of Service

I hereby certify that a copy of the above motion was served electronically on this date to
Assistant U.S. Attorney Richard Cheng, United States Attorney's Office, NDCA, 150 Almaden
Blvd., Suite 900 San Jose, CA 95113.   /s/ Liam Scully , November 21, 2010