Liam D. Scully (*Pro hac vice*) (BBO#639234)
Pavlos Vitali & Scully
142 Main Street, Suite 406
Brockton, MA 02301
(508) 894-0050

Douglas Louison (*Pro hac vice*) (BBO#545191)
Bradford N. Louison (*Pro hac vice*) (BBO#305755)
David E. Condon (*Pro hac vice*) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

*E-FILED - 1/25/11*

Local Counsel:
Benjamin W. Williams, Esq. (SBN# 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
(408) 287-6193

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, Plaintiff ) | |
| ) | |
| v. ) | Criminal No. 07-00282-RMW |
| ) | |
| MICHAEL A. DALY, Defendant ) | |

**Defendant's Stipulation And ( xxxxxxx ) Order Assigning Rights To His Cash Bond And Directing Payment Of Proceeds Upon Exoneration**

Now comes the defendant Michael A. Daly and stipulates and agrees that all of his rights

and interests in the five hundred thousand dollar ($500,000.00) cash bond posted in this case

("Bond") are assigned to Cisco Systems, Inc. ("Cisco"), in partial satisfaction of his obligations

under the Settlement Agreement executed on or about March 6, 2010, ("Settlement Agreement") between the defendant and Cisco and the defendant further requests that upon exoneration of the Bond all proceeds are to be paid to Cisco as specified herein.

The Settlement Agreement resolved Cisco's restitution claim against the defendant and payment of the proceeds of the Bond to Cisco is necessary in order for the defendant to comply with the terms of the Settlement Agreement and make restitution as agreed.

**Wherefore**, with the concurrence of Assistant United States Attorney Richard Cheng, counsel for the United States, the defendant respectfully requests that this Court Order that upon exoneration of the Bond, the proceeds of the Bond shall be disbursed to Cisco, in care of its counsel Jeffrey Hallam, Esq., Sideman and Bancroft LLP, One Embarcadero Center, 8th Floor, San Francisco, CA 94111 (telephone (415) 392-1960).

Respectfully Submitted,
By the Defendant's Attorney,

/s/Liam Scully
Liam D. Scully (*Pro hac vice*)
Pavlos Vitali & Scully
142 Main Street, #406
Brockton, MA 02301
(508) 894-0050

Dated: November 28, 2010

Assented To:

/s/ Richard Cheng, Esq.
Richard Cheng
United States Attorney's Office

**( xxxxxxx ) Order**

It is hereby ordered that upon exoneration of the cash bond posted by the defendant in this

case as a condition of his release, the proceeds of the Bond shall be disbursed to Cisco Systems, Inc., in care of its counsel Jeffrey Hallam, Esq., Sideman and Bancroft LLP, One Embarcdero Center, 8th Floor, San Francisco, CA 94111 (telephone (415) 392-1960).

**Signed,** *Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Court Jude
Dated, ___1/25/11_____

## Certificate of Service

I hereby certify that a copy of the above motion was served electronically on this date to Assistant U.S. Attorney Richard Cheng, United States Attorney's Office, NDCA, 150 Almaden Blvd., Suite 900 San Jose, CA 9511.   /s/ Liam Scully November 28, 2010.