Liam D. Scully (*Pro hac vice*) (BBO#639234)
101 Summer Street
Fourth Floor
Boston, MA 02110
(617) 307-5056

Douglas Louison (*Pro hac vice*) (BBO#545191)
Bradford N. Louison (*Pro hac vice*) (BBO#305755)
David E. Condon (*Pro hac vice*) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

*E-FILED - 3/14/11*

Local Counsel:
Benjamin W. Williams, Esq. (SBN# 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
(408) 287-6193

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, Plaintiff ) | |
| ) | |
| v. ) | Criminal No. 07-00282-RMW |
| ) | |
| MICHAEL A. DALY, Defendant ) | |
| ) | |

**Stipulation and ]----------| Order To Extend Time for The Defendant
Michael Daly to Self Report To Serve His Sentence**

　　　Now come the parties in this case and stipulate and agree that this Court should extend the date scheduled for the defendant Michael Daly to self report to serve his sentence from March 15, 2011 to April 15, 2011.

　　　As reasons therefore, the parties submit the following:

1. Mr. Daly was supposed to receive two weeks notice as to where he would self report.

2. He did not, however, receive notice of where to self report until March 10, 2011, just five days prior to his self reporting date of March 15, 2011.

3. Mr. Day has informed his counsel that this requested extension is necessary because he has several important meetings for extended care for his daughter, Caroline Daly, set up for next week and he has informed counsel that "it is imperative that we do not leave his severely handicapped daughter at risk."

4. Assistant United States Attorney Richard Cheng concurs in this Stipulation and Proposed Order.

Wherefore, the parties request that the Court adopt the proposed order set forth below.

Respectfully Submitted,
By the Defendant's Attorney,

/s/Liam Scully
Liam D. Scully (*Pro hac vice*)
101 Summer Street
Fourth Floor
Boston, MA 02110
(617) 307-5056

Dated: March 14, 2011

|------------ **Order**

It is hereby ordered that the time for the defendant Michael A. Daly to self report to serve his sentence is extended from March 15, 2011 to April 15, 2011.

So Ordered, *Ronald M Whyte*
The Honorable, Ronald M. Whyte

Dated: March 14, 2011

## Certificate of Service

I hereby certify that a copy of the above stipulation and proposed order were served electronically on this date to Assistant U.S. Attorney Richard Cheng, United States Attorney's Office, NDCA, 150 Almaden Blvd., Suite 900 San Jose, CA 9511.   /s/ Liam Scully, March 14, 2011.