Liam D. Scully (*Pro hac vice*) (BBO#639234)
101 Summer Street
Fourth Floor
Boston, MA 02110
(617) 307-5056

Douglas Louison (*Pro hac vice*) (BBO#545191)
Bradford N. Louison (*Pro hac vice*) (BBO#305755)
David E. Condon (*Pro hac vice*) (BBO#642741)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

***E-FILED - 5/31/11***

Local Counsel:
Benjamin W. Williams, Esq. (SBN# 230861)
John Williams, Esq. (SBN # 43912)
Manchester, Williams & Seibert
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
(408) 287-6193

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, Plaintiff ) | |
| ) | |
| v.                        ) | Criminal No. 07-00282-RMW |
| ) | |
| MICHAEL A. DALY, Defendant ) | |

**Stipulation and Order To Extend Time for The Defendant
Michael Daly to Self Report To Serve His Sentence**

    Now come the parties in this case and stipulate and agree that this Court should extend the date scheduled for the defendant Michael Daly to self report to serve his sentence from May 31, 2011 to June 30, 2011.

    As reasons therefore, the parties submit the following:

1.  On January 10, 2011, this court sentenced the defendant to a period of 48 months of incarceration.  Currently, he is scheduled to self report on May 31, 2011 to serve his sentence

2.  The defendant has a severely handicapped 20 year old daughter who essentially functions like a one year old.

3.  In order for the Daly family to remain intact, without his daughter forced into some alternative living situation, the Dalys are in the process of selling their family home and moving into a new, smaller home which they have previously acquired.

4.  The closing for sale of the Daly home which was previously anticipated to happen on or about April 23, 2011 is now scheduled for June 9, 2011.

5.  I have reviewed the purchase and sale agreement verifying this closing date and forwarded same to Assistant United States Attorney Richard Cheng for his review.

6.  Assistant United States Attorney Richard Cheng concurs in this Stipulation and Proposed Order.

7.  I believe that granting this extension to self report is in the best interests of justice because it will allow Mr. Daly to set up his wife and handicapped daughter in their new home where they will live while he serves his sentence.

Wherefore, the parties request that the Court adopt the proposed order set forth below.

Respectfully Submitted,
By the Defendant's Attorney,

/s/Liam Scully
Liam D. Scully (*Pro hac vice*)
101 Summer Street
Fourth Floor
Boston, MA 02110
(617) 307-5056

Dated: May 23, 2011

[XXXXXX **Order**

It is hereby ordered that the time for the defendant Michael A. Daly to self report to serve his sentence is extended from May 31, 2011 to June 30, 2011.

So Ordered, 
The Honorable, Ronald M. Whyte

Dated: May 31, 2011

### Certificate of Service

I hereby certify that a copy of the above stipulation and proposed order were served electronically on this date to Assistant U.S. Attorney Richard Cheng, United States Attorney's Office, NDCA, 150 Almaden Blvd., Suite 900 San Jose, CA 9511.   /s/ Liam Scully, May 23, 2011.

**CC: Marshal's Office**